# UNITED STATES COURT OF APPEALS FOR THE FOURTH CIRCUIT
## DOCKETING STATEMENT--CIVIL/AGENCY CASES

**Directions:** Counsel must make a **docketing statement (civil/agency) filed** entry in CM/ECF within 14 days of docketing of the appeal, or within the due date set by the clerk's docketing notice, whichever is later. File with the entry the (1) docketing statement form with any extended answers and (2) any transcript order form. Parties proceeding pro se are not required to file a docketing statement. Opposing counsel who finds a docketing statement inaccurate or incomplete may file any objections within 10 days of service of the docketing statement using the ECF event-**docketing statement objection/correction filed**.

| | |
|---|---|
| **Appeal No. & Caption** | 24-1799 Susannah Warner Kipke et al. v. Wes Moore et al. |
| **Originating No. & Caption** | 1:23-cv-1293-GLR Susannah Warner Kipke et al v. Wes Moore |
| **Originating Court/Agency** | United States District Court for the District of Maryland |

| **Jurisdiction** (answer any that apply) | |
|---|---|
| Statute establishing jurisdiction in Court of Appeals | 28 U.S.C. 1291 |
| Time allowed for filing in Court of Appeals | 30 days |
| Date of entry of order or judgment appealed | Aug. 2, 2024/Aug. 8, 2024 |
| Date notice of appeal or petition for review filed | August 15, 2024 |
| If cross appeal, date first appeal filed | N/A |
| Date of filing any post-judgment motion | August 7, 2024 |
| Date order entered disposing of any post-judgment motion | August 8, 2024 |
| Date of filing any motion to extend appeal period | N/A |
| Time for filing appeal extended to | N/A |
| Is appeal from final judgment or order? | ◉ Yes    ○ No |
| If appeal is not from final judgment, why is order appealable? N/A | |

| **Settlement** (The docketing statement is used by the circuit mediator in pre-briefing review and mediation conducted under Local Rule 33. Counsel may make a confidential request for mediation by calling the Office of the Circuit Mediator at 843-731-9099.) | | |
|---|---|---|
| Is settlement being discussed? | ○ Yes | ◉ No |

1/28/2020 SCC

| **Transcript** (transcript order must be attached if transcript is needed and not yet on file) | | |
|---|---|---|
| Is transcript needed for this appeal? | ○ Yes | ⦿ No |
| Has transcript been filed in district court? | ○ Yes | ⦿ No |
| Is transcript order attached? | ○ Yes | ⦿ No |

| **Case Handling Requirements** (answer any that apply) | | |
|---|---|---|
| Case number of any prior appeal in same case | N/A | |
| Case number of any pending appeal in same case | N/A | |
| Identification of any case pending in this Court or Supreme Court raising similar issue | N/A | |
| | If abeyance or consolidation is warranted, counsel must file an appropriate motion. | |
| Is expedited disposition necessary? | ○ Yes | ⦿ No |
| | If yes, motion to expedite must be filed. | |
| Is oral argument necessary? | ⦿ Yes | ○ No |
| Does case involve question of first impression? | ⦿ Yes | ○ No |
| Does appeal challenge constitutionality of federal or state statute in case to which federal or state government is not a party | ○ Yes | ⦿ No |
| | If yes, notice re: challenge to constitutionality of law must be filed. | |

| **Nature of Case** (Nature of case and disposition below. Attach additional page if necessary.) |
|---|
| Plaintiffs-Appellants seek a declaration that Maryland's Firearm Carry Restrictions on the right to carry a handgun outside the home for self-defense, as enacted in Senate Bill 1, House Bill 824, and under pre-existing Maryland Law, are unconstitutional under the First, Second, and Fourteenth Amendments to the United States Constitution.<br><br>The United States District Court for the District of Maryland granted the State's Motion for Summary Judgment as to Plaintiffs' Second Amendment claims challenging the Firearm Carry Restrictions in: (1) museums; (2) healthcare facilities; (3) State parks, State forests, and Chesapeake Forest Lands; (4) mass transit facilities; (5) schools and school grounds; (6) government buildings; and (7) stadiums, racetracks, amusement parks, and casinos. The district court also granted the State's Motion for Summary Judgment as to Plaintiffs' Fourteenth Amendment Due Process Clause (Count III) and Equal Protection Clause (Count IV) claims. |

| **Issues** (Non-binding statement of issues on appeal.  Attach additional page if necessary) |
|---|
| Whether Marylands' Firearm Carry Restrictions upheld by the District Court violate the Second Amendment because they burden conduct protected by the Second Amendment's text and are inconsistent with the Nation's historical tradition of firearm regulation and not supported by any relevantly similar historical analogue. |

| **Adverse Parties** (List adverse parties to this appeal and their attorneys; provide party's address if the party is not represented by counsel.  Attach additional page if necessary.) ||
|---|---|
| Adverse Party: Wes Moore, in his official capacity as Governor of Maryland | Adverse Party: Ronald L. Butler, Jr. in his official capacity as Maryland State Police Superintendent |
| Attorney: Ryan Dietrich<br>Address: 200 St Paul Place<br>20th Floor<br>Baltimore, MD 21202<br><br>E-mail: rscott@oag.state.md.us<br><br>Phone: 401-576-7648 | Attorney: Ryan Dietrich<br>Address: 200 St Paul Place<br>20th Floor<br>Baltimore, MD 21202<br><br>E-mail: rscott@oag.state.md.us<br><br>Phone: 401-576-7648 |
| **Adverse Parties (continued)** ||
| Adverse Party:<br><br>Attorney:<br>Address:<br><br><br><br>E-mail:<br><br>Phone: | Adverse Party:<br><br>Attorney:<br>Address:<br><br><br><br>E-mail:<br><br>Phone: |

| **Appellant** (Attach additional page if necessary.) | |
|---|---|
| Name:<br><br>Attorney:<br>Address:<br><br><br><br>E-mail:<br><br>Phone: | Name:<br><br>Attorney:<br>Address:<br><br><br><br>E-mail:<br><br>Phone: |
| **Appellant (continued)** | |
| Name:<br><br>Attorney:<br>Address:<br><br><br><br>E-mail:<br><br>Phone: | Name:<br><br>Attorney:<br>Address:<br><br><br><br>E-mail:<br><br>Phone: |

**Signature:** /s/ John Parker Sweeney     **Date:** August 27, 2024

**Counsel for:** Susannah Warner Kipke and Maryland State Rifle and Pistol Asso.

**Certificate of Service** *(required for parties served outside CM/ECF)*: I certify that this document was served on  8/27/2024  by ☐ personal delivery; ☒ mail; ☐ third-party commercial carrier; or ☐ email (with written consent) on the following persons at the addresses or email addresses shown:

Ryan Dietrich
200 St Paul Place
20th Floor
Baltimore, MD 21202

Signature: /s/ John Parker Sweeney     Date: August 27, 2024