UNITED STATES COURT OF APPEALS FOR THE FOURTH CIRCUIT
# APPEARANCE OF COUNSEL FORM

**BAR ADMISSION & ECF REGISTRATION:** If you have not been admitted to practice before the Fourth Circuit, you must complete and return an Application for Admission before filing this form. If you were admitted to practice under a different name than you are now using, you must include your former name when completing this form so that we can locate you on the attorney roll. Electronic filing by counsel is required in all Fourth Circuit cases. If you have not registered as a Fourth Circuit ECF Filer, please complete the required steps at Register for eFiling.

THE CLERK WILL ENTER MY APPEARANCE IN APPEAL NO. __24-1799 Consolidated appeals__ as

[✓] Retained  [ ] Court-appointed(CJA)  [ ] CJA associate  [ ] Court-assigned(non-CJA)  [ ] Federal Defender
[ ] Pro Bono  [ ] Government

COUNSEL FOR: Katherine Novotny, Sue Burke, Esther Rossberg, Maryland Shall Issue, Inc., Second Amendment Foundation & Firearms Policy Coalition  as the
(party name)

[✓] appellant(s)  [ ] appellee(s)  [ ] petitioner(s)  [ ] respondent(s)  [ ] amicus curiae  [ ] intervenor(s)  [ ] movant(s)

/s/ Mark W. Pennak
(signature)

**Please compare your information below with your information on PACER. Any updates or changes must be made through PACER's Manage My Account.**

| | |
|---|---|
| Mark W. Pennak | 301 873 3671 |
| Name (printed or typed) | Voice Phone |
| Law Offices of Mark W. Pennak | 301 347 7161 |
| Firm Name (if applicable) | Fax Number |
| 7416 Ridgewood Ave. | |
| Chevy Chase, MD 20815 | m.pennak@me.com |
| Address | E-mail address (print or type) |

**CERTIFICATE OF SERVICE** *(required for parties served outside CM/ECF)*: I certify that this document was served on  09/04/2024  by  [ ] personal delivery;  [ ] mail;  [ ] third-party commercial carrier; or  [✓] email (with written consent) on the following persons at the addresses or email addresses shown:

| | |
|---|---|
| Ryan Dietrich, rdietrich@oag.state.md.us<br>Robert Scott, rscott@oag.state.md.us<br>Counsel for Defendant | David Thompson, dthompson@cooperkirk.com<br>Pete Patterson, ppatterson@cooperkirk.com<br>Co-counsel for plaintiffs |

/s/ Mark W. Pennak                                                           09/04/2024
Signature                                                                         Date

1/28/2020 SCC