# EXHIBIT 24

88                           1 **GEORGE I.**

*April,*                      CHAP. XXVI.
*1715.*

An ACT for the speedy trial of criminals, and ascer-
taining their punishment in the county courts when
prosecuted there, and for payment of fees due from
criminal persons.

A Supplementary act, May 1766, ch. 6.

Preamble.
WHEREAS many acts of assembly have been hereto-
fore made against thieving and stealing, which at this
present are not sufficient to prevent the committing those
crimes, or to punish them when committed ;

Justices of
the county
courts, of
what crimes
they may
hold plea.
**II.** BE IT THEREFORE ENACTED, *by the King's most excel-
lent majesty, by and with the advice and consent of his majesty's
Governor, Council and Assembly of this province, and the au-
thority of the same,* That it shall and may be lawful to and for
the several justices of the county courts of this province to hold
plea of, adjudge, and in lawful manner determine, all thiev-
ing and stealing of any goods or chattels whatsoever, not being
above the value of one thousand pounds of tobacco (robbery,
burglary, and house-breaking excepted,) (*a*) and every person
or persons legally convicted of any such thieving and stealing
(except before excepted,) by testimony of one sufficient evi-
dence, not being the party grieved, before any such county
court as aforesaid, shall and may cause to be punished, by pay-
ing fourfold of the value of the goods so thieved or stolen as
aforesaid, and the stolen goods returned to the party or par-
ties grieved thereby, and by putting in the pillory, and whip-
ping so many stripes as the court before whom such matter is
tried, shall adjudge, not exceeding forty ; which court shall
always adjudge the value of the goods so thieved and stolen as
aforesaid ; and if any such person, so convicted, have
not sufficient goods and chattels, or be a servant, whereby
he is incapable to have goods and chattels to satisfy and pay
the said fourfold, in every such case, such person or persons
shall receive the corporal punishment as aforesaid, and satisfy
the fourfold, and fees of conviction, by servitude.

Time of ser-
vice, when
to com-
mence.
**III.** AND BE IT HEREBY ENACTED AND DECLARED, *by the
authority, advice and consent aforesaid,* That the time of ser-
vice of a free person convict as aforesaid, not having goods
and chattels as aforesaid, shall commence from the time of his
conviction as aforesaid ; and the time of service of a servant,
convict as aforesaid, shall commence at the expiration of such
time of servitude, to which, at the time of his conviction, he
stood bound, which time of servitude, for satisfaction for the

(*a*) By 1785, ch. 87, section 7, the justices of the county courts are
empowered, (unless in cases particularly directed by law to be tried in
the general court) to try all persons who have committed any manner of
offence, although it may subject such person to the pains of death.

Digitized from Best Copy Available

JOHN HART, Esq. Governor. 89

stolen goods, and fees accrued as aforesaid, shall be adjudged by such county court, either to the party grieved, or any other person the court shall order such convict to, that will then and there pay, or secure to be paid, the fourfold and costs aforesaid, at the discretion of the court ; and if any person or persons shall receive or take part of such stolen goods, or assist the person so stealing as aforesaid to make away or conceal them, being legally convicted as aforesaid, shall suffer the same corporal pains with the party stealing as aforesaid, any law, statute, usage or custom to the contrary notwithstanding.

IV. And, If any person or persons have been once convicted of any such thieving and stealing, (except before excepted,) and shall after be again presented for thieving and stealing of any goods or chattels, laid to be above the value of twelve-pence, it shall not be tried and determined by any county court, but the party presented, upon such presentment, shall be proceeded against in the provincial court as a felon for simple felony, but shall not be punished by death, but only paying the fourfold, branding with a hot iron, or such other corporal punishment as the court shall adjudge, saving life ; and such presentment shall be, by the clerk of every such county court, immediately sent to the then next provincial court, together with a transcript of his former conviction, if such conviction was in the same court where the presentment aforesaid shall be, or otherwise, made known to the attorney-general in what other court such former conviction was, if to him known, under the penalty of five hundred pounds of tobacco to our sovereign lord the king, his heirs and successors, for the support of government ; and the parties witnesses against such felons, if in court at the time of such presentment, shall be bound over to give evidence as aforesaid, or otherwise, if not in court, an account of their names and places of dwelling to be sent to the attorney-general, to be summoned against the then next provincial court, in order to such trial ; and the party presented, if in court, to be bound over also, by due course of law, to answer such presentment, or, if not in court, proceeded against by due course of law as aforesaid.

*Persons again prosecuted must be tried in the provincial court, if the presentment charges them with stealing above the value of 12 pence.*

V. And be it further enacted, *by the authority, advice and consent aforesaid,* That any person or persons whatsoever that shall kill any unmarked swine above three months old, if not upon his or their own land, or not in company with his or their own stock, shall and is hereby adjudged an hog stealer, and shall be liable to restore fourfold, and suffer such corporal pains as against the first offence in this act mentioned.

*Penalty for killing unmarked swine.*

VI. And, to prevent any person or persons concealing or disfiguring the mark of any swine killed as aforesaid, Be it further enacted, *by the authority advice and consent aforesaid,* That if any person or persons killing any such unmarked swine in the woods, or elsewhere, and shall wilfully disfigure the mark, or cut off the ears of such swine, so as to con-

*For disfiguring their mark, &c.*

f2

Digitized from Best Copy Available

90                            1 GEORGE I.

*April,*
1715.

**And on persons convicted for hunting, &c.**

ceal the true and real mark, or whether it were marked or not, shall be deemed and adjudged a hog stealer within the purview of this act, and shall suffer accordingly.

**VII.** AND, to prevent the abusing, hurting or worrying of any stock of hogs, cattle or horses, with dogs, or otherwise, BE IT ENACTED, That if any person or persons whatsoever, that have been convicted of any of the crimes aforesaid, or other crimes, or that shall be of evil fame, or a vagrant, or dissolute liver, that shall shoot, kill or hunt, or be seen to carry a gun, upon any person's land, whereon there shall be a seated plantation, without the owner's leave, having been once before warned, shall forfeit and pay one thousand pounds of tobacco, one half to our sovereign lord the king, his heirs and successors, the other half to the party grieved, or those who shall sue for the same, to be recovered in any county court of this province by action of debt, bill, plaint or information, wherein no essoin, protection or wager of law to be allowed.

**Criminals to pay their own fees, by servitude, if not otherwise capable.**

**VIII.** AND BE IT FURTHER ENACTED, *by the authority, advice and consent aforesaid,* That from henceforth no sheriff, gaoler, clerk, crier, or other officer, shall charge either their own county, to which they belong, or the public, with any fees for any criminal committed to the charge of the said sheriff or gaoler, having sufficient estate in this province wherewith to pay the same, or being capable to pay the same by servitude, but that such criminals, being discharged by order and due course of law, shall pay their own fees to the sheriff, gaoler, clerk and crier, and other officers, being such as they may demand according to law, either out of his estate, or by servitude, or otherwise.

Vide 1781, ch 11.

**Proviso.**

**IX.** PROVIDED ALWAYS, That this act shall not extend to malefactors that are executed, or to such other persons who are banished, having no estate in this province, or to servants criminals, for whom the county shall pay such fees as are due by the acts of assembly to the sheriff, gaoler, clerk, crier, or other officers of such court where such criminal shall be convicted.

**Officers fees, how to be paid.**

**X.** AND BE IT FURTHER ENACTED, *by the authority aforesaid,* That all officers' fees due by law from (a) criminal servants, shall be paid by the county where the facts shall be committed ; and that all and every such criminal servants for

(a) By the act of 1727, ch. 2, all fees due on the prosecution of imported servants, were to be paid by the masters, &c. of such servants, and not by the public or county ; and the owners (unless in case of conviction and execution for capital offences,) to have recompence for such fees, by such servitude of the servants (not exceeding three years) as should be thought reasonable by the county court, &c. By May, 1766, ch. 6, the legal fees on the prosecution of any negro, or other slave, in any county court, (whether convicted or acquitted,) shall be paid by and assessed in the levy of the respective counties where prosecuted.

Digitized from Best Copy Available

**JOHN HART, ESQ. GOVERNOR.**                                  91

whom the county shall pay the fees due by law to such officers *April,* as aforesaid, shall, after the end and expiration of their time *1715.* of servitude to their master or mistress, satisfy and pay unto the commissioners of the county who paid such fees for them to the sheriff, and other officers as aforesaid, for the use of the county, such sums as they have paid as aforesaid : and the several commissioners of the several counties shall, and are hereby empowered to make inquisition after all such servants, criminals, for whom the county hath defrayed the said fees to the sheriff, and other officers as aforesaid ; and they, the said commissioners, according to their best discretion, shall cause to be entered rules for the servants to make such reasonable satisfaction to the county as they shall think fit, and in such manner as they shall find convenient.

XI. AND, for the better security of the county which shall | Masters, &c. pay such fees for such criminal servants as aforesaid, BE IT | to deliver up ENACTED, *by the authority aforesaid,* That the master, mistress | servants, or dame of all such servants, be and are hereby enjoined and | criminals un- required, at the expiration of the time of such servant's ser- | of paying the vitude to such master, or mistress or dame, to render and de- | fees, paid liver up to the sheriff of the county, for the use of the county | for the aforesaid, such servants criminals as aforesaid, under the pen- | criminal by alties to such master, mistress or dame, refusing or neglecting | the county. to deliver up such servants as aforesaid, of making satisfaction to the county for all such fees as by the county aforesaid have been paid for such criminal as aforesaid ; and such sheriff to whom such criminal servant shall be delivered as aforesaid, is hereby required to receive and secure such servants criminals as aforesaid, so that he be and appear at the then next county court to be held for the said county, to be disposed of as the said court shall consider.

Vide list of acts respecting crimes and punishments, 1692, ch. 16.

## CHAP. XXVII.

An ACT for the punishing the offences of adultery and fornication.

Other acts : 1749, ch. 12—Nov. 1781, ch. 13—1785, ch. 47.—1796, ch. 34.

BE IT ENACTED, *by the King's most excellent majesty, by* | Certain per- *and with the advice and consent of his majesty's Governor,* | sons to be *Council and Assembly of this province, and the authority of the* | adjudged *same,* That after the end of this session of assembly, whoso- | &c. ever shall, directly or indirectly, entertain, provide for, or cause to be entertained or provided for, any lewd woman or women, or that shall frequent her or their company, after that admonition to him or them be given by the minister, or the vestry, or the churchwarden or churchwardens of the parish where such person or persons shall inhabit, shall be adjudged

Digitized from Best Copy Available

# EXHIBIT 25

THE

## Statutes at Large

OF

# PENNSYLVANIA

FROM

## 1682 to 1801

COMPILED UNDER THE
AUTHORITY OF THE ACT OF MAY 19 1887 BY
JAMES T MITCHELL AND HENRY FLANDERS
COMMISSIONERS

-------

## VOLUME III
1712 to 1724

-------

CLARENCE M BUSCH
STATE PRINTER OF PENNSYLVANIA
1896

five shillings, one-half to the use of the poor of the said city, and the other half to the use of him or them who shall prosecute and cause such offender to be as aforesaid convicted: which forfeitures shall be levied by distress and sale of the offender's goods as aforesaid; and for want of such distress, if the offender refuse to pay the said forfeiture, he shall be committed to prison for every such offense the space of two days, without bail or mainprise.

Provided, That such conviction be made within ten days after such offense committed. And if such offender be a negro or Indian slave, he shall, instead of imprisonment, be publicly whipped, at the discretion of the magistrate.

Passed August 26, 1721. Apparently never considered by the Crown, but allowed to become a law by lapse of time in accordance with the proprietary charter. See Appendix IV, Section II, and Hill's letter and Fane's opinion in Appendix V, Section I, and the Acts of Assembly passed August 14, 1725, Chapter 287; February 6, 1730-31, Chapter 322; March 29, 1735-36, Chapter 338; February 9, 1750-51, Chapter 388; March 26, 1762, Chapter 481; March 9, 1771, Chapter 624; March 21, 1772, Chapter 648; December 24, 1774, Chapter 705; November 25, 1779, Chapter 867; March 28, 1787, Chapter 1279; September 29, 1787, Chapter 1318; April 13, 1791, Chapter 1573; April 11, 1793, Chapter 1698; April 18, 1794, Chapter 1743; April 18, 1795, Chapter 1857; March 29, 1802, P. L. 127; March 29, 1803, P. L. 542; April 4, 1807, P. L. 132; March 30, 1812, P. L. 182; March 14, 1818, P. L. 189; March 29, 1824, P. L. 152; February 10, 1832, P. L. 64; June 13, 1836, P. L. 551; March 16, 1847, P. L. 473; April 11, 1848, P. L. 504; April 8, 1851, P. L. 382; April 14, 1851, P. L. 549; March 20, 1856, P. L. 137; May 5, 1864, P. L. 841; March 23, 1865, P. L. 744; March 12, 1866, P. L. 160; June 2, 1870, P. L. 1316; April 17, 1878, P. L. 23; June 10, 1881, P. L. 111; June 11, 1885, P. L. 111.

---

## CHAPTER CCXLVI.

AN ACT TO PREVENT THE KILLING OF DEER OUT OF SEASON, AND AGAINST CARRYING OF GUNS OR HUNTING BY PERSONS NOT QUALIFIED.

[Section I.] Be it enacted by Sir William Keith, Baronet, Governor of the Province of Pennsylvania, &c., by and with the advice and consent of the freemen of the said Province in General Assembly met, and by the authority of the same, That if

any person or persons, after the publication hereof, shall kill
or destroy any buck, doe, fawn, or any other sort of deer what-
soever, at any other time or season except only betwixt the first
day of July and first day of January, he shall forfeit and pay
for every such buck, doe, fawn, or other deer so killed or de-
stroyed as aforesaid, the sum of twenty shillings; one-half
thereof to the poor of the township where the offense is com-
mitted, and the other half to him who shall inform or sue for
the same, before any justice of the peace of this province, who is
hereby empowered and authorized to hear and determine the
same, and to convict the offender, by the oath or affirmation
of one or more witnesses.

Provided, That such conviction be made within two months
after such offense is committed.

And for the better conviction of offenders against this act:

[Section II.] Be it enacted, That every person in whose cus-
tody shall be found, or who shall expose to sale any green deer
skins, fresh venison, or deer's flesh, at any other time of the
year than what is before excepted, and shall be convicted there-
of as aforesaid, shall be deemed guilty of the said offense. And
that the same green deer skins, fresh venison or deer's flesh
so found as aforesaid shall be held to be good evidence in the
cases aforesaid.

Provided always, That nothing contained in this act shall be
deemed or construed to extend to any free native Indians carry-
ing guns, hunting, killing, and having in their custody any
skins or deer's flesh for their own use, anything in this act to
the contrary notwithstanding.

And whereas divers abuses, damages and inconveniencies
have arose by persons carrying guns and presuming to hunt
on other people's lands, for remedy whereof for the future:

[Section III.] Be it enacted by the authority aforesaid, That
if any person or persons shall presume, at any time after the
sixteenth day of November, in this present year one thousand
seven hundred and twenty-one, to carry any gun or hunt on the
improved or inclosed lands of any plantation other than his
own, unless he have license or permission from the owner of
such lands or plantation, and shall be thereof convicted, either

upon view of any justice of the peace within this province, or by
the oath or affirmation of any one or more witnesses, before any
justice of the peace, he shall for every such offense forfeit the
sum of ten shillings. And if any person whatsoever, who is
not owner of fifty acres of land and otherwise qualified in the
same manner as persons are or ought to be by the laws of this
province for electing of members to serve in assembly, shall,
at any time after the said sixteenth day of November, carry any
gun, or hunt in the woods or uninclosed lands, without license
or permission obtained from the owner or owners of such lands,
and shall be thereof convicted in manner aforesaid, such of-
fender shall forfeit and pay the sum of five shillings for every
such offense.

[Section IV.] And be it further enacted by the authority
aforesaid, That no person whatsoever shall presume to shoot
at or kill with a firearm any pigeon, dove, partridge, or other
fowl in the open streets of the city of Philadelphia, or in the
gardens, orchards and inclosures adjoining upon and belong-
ing to any of the dwelling houses within the limits of the said
city, upon the forfeiture of five shillings for every such offense,
to be convicted in manner aforesaid.

All which penalties and forfeitures shall go, one moiety to
the informer, and the other to the poor of the township where
such offense is committed. But if convicted upon view of a jus-
tice of the peace, the whole forfeiture shall be to the use of the
poor. And if the offender refuse to pay, the same shall be
levied by distress and sale of the offender's goods, by warrant
under the hand and seal of the justice before whom such of-
fender shall be convicted, returning the overplus, if any be,
the charge of distraining being first deducted. And for want
of such distress he shall be committed to prison, where the for-
feiture is twenty shillings, for the space of ten days; and,
where the forfeiture is ten shillings, for the space of five days;
and, if the forfeiture is five shillings, for the space of two days,
without bail or mainprise.

Passed August 26, 1721. Apparently never considered by the
Crown, but allowed to become a law by lapse of time in accordance
with the proprietary charter. See Appendix IV, Section II, and
Hill's letter and Fane's opinion in Appendix V, Section I, and

the Acts of Assembly passed February 6, 1730-31, Chapter 323; January 27, 1749-50, Chapter 383. Repealed by Act passed April 9, 1760, Chapter 456.

---

## CHAPTER CCXLVII.

AN ACT FOR THE WELL TANNING AND CURRYING OF LEATHER, AND REGULATING OF CORDWAINERS, AND OTHER ARTIFICERS, USING AND OCCUPYING LEATHER WITHIN THIS PROVINCE.

Whereas very great abuses have been committed by tanners, cutters and other persons, using and working of leather within this government, and the prices of leather become very exorbitant and burdensome to the people of this province: To the intent therefore that a reasonable and indifferent course for the true and well tanning, currying and working of leather, may be from henceforth established and appointed, and yet the persons using the several crafts and mysteries aforesaid may not be more strictly bound or limited than the necessary regard of the welfare and general commodity of all His Majesty's subjects within the said province requireth:

[Section I.] Be it enacted by Sir William Keith, Baronet, Governor of the Province of Pennsylvania, &c., by and with the advice and consent of the freemen of the said Province in General Assembly met, and by the authority of the same, That from and after the twenty-fifth day of November next, in this present year of our Lord one thousand seven hundred and twenty-one, if any person or persons using, or which shall use, the mystery or faculty of tanning, or any person or persons importing, or who shall import, any leather into this province, shall at any time or times hereafter offer or put to sale any kind of leather which shall be insufficiently and not thoroughly tanned, so that the same, by the triers of leather lawfully appointed by virtue of this present act, for the time being, shall be found to be insufficiently not thoroughly tanned, that then all and every such person and persons so offending shall forfeit such leather, as shall be found insufficiently and not thoroughly tanned, unless the party importing the same will give

# EXHIBIT 26

JA0436

A C T S paſſed by the General Aſ-
ſembly of the Province of *New-
Jerſey*, at *Perth Amboy* in 1722, be-
ing the Eighth Year of His Ma-
jeſty's Reign.

---

## C H A P. XXXIII.

### An A C T *for the Security of His Ma-*
### *jeſty's Government of New-Jerſey.*

**Preamble.**  *Sect.* 1. **W** H E R E A S ſome Perſons in this Province,
disaffected to His Majeſty's Perſon and Govern-
ment, propagate their pernicious Principles, to the great Hurt
of His Majeſty's faithful and loyal Subjects inhabiting within
the ſame.   And by Reaſon of their Intermeddling in publick
Affairs, in Contempt of His Majeſty's legal and juſt Au-
thority, obſtruct the publick Adminiſtration, and will, if
not prevented, prove Dangerous to the Government of
this Province.

**Two or more Juſtices, or any Perſon ſpecial- ly appointed** by   B E I T T H E R E F O R E E N A C T E D by the
Governor, Council and General Aſſembly, and it is here-
by

Digitized from Best Copy Available

Case 1:23-cv-01293-GLR   Document 21-26   Filed 07/28/23   Page 3 of 5

# CHAP. XXXV.

## *An ACT to prevent Killing of Deer out of Season, and against Carrying of Guns and Hunting by Persons not Qualified.*

*Any Person killing Deer in the Time by this Act disallowed, to forfeit 30s. &c.*

Sect. 1. **BE IT ENACTED** by the Governor, Council and General Assembly, AND IT IS HEREBY ENACTED by the Authority of the same, That if any Person or Persons, after the Publication hereof, shall kill or destroy any wild Buck, Doe or Fawn, or any other Sort of Deer whatsoever, at any Time in the Months of *January, February, March, April, May* or *June*, every such Person shall, for every such Offence, forfeit and pay the Sum of *Thirty Shillings*, for every such Buck, Doe or Fawn, or other Deer, so killed or destroyed as aforesaid, contrary to the true Intent and Meaning of this Act ; one half thereof to the Poor of the Township or Precinct where the Offence is committed, and the other half to him who shall Inform or Sue for the same before any Justice of the Peace of this Province, who is hereby impowered and authorized to hear and determine the same, and to convict the Offender by the Oath or Affirmation of one or more Witness. Provided, That such Conviction be made within two Months after the Offence committed.

*Sale of green Skins to amount to a Conviction, &c.*

2. AND for the better Convicting of Offenders against this Act, BE IT ENACTED by the Authority aforesaid, That every Person in whose Custody shall be found, or who shall expose to Sale, any green Deer Skins, fresh Venison or Deer's Flesh, at any Time in any of the Months of *January, February, March, April, May* or *June*, aforementioned, and shall be convicted thereof, as aforesaid, shall be deemed Guilty of the said Offence.

*Not to extend to hinder killing them in Corn Fields, or by Indians*

3. PROVIDED ALWAYS, That nothing contained in this Act, shall be deemed or construed to hinder any Person from killing any kind of Deer, within his Fields where Corn is growing, at any Time in the Month of *January*, nor to extend to any Free Native Indians carrying Guns, hunting, killing or having in their Custody any Skins or Deer's Flesh for their own Use ; any Thing in this Act to the contrary notwithstanding.

4. And

## The Eighth of GEORGE I. 101

4. And whereas divers abuses have been committed, and great Damages and Inconveniencies arisen by Persons carrying of Guns and presuming to hunt on other Peoples Land; for Remedy whereof for the future, BE IT ENACTED by the Authority aforesaid, That if any Person or Persons shall presume, at any Time after the Publication hereof, to carry any Gun, or hunt on the improved or inclosed Lands in any Plantation, other than his own, unless he have Licence or Permission from the Owner of such Lands or Plantation, and shall be thereof convicted, either upon the View of any Justice of the Peace within this Province, or by the Oath or Affirmation of any one or more Witnesses, before any Justice of the Peace, he shall, for every such Offence forfeit the Sum of *Fifteen Shillings*, with Costs attending such Conviction. And if any Person whatsoever, who is not Owner of one Hundred Acres of Land, or otherwise qualified, in the same Manner as Persons are or ought to be for electing Representatives to serve in General Assembly, shall at any Time after the Publication hereof, carry any Gun, or hunt in the Woods or uninclosed Lands, without Licence or Permission obtained from the Owner or Owners of such Lands, and shall be thereof convicted, in Manner aforesaid, such Offender shall forfeit and pay the Sum of *Ten Shillings*, with Costs as aforesaid, for every such Offence. All which Penalties and Forfeitures shall go one Moiety to the Informer, and the other to the Poor of the Township or Precinct where such Offence is committed; but if convicted upon View of a Justice of the Peace, the whole Forfeiture shall be to the Use of the Poor. And if the Offender refuse to pay the same, with Costs, as aforesaid, shall be levyed on by Distress and Sale of the Offender's Goods, by Warrant under the Hand and Seal of the Justice before whom such Offender shall be convicted, returning the over-plus, if any be, the Charge of Distraining being first deducted. And for want of Effects whereon to make such Distress, every Person so Offending, contrary to the true Intent and Meaning of this Act, shall be committed to Prison, when the Forfeiture is *Thirty Shillings*, for the Space of Fifteen Days; and when the Forfeiture is *Fifteen Shillings*, for the Space of Eight Days; and when the Forfeiture is *Ten Shillings*, for the Space of Five Days, without Bail or Mainprize.

5. AND BE IT ENACTED by the Authority aforesaid, That every Justice of the Peace, before whom any Person or Persons is convicted of having committed any of the Offences in and by this Act prohibited, is hereby directed and required to issue his Warrants for the bringing such Offender

C c                                   before

*Marginal notes:*
No Person to carry a Gun or Hunt on Land inclosed but by assent of Owners &c.

Not on Lands Unclosed, unless freeholders &c.

Forfeitures how to be applyed, and how to be levied &c.

Want of Effects to be committed to Gaol.

Digitized from Best Copy Available

before him, and in Cafe of the want of Effects whereon to make Diftrefs, to make out his Mittimus to commit fuch Offender to the Gaol of the County in which fuch Conviction is made ; and the Sheriff, Under-Sheriff, or Gaol-keeper, is hereby directed and required to keep the faid Offender in clofe Gaol, according to the Direction of this Act, and Tenor of fuch Mittimus to fuch Sheriff, Under-Sheriff, or Gaoler directed. And every Juftice of the Peace neglecting or refufing to iffue fuch Warrant, or make fuch Mittimus, and every Sheriff, or Under-Sheriff or Gaol-keeper, who fhall not receive fuch Offender, and keep him in clofe Gaol, according to the true Intent and Meaning of this Act, fhall, for every fuch neglect or refufal, or undue difcharge of his Office in the Premifes, forfeit the Sum of *Six Pounds*, to be recovered in any Court of Record within this Province, in which there fhall be no Effoyn or Protection ; the one half to fuch Perfon as fhall fue for and profecute the fame to Effect, the other half to the King's Majefty, His Heirs and Succeffors, for and towards the Support of the Government of this Province.

*Sheriff refufing &c. to receive the party, to forfeit 6l. &c.*

*Not to extend to Negros, &c. but they to be whipped ifconvicted, &c*

6. AND IT IS ALSO FURTHER EN-ACTED by the Authority aforefaid, That this Act, nor any Part thereof, fhall be conftrued to extend to Negro, Indian or Mulatto Slaves, fo as to commit them to Prifon; during the Time in this Act limitted, in Cafe they fhould be guilty of any of the Offences in this Act prohibited ; but that then, and in fuch Cafe, fuch Indian, Negro or Mulatto Slave, killing and deftroying any Deer as aforefaid, or carrying or hunting with any Gun, without Licence from his Mafter, fhall, at the publick Whipping-Poft, on the bare back, be Whipp'd, not exceeding Twenty Lafhes, for every fuch Offence, for which Whipping the Mafter fhall pay to the Whipper the Sum of *Three Shillings*, and pay no greater or other Coft whatfoever ; any Thing in this Act to the contrary hereof in any wife notwithftanding.

ACTS

Digitized from Best Copy Available

# EXHIBIT 27

# L A W S

O F

# *N E W - Y O R K,*

F R O M

## The Year 1691, to 1773 inclusive.

PUBLISHED ACCORDING TO AN ACT OF THE

# G E N E R A L   A S S E M B L Y.

## VOLUME THE SECOND.



QUUM LEGES ALIÆ SUPER ALIAS ACCUMULATÆ, EAS DE INTEGRO RETRACTARE, ET IN CORPUS SANUM ET HABILE REDIGERE, EX USU SIT.

BACON.

# N E W - Y O R K:

Printed by HUGH GAINE, Printer to the King's Most Excellent Majesty in the Province of New-York,
MDCCLXXIV.

JA0442

## CADWALLADER COLDEN, Esq; Lieut. Governor.   441

also be neceſſary to annex to the ſaid Certificate, an Affidavit of the following Tenor, ſworn to before any Magiſtrate in the City of New-York: A. B. being duly ſworn, depoſeth and ſaith, That be certainly knows [or has Affidavits to prove, as the Caſe may be] that the Hemp mentioned in the above, or the annexed Certificate, was all raiſed after the firſt of March, One thouſand ſeven hundred and ſixty-four, in the Colony of New-York, in the County of [here mentioning the County] and that no Bounty has yet been paid for it, or any Part of it, to the beſt of his Knowledge and Belief: And further ſaith not. The Inſpectors above mentioned, before they enter on the Execution of their Office, ſhall take an Oath, faithfully to diſcharge the Duty of Inſpectors, according to the Meaning of this Act.

[The Reſt of this Act is OBSOLETE.]

**4th GEORGE III. A. D. 1763.**
Form of Affidavit to be ſworn to before the Bounty ſhall be paid.

---

### CHAP. MCCXXIX.

*An ACT to regulate the guaging of Wine, Rum, and other Spirituous Liquors, Molaſſes, and other Purpoſes therein mentioned.*
Paſs'd the 20th December, 1763.

Expired 1ſt January, 1771.

---

### CHAP. MCCXXX.

*An ACT to lay a Duty of Tonnage on Veſſels for defraying the Expence of the Light-Houſe on Sandy-Hook.*
Paſs'd the 20th December, 1763.

Continued Chap. 1277. Expired 1ſt January, 1772. Provided for Ch. 1515.

---

### CHAP. MCCXXXI.

*An ACT impowering* John Cruger, Robert R. Livingſton, Philip Livingſton, Leonard Liſpenard, *and* William Bayard, *Eſquires, to receive from the Colony of* Pennſilvania, *the Sum of* Four Thouſand Three Hundred and Sixty-eight Pounds Two Shillings and Six-pence, *Sterling, overpaid to the ſaid Colony, out of the Parliamentary Grant for the Service of the Year One thouſand ſeven hundred and ſixty.*
Paſs'd the 20th December, 1763.

This Money being received and paid into the Treaſury, the Act is therefore Obſolete.

---

### CHAP. MCCXXXII.

*An ACT to continue an Act, entitled, An Act for the Relief of Inſolvent Debtors, and for repealing the acts therein mentioned, with an Addition thereto.*
Paſs'd the 20th December, 1763.

See Chap. 1148. Continued Ch. 1309.

---

### CHAP. MCCXXXIII.

*An ACT to prevent hunting with Fire-Arms in the City of New-York, and the Liberties thereof.*
Paſs'd the 20th December, 1763.

WHEREAS it has long been the Practice of great Numbers of idle and diſorderly Perſons in and about the City of New-York, and the Liberties thereof, to hunt with Fire-Arms, and to tread down the Graſs, and Corn and other Grain ſtanding and growing in the Fields and Incloſures there, to the great Danger of the Lives of his Majeſty's Subjects, the Ruin and Deſtruction of the moſt valuable Improvements, the grievous Injury of the Proprietors, and the great Diſcouragement of their Induſtry.

Preamble.

5 T                                                                                       I. In

Case 1:23-cv-00000-GTS-CFH Document 49-65 Filed 10/13/22 Page 3 of 4

## 442     LAWS of *NEW-YORK.*

**4th *GEORGE* III.**
**A. D. 1763.**

**Penalty for entering with Fire-Arms into any inclosed Land within this City or its Liberties.**

**Or passing thro' Orchards, &c. without Arms.**

**Before whom Offenders to be convicted.**

I. In order therefore the more effectually to punish and prevent such Abuses as foresaid, **Be it Enacted** by his Honour the Lieutenant Governor, the Council, and the General Assembly, and it is hereby Enacted by the Authority of the same, That if any Person or Persons whatsoever, other than the Owner, Proprietor, or Possessor, or his or her white Servant or Servants, do and shall, at any Time or Times from and after the Publication of this Act, carry, shoot, or discharge any Musket, Fowling-Piece, or other Fire-Arm whatsoever, into, upon, or through any Orchard, Garden, Corn-Field, or other inclosed Land whatsoever, within the City of *New-York*, or the Liberties thereof, without Licence in Writing first had and obtained for that Purpose from such Owner, Proprietor, or Possessor of such Orchard, Garden, Corn-Field, or other inclosed Land; or shall enter into, or pass through any Orchard, Garden, Corn-Field or Mowing-Ground, in any of the aforesaid Places without Fire-Arms, and thereof shall be convicted before any Member of his Majesty's Council, either of the Justices of the Supreme Court, or the Mayor, Recorder, or any one of the Aldermen of the City of *New-York*, for the Time being, by the Oath of one credible Witness, or by Confession of the Party offending, he, she, or they so offending, shall severally forfeit and pay for every such Offence, the Sum of *Twenty Shillings*; to be recovered and applied in the Manner herein after directed.

**Forfeitures how to be recovered and applied.**

II. **And be it further Enacted** by the Authority aforesaid, That every Fine and Forfeiture, which shall accrue upon or by Virtue of this Act, shall be recovered, with reasonable Costs, not exceeding *Ten Shillings*, by any Person or Persons who shall and will sue, and prosecute for the same; One Half of such Fine and Forfeiture when recovered and received, to be applied to his, her, or their own Use; and the other Half thereof to be paid by him, her, or them, to the Church Wardens of the said City for the Time being, for the Use of the Poor thereof.

**Offenders to be imprisoned if the Fines are not paid,**

**Proviso.**

III. **And be it further Enacted** by the Authority aforesaid, That every Offender, who shall incur any such Fine or Forfeiture as aforesaid, shall, by Warrant under the Hand and Seal of any Member of his Majesty's Council, Justice of the Supreme Court, or the Mayor, Recorder, or Aldermen before whom he or they shall be convicted, stand and be committed to the Common Goal of the said City, there to remain for the Space of three Months, unless the Fine or Forfeiture, with Costs, be sooner paid. **Provided always,** That the Members of his Majesty's Council, and the Justices of the Supreme Court, shall be at Liberty to act in the Execution of this Law or not, as to them shall seem fitting.

---

## C H A P. MCCXXXIV.

**Expired 1st January, 1770. Provided for Ch. 1441.**

*An* ACT *to establish the Rates to be taken for Wharfage of Ships and other Vessels using the Wharfs within the Limits therein mentioned.*

Pass'd the 20th December, 1763.

## C H A P. MCCXXXV.

**Obsolete.**

*An* ACT *to raise, levy, and collect, the Sum of Sixty-one Pounds Nineteen Shillings, in the City and County of* New-York, *for Services performed by the Coroner of the said City and County.*

Pass'd the 20th December, 1763.

C H A P.

JA0444

Case 1:22-cv-00986-GTS-CFH   Document 49-6   Filed 10/13/22   Page 4 of 4

Laws Of New-York, From The Year 1691, To 1773 Inclusive. Vol. 2, Hugh Gaine,
MDCCLXXIV. The Making of Modern Law: Primary Sources, link.gale
com/apps/doc/DT0103403799/MMLP?u=efgssf&sid=bookmark-
MMLP&xid=d8a580f7&pg=22. Accessed 12 Oct. 2022.

# EXHIBIT 28

Case 1:23-cv-01201-GLR  Document 11-21  Filed 07/28/23  Page 2 of 8

ing with Guns, Traps and Dogs, have, by Experience, been found in-
fufficient to anfwer the falutary Purpofes thereby intended ; Therefore,

No Perfon to
carry a Gun
on Lands not
his own, ex-
cept, &c.

*Sect.* 1. BE IT ENACTED *by the Governor, Council and General Af-
fembly of this Colony of* New-Jerfey, *and it is hereby Enacted by the Au-
thority of the fame,* That if any Perfon or Perfons fhall prefume, at
any Time after the Publication hereof, to carry any Gun on any
Lands not his own, and for which the Owner pays Taxes, or is in his
lawful Poffeffion, unlefs he hath Licenfe or Permiffion in Writing from
the Owner or Owners or legal Poffeffor, every fuch Perfon fo offending,
and convicted thereof, either upon the View of any Juftice of the Peace
within this Colony, or by the Oath or Affirmation of one or more Wit-
neffes, before any Juftice of the Peace of either of the Counties, Cities or
Towns-corporate of this Colony, in which the Offender or Offenders
may be taken or refide, he, fhe or they, fhall, for every fuch Offence, for-
feit and pay to the Owner of the Soil, or his Tenant in Poffeffion, the

Penalty.

Sum of *Forty Shillings,* with Cofts of Suit ; which Forfeiture fhall
and may be fued for and recovered by the Owner of the Soil, or Te-
nant in Poffeffion, before any Juftice of the Peace in this Colony, for
the Ufe of fuch Owner or Tenant in Poffeffion.

No Perfon to
drive Deer or
other Game,
except, &c.

2. AND BE IT ENACTED *by the Authority aforefaid,* That if any
Perfon fhall prefume, at any Time after the Publication of this Act,
to hunt or watch for Deer with a Gun, or fet in any Dog or Dogs to
drive Deer, or any other Game, on any Lands not his own, and for
which the Owner or Poffeffor pays Taxes, or is in his lawful Poffeffion,
unlefs he hath Licenfe or Permiffion in Writing from fuch Owner or
Owners or legal Poffeffor ; every fuch Perfon fo offending, and being
convicted thereof in Manner aforefaid, fhall, for every fuch Offence,
forfeit and pay to the Owner of the Soil, or Tenant in Poffeffion, the

Penalty.

Sum of *Forty Shillings,* with Cofts of Suit ; provided, that nothing
herein contained fhall be conftrued to extend to prevent any Perfon
carrying a Gun upon the King's Highway in this Colony.

Penalty on
Non-Refi-
dents.

3. AND BE IT FURTHER ENACTED *by the Authority aforefaid,* That
if the Perfon or Perfons offending againft this Act be Non-Refidents
of this Colony, he or they fhall forfeit and pay for every fuch Offence
*Five Pounds,* and fhall forfeit his or their Gun or Guns to any Perfon
or Perfons who fhall inform and profecute the fame to Effect, before
any Juftice of the Peace in any County of this Colony, wherein the
Offender or Offenders may be taken or apprehended.

Penalty for
killing, &c.
Deer out of
Seafon.

4. AND BE IT ENACTED *by the Authority aforefaid,* That if any
Perfon or Perfons fhall kill, deftroy, hunt or take any Doe, Buck,
Fawn, or any Sort of Deer whatfoever, at any other Time or Seafon,
except only between the firft Day of *September* and the firft Day of
*January* yearly and every Year, he, fhe or they fo offending, fhall for-
feit and pay the Sum of *Forty Shillings* for each and every Offence ;
to be fued for, recovered and applied as hereafter is directed.

What fhall
be Evidence
of fuch Kill-
ing, &c.

5. AND, for the better and more effectual convicting of Offenders
againft this Act, BE IT ENACTED *by the Authority aforefaid,* That any
and every Perfon or Perfons in whofe Cuftody fhall be found, or who
fhall

fhall expofe to Sale, any green Deerſkins, or freſh Venifon killed at any Time after the firſt Day of *January*, and before the firſt Day of *September* aforefaid, and fhall be thereof convicted by the Oath or Affirmation of one or more credible Witneſſes, fhall be deemed guilty of offending againſt this Act, and be fubjected to the Penalties of killing Deer out of Seaſon.

6. AND WHEREAS great Numbers of idle and diforderly Perfons make a Practice of hunting on the wafte and unimproved Lands in this Colony, whereby their Families are neglected, and the Publick is prejudiced by the Lofs of their Labour, BE IT THEREFORE EN- <span style="float:right">Who may hunt on unimproved Lands.</span> ACTED *by the Authority aforefaid*, That, from and after the firſt Day of *January* next, no Perfon or Perfons whatfoever (except fuch Perfons as are by the Laws of this Colony qualified to vote for Reprefentatives in General Affembly, in Right of their Freeholds, and their Sons being of the Age of eighteen Years or upwards, and living with their Parent or Parents, or being Freeholders) fhall, on any Pretence whatever, hunt on the wafte and unimproved Lands in this Colony ; and if any Perfon or Perfons, not qualified as aforefaid, fhall prefume to hunt as aforefaid, he or they fo offending fhall forfeit and pay, for every fuch Offence, the Sum of *Twenty Shillings* ; to be recovered by Action of <span style="float:right">Penalty on Offenders.</span> Debt, with Cofts, by any Perfon who fhall fue for the fame ; to be applied one Half to the Profecutor, and the other Half to the Ufe of the Poor of the Townfhip or Precinct where the Fact was committed.

7. AND BE IT ENACTED *by the Authority aforefaid*, That if any Per- <span style="float:right">Penalty on fetting Traps, &c.</span> fon or Perfons within this Colony fhall fet any Trap or other Device whatfoever, larger than what is ufually and commonly fet for Foxes and Mufkrats, fuch Perfon, fetting fuch Trap or other Device, fhall pay the Sum of *Five Pounds*, and forfeit the Trap or other Device, fhall fuffer three Months Imprifonment, and fhall alfo be liable to make good all Damages any Perfon fhall fuftain by fetting fuch Trap or other Device, and the Owner of fuch Trap or other Device, or Perfon to whom it was lent, fhall be efteemed the Setter thereof, unlefs it fhall be proved, on Oath or Affirmation, what other Perfon fet the fame, or that fuch Trap or other Device was loft by faid Owner or Perfon to whom it was lent, and abfolutely out of his Power ; and if the Setter <span style="float:right">Penalty on a Slave fetting fuch Trap, &c.</span> of the Trap or other Device be a Slave, and it be his own voluntary Act, he fhall (unlefs the Mafter or Miftrefs fhall pay the Fine) in Lieu of fuch Fine, be publickly whipped with thirty Lafhes, and committed till the Cofts are paid ; and that the faid Trap or other Device fhall be broken and deftroyed in the View and Prefence of the Juftice of the Peace before whom they are brought : And if any Perfon or Perfons fhall have <span style="float:right">Penalty on keeping fuch Trap, &c.</span> Poffeffion of, or there fhall be found in his or their Houfe, any Trap or Traps, Device or Devices whatfoever, for taking of Deer, fuch Perfon or Perfons fhall be fubjected to the fame Penalty as if he or they were convicted of fetting fuch Trap or Traps, or other Device.

8. AND, for encouraging the Deftruction of fuch Traps and De- <span style="float:right">Reward for feizing a Trap, &c.</span> vices, BE IT ENACTED *by the Authority aforefaid*, That if any Perfon fhall feize any Trap or other Device for the taking Deer, and fhall carry fuch Trap or other Device to any Magiftrate of the County where fuch Trap or Device was feized, fuch Perfon fhall be entitled to

4 Q an

Digitized from Best Copy Available

Case 1:23-cv-01248-GLR Document 21-36 Filed 07/28/23 Page 4 of 8

an Order from the faid Magiftrate to the Collector of fuch County, to pay him the Sum of *Ten Shillings*, out of any Money in his Hands raifed for the Ufe of the County ; which Sums fhall be allowed to fuch Collector on the Settlement of his Accounts.

**Penalty on a Smith making or mending fuch Trap, &c.**

**Penalty on bringing fuch Trap, &c. into the Colony.**

9. AND BE IT FURTHER ENACTED *by the Authority aforefaid*, That every Smith or other Artificer, who fhall hereafter make or mend any fuch Trap or other Device aforefaid, he fhall forfeit and pay the Sum of *Forty Shillings* ; and the Perfon carrying fuch Trap or other Device to the Artificer aforefaid, fhall forfeit and pay the Sum of *Twenty Shillings.* And every Perfon who fhall bring into this Colony any fuch Trap or Device as aforefaid fhall forfeit and pay the Sum of *Forty Shillings.* And if the Perfon who fhall carry the fame to the Smith or Artificer fhall be fo poor as that he fhall not be able to pay the Forfeiture aforefaid, he fhall be committed to the common Gaol, until he fhall prove who is Owner of fuch Trap or Device, or who delivered the fame to him ; and in fuch Cafe the Forfeiture aforefaid fhall be levied on the Goods, or in Failure of Goods, on the Body of the Owner of fuch Trap or Device, or the Perfon who delivered the fame to the Pauper, and the Trap or Device fhall be forfeited and deftroyed.

**Penalty for fetting loaded Guns.**

10. AND WHEREAS a moft dangerous Method of fetting Guns has too much prevailed in this Province, BE IT ENACTED *by the Authority aforefaid*, That if any Perfon or Perfons within this Colony fhall prefume to fet any loaded Gun in fuch Manner as that the fame fhall be intended to go off or difcharge itfelf, or be difcharged by any String, Rope, or other Contrivance, fuch Perfon or Perfons fhall forfeit and pay the Sum of *Six Pounds* ; and on Non-payment thereof fhall be committed to the common Gaol of the County for fix Months.

**Application of Penalties.**

**Jurifdiction given to one Magiftrate.**

11. AND BE IT FURTHER ENACTED *by the Authority aforefaid*, That the Fines and Forfeitures in this Act expreffed, and not particularly appropriated, fhall be paid, one Half to the Profecutor, and the other Half to and for the Ufe of the Poor of the Town, Precinct or Diftrict, where the Offence is committed ; and that the Execution of this Act, and every Part thereof, fhall be within the Cognizance and Jurifdiction of any one Magiftrate or Juftice of the Peace, without any Reference to the Act for Trial of fmall Caufes in this Colony.

**This Act not to affect Parks.**

12. AND BE IT ENACTED, That nothing in this Law fhall be conftrued to extend to reftrain the Owners of Parks, or of tame Deer, from killing, hunting or driving their own Deer.

**Penalty on Magiftrate neglecting his Duty.**

13. AND BE IT ALSO ENACTED *by the Authority aforefaid*, That if any Juftice of the Peace or other Magiftrate, within this Province, fhall have Information of any Perfons offending againft this Act, in killing Deer out of Seafon, fetting and making Traps, Non-Refidents killing Deer, and Perfons fetting of Guns, and fhall not profecute the fame to Effect within two Months after fuch Information, he fhall forfeit and pay the Sum or Sums to which the Offender againft this Act would have been liable.

14. AND

Digitized from Best Copy Available

14. AND BE IT ENACTED *by the Authority aforesaid*, That the Justices at every Quarter-Seffions of the Peace fhall caufe this Act to be publickly read ; and give in Charge to the Grand-Jury to particularly inquire and prefent all Perfons for killing Deer out of Seafon, fetting or making Traps, and all Non-Refidents killing, deftroying, hunting and taking any Sort of Deer, and all Perfons fetting of Guns ; and, upon Conviction for either of the faid Offences, the faid Juftices fhall fet and impofe the Fines and Penalties herein before-mentioned, with Cofts of Suit. *This Act to be publifhed and executed.*

15. AND BE IT ENACTED *by the Authority aforefaid*, That if any Perfon or Perfons whatfoever, whether the Accufed or Accufer, Plaintiff or Defendant, fhall think themfelves aggrieved by any of the Judgments given by the faid Juftices or other Magiftrates, for any Suit commenced by Virtue of this Act ; then it fhall and may be lawful for fuch Perfon or Perfons to appeal, on giving fufficient Security for the Forfeitures and Cofts, to the next Court of General Quarter-Seffions, held for fuch County where fuch Judgment fhall be given ; which Court is hereby empowered to hear and determine all and every fuch Appeal or Appeals. *Appeal given to next Seffions.*

16. AND BE IT ENACTED *by the Authority aforefaid*, That if any Perfon or Perfons, within this Colony, fhall, after the Publication of this Act, watch with a Gun, on any uninclofed Land within two Hundred Yards of any Road or Path, in the Night Time, whether the faid Road is laid out by Law or not, or fhall ftand or ftation him or themfelves upon or within two Hundred Yards of any Road as aforefaid, for fhooting at Deer driven by Dogs, he or they fo offending, fhall, on Conviction, forfeit and pay the Sum of *Five Pounds* for every fuch Offence ; to be recovered by Action of Debt, or Prefentment of the Grand-Jury as aforefaid, and pay all Damages. *Penalty for watching in the Night near a Road.*

17. PROVIDED ALWAYS, That the fixth Section of this Act fhall not be conftrued to affect any Native *Indian ;* and that nothing in this Act fhall be conftrued to prevent the Inhabitants of *Effex, Bergen, Morris* and *Suffex,* from making, having in their Houfes, or fetting Traps of five Pounds Weight or more for Bears, Wolves, Foxes, or any other wild Beafts, Deer only excepted. *Not to affect Indians, nor Effex, Bergen, Morris or Suffex.*

18. AND BE IT FURTHER ENACTED *by the Authority aforefaid*, That all former Laws made in this Colony for the Prefervation of Deer and other Game, and to prevent trefpaffing with Guns, and regulating the Size of Traps, fhall be, and they are hereby repealed. *Repeal of Former Laws.*

## C H A P. DXLI.

*An* ACT *declaring the River* Delaware *a common* Highway, *and for improving the* Navigation *in the faid River.*

Paffed Dec. 21, 1771.

WHEREAS the improving the Navigation in Rivers is of great Importance to Trade and Commerce ; AND WHEREAS the River *Delaware* *Preamble.*

Digitized from Best Copy Available

*Delaware* may be rendered much more navigable than it now is; AND WHEREAS many Perfons defirous to promote the publick Welfare have fubfcribed large Sums of Money for the Purpofe aforefaid; and it is reprefented that others will fubfcribe confiderable Sums, if Commiffioners are appointed by Law to receive the Subfcriptions, and apply the fame; Therefore,

*Delaware* a publick Highway.

    Sect. 1. BE IT ENACTED *by the Governor, Council and General Affembly,* and it is hereby Enacted by Authority of the fame, That the River *Delaware* fhall be, and it is hereby declared to be a common Highway, for the Purpofes of Navigation up and down the fame.

Commiffioners appointed.

    2. AND BE IT FURTHER ENACTED *by the Authority aforefaid,* That *Jofeph Galloway, Jofeph Fox, Michael Hillegas, Abel James, Samuel Rhoads, James Allen, Peter Knight,* Efquires, *Daniel Williams, Henry Drinker, Clement Biddle, Jeremiah Warder* the Younger, *Jacob Bright, John Baldwin, Richard Wells,* Gentlemen, *Thomas Yardley, Jacob Orndt, Peter Kechline, Henry Kooken,* Efquires, *William Ledley, Nicholas Depui,* Son of *Samuel, Jacob Stroud* and *John Arbo,* Gentlemen, the Honourable, *John Stevens, James Parker* and *Daniel Coxe,* Efquires, *Samuel Meredith* and *Robert Field,* Efquires, Doctor *William Bryant, Abraham Hunt, Timothy Smith, Thomas Lowry, Afhur Mott, John Emley* of *Kingwood, Andrew Melick, Robert Hoops* and *Matthew Lowry,* Gentlemen, be, and they are hereby appointed and conftituted Commiffioners for improving the Navigation in the faid River *Delaware;* who, or any twelve of them, the Survivors, or any twelve of them, fhall have full

To collect Subfcriptions

Power and Authority, by Virtue hereof, to collect, recover and receive from any Perfon or Perfons whatfoever, all fuch Sums of Money, which have been, or fhall be given or fubfcribed for rendering the faid River more navigable; and fo much of the faid Monies as may be neceffary

and apply them.

for that Purpofe, to lay out and apply for and towards improving the Navigation in the faid River *Delaware,* from the lower Part of the Falls near *Trenton,* to the River *Lehigh* at *Eafton;* and the Refidue thereof to lay out and apply for and towards improving the Navigation in that Part of the faid River above the faid River *Lehigh.* PROVIDED ALWAYS, That fuch Sums of Money as have been or fhall be given or fubfcribed for the improving the Navigation of the faid River, above the *Lehigh* aforefaid, feparately, fhall be laid out and applied for and towards that Purpofe, and no other.

To clear, ftraighten, &c.

    3. AND BE IT FURTHER ENACTED *by the Authority aforefaid,* That the faid Commiffioners, or any twelve of them, their Survivors, or any twelve of them, fhall have full Power and Authority, by themfelves, their Agents, Servants and Workmen, to clear, fcour, open, enlarge, ftraighten or deepen, the faid River where-ever it fhall to them appear ufeful for improving the Channels; and alfo to remove any Obftructions whatfoever, either natural or artificial, which may or can in any Manner hinder or impede the Navigation in the faid River; and to make and fet up in the faid River any Dams, Pens for Water Locks, or any other Works whatfoever, and the fame to alter or repair as they fhall think fit; and alfo to appoint, fet out, and make near the faid River, Paths or Ways, which fhall be free and open for all Perfons having Occafion to ufe the fame for towing, hauling or drawing any Veffels, Boats, fmall Craft and
                                            Rafts

Digitized from Best Copy Available

Rafts, of any Kind whatfoever; and from Time to Time to do and execute every other Matter or Thing neceffary or convenient for improving the Navigation in the faid River. PROVIDED ALWAYS, That no Dam, Pen, Lock or other Work, made or fet up by the faid Commiffioners, fhall be appropriated to the private Ufe or Benefit of any Perfon or Perfons whatfoever, contrary to the true Intent and Meaning of this Act.

4. AND BE IT FURTHER ENACTED *by the Authority aforefaid*, That no Perfon or Perfons whatfoever fhall prefume to divert, lead or draw at any Time or Times, by any Race or other Device, any Water of the faid River out of or from the natural Courfe or Channel, for the Ufe of any Mill or Waterwork. *Watercourfe not to be diverted.*

5. AND BE IT FURTHER ENACTED *by the Authority aforefaid*, That if any Perfon or Perfons fhall prefume to oppofe or hinder the faid Commiffioners, or any of them, their Agents, Servants and Workmen, or any of them, from doing any Act which they are hereby authorized and empowered to do, or fhall make, erect, fet up, repair or maintain, or fhall be aiding, affifting or abetting in making, erecting, fetting up, repairing or maintaining, any Dam or Obftruction which may or can in any Manner hinder or impede the Navigation in the faid River; or fhall remove, deftroy, throw down, alter, injure or impair, any Dam, Pen, Lock or other Work, made or fet up by the faid Commiffioners, or by Order of them, or any twelve of them, their Survivors, or any twelve of them; every Perfon fo offending, being legally convicted thereof by Verdict of a Jury, or by his own Confeffion, before the Juftices of the Peace in their Court of General Quarter-Seffions, fhall forfeit and pay *Fifty Pounds* Proclamation Money of this Colony, for every fuch Offence, or fhall fuffer Imprifonment for twelve Months without Bail or Mainprize; one Moiety of which Forfeiture fhall be paid to the Informer, and the other Moiety to the Commiffioners herein appointed, or the Survivors of them as aforefaid, to be applied for and towards improving the Navigation in the faid River. *Penalty on hindering the Commiffioners, &c. or obftructing the Navigation.* *Application.*

6. AND WHEREAS Doubts may arife in what Counties Offences committed in the faid River *Delaware* againft this Act ought to be tried; for removing thereof, BE IT ENACTED *by the Authority aforefaid*, That every Offence committed in or on the faid River, againft this Act, fhall be laid to be committed, and may be tried and determined as aforefaid, in any of the Counties within this Colony oppofite to or joining on that Part of the faid River in which fuch Offence fhall be committed. *Offences where triable.*

7. PROVIDED ALWAYS, AND BE IT FURTHER ENACTED *by the Authority aforefaid*, That Nothing herein contained fhall give any Power or Authority to the Commiffioners herein appointed, or any of them, to remove, throw down, lower, impair, or in any Manner to alter a Mill-Dam erected by *Adam Hoops*, Efquire, late deceafed, in the faid River *Delaware*, between his Plantation and an Ifland in the faid River nearly oppofite to *Trenton*, or any Mill-Dam erected by any other Perfon or Perfons in the faid River, before the Paffing of this Act; nor to obftruct, or in any Manner to hinder the Heirs or Executors *Not to injure Mill-Dams already erected.*

4 R of

Case 1:23-cv-01293-GLR Document 21-28 Filed 07/20/23 Page 8 of 8

of the faid *Adam Hoops*, or fuch other Perfon or Perfons, his or their Heirs and Affigns, from maintaining, raifing or repairing, the faid Dams refpectively, or from taking Water out of the faid River, for the Ufe of the faid Mills and Waterworks, erected as aforefaid, and none other.

<div style="margin-left:2em">Commiffion-ers to keep Minutes and report.</div>

8. AND BE IT FURTHER ENACTED *by the Authority aforefaid*, That the faid Commiffioners fhall keep Minutes of their Proceedings, in Pur-fuance of the Power hereby given to them, fairly entered in a Book; and fhall once in every Year make Report of their Tranfactions in improving the Navigation in the faid River to the Council and Affem-bly of this Colony for the Time being, and fhall lay before them a juft and faithful Account of all Sums of Money by them received for the aforefaid Purpofes, and in what Manner they fhall be expended, that the fame may be adjufted and fettled.

## C H A P. DXLII.

*An* A C T *for the more effectual maintaining, and keeping above the Flow of the Tide, that Part of the Road or Caufeway be-tween the Toll-Bridge over* Newton *Creek and the faft Land of* Keziah Tonkin.*

Paffed Dec. 21. 1771.

<div style="margin-left:2em">Preamble.</div>

W H E R E A S *Thomas Attmore, Ifaac Burrough, Benjamin Thack-ray, Jacob Stokes, Hannah Cooper, Keziah Tonkin, Elizabeth Thackray* and *Job Haines*, Owners and Proprietors of the Meadows ly-ing on the eafterly Side of *Newton* Creek, in the County of *Gloucefter*, have, by their Petition, fet forth, That they have fuffered, and are daily expofed to very confiderable Damage by Reafon of the Caufeway and Road between the Toll-Bridge, called *William Gerrard*'s, and the faft Land of *Keziah Tonkin*, not being raifed above the Flowing of the Tides;

<div style="margin-left:2em">Poffeffors of the Toll-Bridge ne-glecting three Months.</div>

*Sect.* I. BE IT THEREFORE ENACTED *by the Governor, Council and General Affembly*, That if the Owner or Owners, Poffeffor or Poffeffors, of the Toll-Bridge erected over *Newton* Creek, fhall neglect or refufe, for three Months after Publication hereof, to repair and raife, above the Flowing of the Tides, fuch Part of the Caufeway and Road, leading from the Town of *Gloucefter* to the *Coopers* Ferries, as lays on the Eaft Side of *Newton* Creek aforefaid, from the End of faid Toll-Bridge to the faft Land of *Keziah Tonkin*; then, and in fuch Cafe, it fhall and may be lawful for the Managers, or the Survivors of them already ap-pointed, or that fhall be hereafter appointed, in Purfuance of an Act paffed in the third Year of His prefent Majefty's Reign, entitled, *An* Act *to enable the Owners and Poffeffors of the Meadows lying on a Branch of* Newton *Creek, in the County of* Gloucefter, *commonly called the* Back Creek, *to erect and maintain a Bank, Dam, and other Waterworks acrofs*

<div style="margin-left:2em">Managers of *Back Creek* Meadows to repair and raife the Caufeway.</div>

*the faid Creek, in order to prevent the Tide from overflowing the fame, and to keep the former Watercourfe of faid Creek open and clear,*† to repair, amend and raife the faid Caufeway and Road, from the Bridge afore-faid,

---

\* This Act, though ftrictly private, being of a very publick Import, is admitted in this Collection.
† Chap. CCCLV.

Digitized from Best Copy Available

# EXHIBIT 29

# ACTS AND LAWS,

PASSED BY THE GENERAL COURT OF *MASSACHUSETTS;*
BEGUN AND HELD AT *BOSTON,* IN THE COUNTY OF
*SUFFOLK,* ON WEDNESDAY THE TWENTY–SEVENTH
DAY OF *MAY, ANNO DOMINI,* 1789; AND FROM THENCE
CONTINUED BY ADJOURNMENT TO WEDNESDAY THE
THIRTEENTH OF *JANUARY* FOLLOWING.

---

## 1789. — Chapter 27.

[January Session, ch. 1.]

AN ACT TO ENABLE *DUDLEY ATKINS* ESQUIRE TO TAKE THE
SURNAME OF *TYNG.*

*Whereas* Dudley Atkins *of* Newbury *in the County of* Preamble.
Essex *Esquire, has Petitioned this Court, setting forth
that he is descended from the Family of* Tyng, *that* Mrs.
Sarah Winslow *of* Tyngsborough, *in the County of* Mid-
dlesex *being a descendant from the same family and hav-
ing no children has devised to him a considerable part of
her estate and has requested him to take the Surname of*
Tyng, *& therefore praying the interposition of this Court
for that purpose:*

*Be it therefore enacted by the Senate and House of* Dudley Atkins,
*Representatives in General Court assembled and by the* the surname of
*authority of the same, that the said* Dudley Atkins *be and* Tyng.
he hereby is enabled to take upon himself the Surname
of *Tyng* in addition to his present name, and that he be
hereafter known and called by the name of *Dudley Atkins
Tyng.*                                    *January 16, 1790.*

---

## 1789. — Chapter 28.

[January Session, ch. 2.]

AN ACT FOR THE PROTECTION AND SECURITY OF THE SHEEP
AND OTHER STOCK ON *TARPAULIN COVE ISLAND* OTHER-
WISE CALLED *NAUSHON ISLAND* AND ON *NENNEMESSETT
ISLAND,* AND SEVERAL SMALL ISLANDS CONTIGUOUS, SIT-
UATED IN THE COUNTY OF *DUKES COUNTY.*

*Whereas there have been of late great depredations made* Preamble.
*by Gunners and Hunters on* Tarpaulin Cove *or* Naushon
island Nennemessett Island, *and several small Islands con-*

ase 1:23-cv-01293-GLR   Document 21-29   Filed 07/28/23   Page 3 of

tiguous thereto situate in the County of Dukes County by which great numbers of Sheep and Deer have been killed and other damages sustained: And whereas the few persons residing on said Islands cannot give proper security to the stock thereon; and to provide an additional remedy in this behalf.

Be it therefore enacted by the Senate and House of Representatives in General Court assembled and by the authority of the same that if any person or persons shall hereafter unlawfully take away, shoot, kill or destroy; or shall cause to be taken away, shot, killed or destroyed, any Sheep or other stock or creatures, on either of the said Islands and shall be thereof convicted every such person or persons shall besides paying the value thereof, forfeit and pay a sum not exceeding *forty shillings* nor less than *ten shillings* for every Sheep or other creature he or they may so take away, shoot, kill or destroy, or cause to be taken away, shot, killed or destroyed, the same to be recovered with costs of suit, by action of debt before any Court proper to try the same; and the sums so recovered shall one half thereof accrue to the prosecutor, and the other half for the use of the poor of the town in which said Islands are, or may be situated.

*And be it further enacted* that if any Person or persons, except such as shall have the special licence of the proprietors of the said Islands, or shall be able to shew sufficient reason therefor, shall be seen with any gun or guns upon either of the said Islands other than that part of said *Naushon Island* at the extreme west end thereof extending between the house there now occupied by *Shadrack Robinson* and the shore of that Island known as *Robinson's Hole*, such person or persons shall forfeit such gun or guns or the value thereof, to any person or persons who will sue, and prosecute therefor, to be recovered with costs of suit by action of Trover before any Court proper to try the same: And if any person or persons shall be found collecting, driving, or in any way molesting any of the Sheep or creatures upon and belonging to the said Islands, or shall be found on either of the aforesaid lands with any skin, limb or carcass, and any Sheep or other creature hath been there lately killed, and such person or persons or his or their company may be reasonably suspected to have killed the same, such person or persons so found shall be deemed and adjudged guilty of such killing, and shall be liable for each and every Sheep or

*Marginal notes:*

Persons unlawfully taking away, or destroying stock, subject to forfeiture, &c.

Gunning prohibited, without licence.

Forfeiture.

Persons driving or molesting sheep, subject to Penalty.

JA0456

other creature which hath been there lately killed as aforesaid to such penalty as is already provided in this act against such killing to be recovered with costs by action of debt, and to accrue in like manner as aforesaid, besides being liable for the value thereof.

*And be it further enacted by the authority aforesaid* that no person by reason of being an inhabitant of the Town to which such penalty shall accrue, shall be disqualified from being a witness in any suit or prosecution for any breach of this Act.

*Provided nevertheless, and be it further enacted* that any <span style="float:right">Proviso.</span> person or persons having suffered any penalty or forfeiture incurred by this Act shall be exempted from any other penalty for the same offence.          *January 30, 1790.*

---

## 1789. — Chapter 29.

[January Session, ch. 3.]

AN ACT IN ADDITION TO AN ACT ENTITLED " AN ACT TO PREVENT THE DESTRUCTION & TO REGULATE THE CATCHING OF THE FISH CALLED SALMON, SHAD AND ALEWIVES IN THE RIVERS & STREAMS IN THE COUNTIES OF *CUMBERLAND* AND *LINCOLN* & TO REPEAL ALL LAWS HERETOFORE MADE FOR THAT PURPOSE."

*Whereas it would be beneficial that said Act should ex-* <span style="float:right">Preamble.</span> *tend to several rivers and streams not enumerated therein :*

*Therefore be it enacted by the Senate and House of Representatives in General Court assembled and by the authority of the same,* that the said Act and every part <span style="float:right">Rivers included<br>in a former act.</span> thereof shall extend to and include *Machias River, Pleasant River, Narraguagus River, Coops-Cook River, Denny's River, Union River, Chandlers River, Tunk Stream, & Donnels Stream,* together with all the other Rivers eastward of *Penobscot River* in the Counties of *Hancock* & *Washington* and the several streams emptying into the same in as full & ample a manner as if said Rivers & Streams had been enumerated in said Act.

          *February 2, 1790.*

---

## 1789. — Chapter 30.

[January Session, ch. 4.]

AN ACT FOR REPEALING AN ACT ENTITLED " AN ACT ESTABLISHING NAVAL-OFFICES IN THIS COMMONWEALTH & FOR THE REPEALING LAWS MADE FOR THAT PURPOSE " AND FOR REPEALING THE SEVERAL LAWS REGULATING THE FEES & FORMS IN THAT OFFICE.

*Be it enacted by the Senate and House of Representatives in General Court assembled and by the authority of*

JA0457

# EXHIBIT 30

JA0458

# ACTS

## PASSED BY THE GENERAL ASSEMBLY

OF THE

# STATE OF LOUISIANA,

AT THE

## EXTRA SESSION,

HELD AND BEGUN IN THE CITY OF NEW ORLEANS,

ON THE 23d OF NOVEMBER, 1865.

PUBLISHED BY AUTHORITY.

NEW ORLEANS:
J. O. NIXON, STATE PRINTER,
1866.

# ACTES

## PASSÉS PAR L'ASSEMBLÉE GÉNÉRALE

DE

# L'ETAT DE LA LOUISIANE,

A LA

# SESSION EXTRA,

TENUE ET COMMENCÉE DANS LA VILLE DE LA Nlle-ORLÉANS,

LE 23me JOUR DE NOVEMBRE 1865.

PUBLIÉS PAR AUTORITÉ.

NOUVELLE-ORLÉANS:
J. O. NIXON, IMPRIMEUR D'ÉTAT.
1866.

14

incurred by his Excellency, J. Madison Wells, Governor of the State of Louisiana, in fitting up the Mechanics' Institute for the use of the General Assembly, the said amount to be paid on the warrant of the Auditor of Public Accounts, to the following persons, and as follows:

| | |
|---|---:|
| C. W. Grandjean, two thousand three hundred and twenty-seven dollars and eighteen cents | $2,327 18 |
| Allen Hill, two thousand and seventy-six dollars and fifty cents | 2,076 50 |
| A. Brosseau & Co., one thousand six hundred and thirty-nine dollars and ninety-two cents | 1,639 92 |
| Selby & Donlan, two hundred and eighty-four dollars and thirty-five cents | 284 35 |
| J. P. Coulon, three hundred and seventy-one dollars and sixty-five cents | 371 65 |
| P. Ward, one hundred dollars | 100 00 |
| John Gauche, twenty dollars and fifty cents | 20 50 |
| Sampson & Kean, thirty dollars | 30 00 |
| G. W. R. Bailey, two hundred dollars | 200 00 |
| Total | $7,050 10 |

Sec. 2.   Be it enacted, &c., That this act shall take effect from and after its passage.

<div align="right">

DUNCAN S. CAGE,<br>
Speaker of the House of Representatives.<br>
ALBERT VOORHIES,<br>
Lieutenant Governor and President of the Senate.
</div>

Approved December 18, 1865.

<div align="right">

J. MADISON WELLS,<br>
Governor of the State of Louisiana.
</div>

A true copy:

J. H. HARDY,

Secretary of State.

---

No. 10.]                    AN ACT

To prohibit the carrying of fire-arms on premises or plantations of any citizen, without the consent of the owner.

SECTION 1.   Be it enacted by the Senate and House of Representatives of the State of Louisiana, in General Assembly convened, That it shall not be lawful for any person or persons to carry fire-arms on the premises or plantations of any citizen, without the consent of the owner or proprietor, other than in lawful discharge of a civil or military order; and any person or persons so offending shall be fined a sum not less than one dollar nor more than ten dollars, or imprisoned not less than one day nor more than ten days in the parish jail, or both, at the discretion of any court of competent jurisdiction.

*Penalty.*

15

préparer, pour l'usage de l'Assemblée Générale, les salles de l'Institut des Artisans. Le susdit montant sera payé sur le mandat de l'Auditeur des Comptes Publics, aux personnes ci-après désignées, ainsi que suit:

C. W. Grandjean, deux mille trois cent vingt-sept piastres et dix-huit cents................................. $2,327 18
Allen Hill, deux mille soixante-seize piastres et cinquante cents.......................................... 2,076 50
A. Brousseau & Cie., mille six cent trente-neuf piastres et quatre-vingt-douze cents....................... 1,639 92
Selby & Donlaw, deux cent quatrevingt-quatre piastres et trente-cinq cents.......................... 284 35
J. P. Coulon, trois cent soixante-onze piastres et soixante-cinq cents................................. 371 65
P. Ward, cent piastres............................ 100 00
John Gauche, vingt piastres et cinquante cents......... 20 50
Sampson & Keen, trente piastres.................. 30 00
G. W. R. Bailey, deux cents piastres.................. 200 00
                                                         _____
      Total...................................... $7,050 10

Sec. 2. Décrètent de plus: Cet acte sortira son effet à compter de son adoption.

                          DUNCAN S. CAGE,
                Orateur de la Chambre des Représentants.
                          ALBERT VOORHIES,
                Lieutenant-Gouverneur et Président du Sénat.
Approuvé le 18 décembre 1865.
                          J. MADISON WELLS,
                          Gouverneur de l'Etat de la Louisiane.
Pour copie conforme:
          J. H. HARDY,
                Secrétaire d'Etat.

————

No. 10.]                       ACTE

Défendant le port d'armes à feu dans le domaine ou l'habitation de tout citoyen sans le consentement du propriétaire.

SECTION 1. Le Sénat et la Chambre des Représentants de l'Etat de la Louisiane, réunis en Assemblée Générale, décrètent: La loi défend à toute personne de porter des armes à feu dans le domaine ou l'habitation de tout citoyen, sans le consentement du propriétaire, excepté dans l'accomplissement légitime d'un ordre civil ou militaire; toute contravention à cette loi sera punie d'une amende d'au moins une piastre et de dix au plus, ou d'un emprisonnement d'un jour au moins, et qui n'en excèdera pas dix, dans la prison de paroisse; les deux peines pourront être infligées à la fois, à la discrétion de toute cour de juridiction compétente.

Peine contre le port illégal d'armes à feu.

JA0462

16

<div style="margin-left:2em;">Repealing<br>clause.</div>

SEC. 2.   Be it further enacted, &c., That all laws, or parts of laws, to the contrary notwithstanding, be and the same are hereby repealed.

DUNCAN S. CAGE,
Speaker of the House of Representatives.

ALBERT VOORHIES,
Lieutenant Governor and President of the Senate.

Approved December 20, 1865.

J. MADISON WELLS,
Governor of the State of Louisiana.

A true copy:
J. H. HARDY,
Secretary of State.

---

No. 11.]                    AN ACT

To Prevent Trespassing.

SECTION 1.   Be it enacted by the Senate and House of Representatives of the State of Louisiana, in General Assembly convened, That whosoever shall enter upon any plantation without the permission of the owner or agent, shall be deemed guilty of a misdemeanor, and shall be liable to be arrested and brought before any court of competent jurisdiction, and upon proof of the fact shall be fined in a sum not exceeding one hundred dollars, or imprisoned for a term not exceeding one month, and may, moreover, be required to give bond for good behavior during six months.

*Persons offending against this Act, before whom tried.*

*Fine.*

SEC. 2.   Be it further enacted, &c., That all laws, or parts of laws, contrary to the provisions of this act, be and the same are hereby repealed.

*Repealing clause.*

SEC. 3.   Be it further enacted, &c., That this act shall take effect from and after its passage.

DUNCAN S. CAGE,
Speaker of the House of Representatives.

ALBERT VOORHIES,
Lieutenant Governor and President of the Senate.

Approved December 20, 1865.

J. MADISON WELLS,
Governor of the State of Louisiana.

A true copy:
J. H. HARDY,
Secretary of State.

---

No. 12.]                    AN ACT

To amend and re-enact the one hundred and twenty-first section of an act entitled "An Act relative to crimes and offences," approved March 14, 1855.

SECTION 1.   Be it enacted by the Senate and House of Representatives of the State of Louisiana in General Assembly convened, That

17

Sec. 2. Décrètent de plus: Toutes lois ou dispositions contraires Clause d'abroga-
à cet acte, sont et demeurent abrogées par les présentes.  tion.

DUNCAN S. CAGE,
Orateur de la Chambre des Représentants.
ALBERT VOORHIES,
Lieutenant-Gouverneur et Président du Sénat.
Approuvé le 20 décembre 1865.

J. MADISON WELLS,
Gouverneur de l'Etat de la Louisiane.

Pour copie conforme:
J. H. HARDY,
Secrétaire d'Etat.

---

No. 11.]                    ACTE

Empêchant la violation du droit de propriété.

Section 1. Le Sénat et la Chambre des Représentants de l'Etat de
la Louisiane, réunis en Assemblée Générale, décrètent: Quiconque en- Devant quel
trera dans une habitation sans le consentement du propriétaire ou de juge sera tradui-
son agent, sera considéré coupable d'un délit, et sera sujet à être arrêté ne contrevenant
et traduit devant toute cour de juridiction compétente; la preuve du au présent acte.
fait susdit entraînera une condamnation à une amende qui n'excédera Amende.
pas cent piastres, ou à un emprisonnement qui ne durera pas plus
d'un mois, et l'on pourra de plus exiger du coupable un cautionne-
ment qui répondra de sa bonne conduite pendant six mois.

Sec. 2. Décrètent de plus: Toutes lois ou dispositions à ce con- Clause d'abroga-
traires, sont par le présent abrogées.  tion.

Sec. 3. Décrètent de plus: Cet acte sortira son effet à compter Mise à effet.
de son adoption.

DUNCAN S. CAGE,
Orateur de la Chambre des Représentants.
ALBERT VOORHIES,
Lieutenant-Gouverneur et Président du Sénat.
Approuvé le 20 décembre 1865.

J. MADISON WELLS,
Gouverneur de l'Etat de la Louisiane.

Pour copie conforme:
J. H. HARDY,
Secrétaire d'Etat.

---

No. 12.]                    ACTE

Amendant et rééditant la cent vingt-et-unième section de l'acte intitulé: "Acte relatif aux Cri-
mes et Délits," approuvé le 14 mars 1855.

Section 1. Le Sénat et la Chambre des Représentants de l'Etat
de la Louisiane, réunis en Assemblée Générale, décrètent :
3

# EXHIBIT 31

# A DIGEST

OF THE

# LAWS OF TEXAS:

CONTAINING THE LAWS IN FORCE,

AND

# THE REPEALED LAWS

ON WHICH RIGHTS REST,

FROM 1754 TO 1874,

CAREFULLY ANNOTATED.

BY GEORGE W. PASCHAL,

*OF AUSTIN, TEXAS,*

LATE REPORTER OF THE SUPREME COURT OF TEXAS, AUTHOR OF PASCHAL'S ANNOTATED
CONSTITUTION, PASCHAL'S DIGEST OF DECISIONS, ETC., ETC.

Fourth Edition—Volume II

WASHINGTON, D. C.:
W. H. & O. H. MORRISON,
HOUSTON, TEXAS: E. H. CUSHING.
NEW YORK: BAKER, VOORHIS & CO.
1874,

Entered according to Act of Congress, in the year 1874, by

GEORGE W. PASCHAL,

In the Office of the Librarian of Congress, at Washington, D. C.

STEREOTYPED AND PRINTED BY
M'GILL & WITHEROW,
WASHINGTON, D. C.

CRIMINAL CODE.                                                  1321

TITLE XI.—OF OFFENSES AGAINST THE PUBLIC PEACE.          Arts. 1984–1995.

CHAPTER I.—UNLAWFUL ASSEMBLIES.

AN ACT TO AMEND THE PENAL CODE FOR THE STATE OF TEXAS.          6 Nov., 1871; took
effect from pas-
sage. Vol. 2c, part
3, p. 19.
Art. 1993.

ART. 6508. [1] The penal code for the state of Texas [shall]
be amended as follows, by inserting after article 363 the follow-
ing: [363a] If the purpose of the unlawful assembly be to alarm      Unlawfully ap-
and frighten any person or persons, by appearing in disguise, so     pearing in dis-
guise as Ku-klux,
that the real persons so acting and assembling cannot be readily     White Camelias,
known, and by using language or gestures calculated to produce       and other devil-
in such person or persons the fear of bodily harm, all persons       cry, punished.
Arts. 7030–7036.
engaged therein shall be punished by fine not less than one hun-
dred dollars nor more than one thousand dollars each ; and if        If at night,
such unlawful assembly shall take place at any time of the night,    double punish-
ment.
that is, between sunset and sunrise, the fine shall be doubled ;
and if three or more persons are found together disguised, and       Three or more
armed with deadly weapons, the same shall be *prima facie* evi-      together.
Prima facie evi-
dence of the guilty purpose of such persons, as above described ;    deuce.
and if any other unlawful assembly mentioned in this chapter
consist in whole or in part of persons disguised and armed with
deadly weapons, the fine to be assessed upon each person so offend-
ing shall be double the penalty hereinbefore prescribed.

CHAPTER III.—AFFRAYS AND DISTURBANCES OF THE PEACE.          Arts. 2011–2013.

AN ACT TO PROHIBIT THE DISCHARGING OF FIREARMS IN CERTAIN PLACES      12 Nov., 1866; took
THEREIN NAMED.                                                        effect 13 Jan., 1867.
Vol. 20, p. 210.

ART. 6508a. [1] It shall not be lawful for any person to dis-      Discharging fire-
charge any gun, pistol, or firearms of any description whatever,   arms within mu-
nicipal limits
on, or across any public square, street, or alley, in any city or  made unlawful;
town in this state: *Provided,* This act shall not be so construed
as to apply to the "outer town," or suburbs, of any city or town.

ART. 6508b. [2] Any person who shall discharge any firearms,       and punished, as
in violation of the provisions of the first section of this act, shall  disturbance of
the peace, by
be deemed guilty of disturbing the public peace, and on conviction  fine not exceed-
thereof, before any court having competent jurisdiction, shall be   ing $100.
fined in any sum not exceeding one hundred dollars, to be recov-
ered as other fines and penalties.

AN ACT TO AMEND ARTICLE 382, TITLE XI, CHAPTER 3, OF THE PENAL CODE.  26 Oct., 1866; took
effect from pas-
sage. Vol. 20, p.
60.

ART. 6509. [1] Article 382, title XI, chapter III, of the penal   Disturbance of
code, shall hereafter read as follows: If any one or more persons  the peace, &c., by
quarreling.
shall, in any public place, by loud and vociferous talking, swear-  Art. 2012.
ing, or rudely displaying any pistol, or other deadly weapon, so
as to disturb the inhabitants of the place in the prosecution of    Fine not to ex-
their lawful business, any person engaged in such disturbance       ceed $50.
shall be fined in any sum not exceeding fifty dollars.*

AN ACT TO PROHIBIT THE CARRYING OF FIREARMS ON PREMISES OR          6 Nov., 1866; took
PLANTATIONS OF ANY CITIZEN WITHOUT THE CONSENT OF THE OWNER.         effect 13 Jan.,
1867.   Vol. 20, p.
90.

ART. 6510. [1] It shall not be lawful for any person or persons   Carrying fire-
to carry firearms on the inclosed premises or plantation of any    arms an offense.
citizen, without the consent of the owner or proprietor, other
than in the lawful discharge of a civil or military duty, and any
person or persons so offending shall be fined a sum not less than
one nor more than ten dollars, or imprisonment in the county        $10 fine, or ten
* 1330a. This is sufficiently certain and complete.  *Sisk* v. *The State*, 35 Tex., 496.

1322                                    CRIMINAL CODE.

days' imprison-  jail nor less than one day nor more than ten days, or both, in the
ment.            discretion of the court or jury before whom the trial is had.

                          AN ACT REGULATING THE RIGHT TO KEEP AND BEAR ARMS.

12 Aug., 1870;       ART. 6511. [1] If any person shall go into any church or re-
took effect 12   ligious assembly, any school-room or other place where persons
Oct., 1870. Vol. 21,
part I, p. 63.   are assembled for educational, literary, or scientific purposes, or
Persons not to   into a ball-room, social party, or other social gathering, composed
bear arms at pub-
lic assemblies.  of ladies and gentlemen, or to any election precinct on the day
Social inter-    or days of any election, where any portion of the people of this
course and elec-
tions not to be  state are collected to vote at any election, or to any other place
made dangerous.  where people may be assembled to muster or to perform any
                 other public duty, or any other public assembly, and shall have
Art. 6512.       about his person a bowie-knife, dirk, or butcher-knife, or fire-
                 arms, whether known as a six-shooter, gun, or pistol of any
Kinds of weapons kind, such person so offending shall be deemed guilty of a mis-
prohibited.      demeanor, and on conviction thereof shall be fined in a sum not
Fine $50 to $500.  less than fifty or more than five hundred dollars, at the discre-
Notes, 111, 167.  tion of the court or jury trying the same : Provided, That
                 nothing contained in this section shall apply to locations subject
Scalp-lifting    to Indian depredations: And provided further, That this act shall
country except-  not apply to any person or persons whose duty it is to bear arms
ed.
Armed officials. on such occasions in discharge of duties imposed by law.

                    AN ACT TO REGULATE THE KEEPING AND BEARING OF DEADLY WEAPONS.

12 April, 1871;      ART. 6512. [1] Any person carrying on or about his person,
took effect 12
June, 1871.  Vol.  saddle, or in his saddle-bags, any pistol, dirk, dagger, slung-
21, part 2, p. 25.  shot, sword-cane, spear, brass-knuckles. bowie-knife, or any
Carrying arms a
misdemeanor,     other kind of knife manufactured or sold for the purpose of
punishable by    offense or defense, unless he has reasonable grounds for fearing
fine and forfeit-
ure, unless, &c.  an unlawful attack on his person, and that such ground of
Patriots and mili-  attack shall be immediate and pressing ; or unless having or
tiamen excepted.
Art. 6511.       carrying the same on or about his person for the lawful defense
[This section is  the state, as a militiaman in actual service, or as a peace officer
constitutional.
English v. The   or policeman, shall be guilty of a misdemeanor, and, on convic-
State, 35 Tex.,  tion thereof, shall, for the first offense, be punished by fine of
474.]
                 not less than twenty-five nor more than one hundred dollars, and
Fine $25 to $100  shall forfeit to the county the weapon or weapons so found on or
for first offense.  about his person ; and for every subsequent offense may, in ad-
                 dition to such fine and forfeiture, be imprisoned in the county
Imprisonment     jail for a term not exceeding sixty days ; and in every case of
for second of-
fense.           fine under this section shall be imposed and collected shall go
Notes 111, 167.  into the treasury of the county in which they may have been
                 imposed : Provided, That this section shall not be so construed
People at home   as to prohibit any person from keeping or bearing arms on his
and officials ex-
cepted.          or her own premises, or at his or her own place of business, nor
[Carrying weap-  to prohibit sheriffs or other revenue officers, and other civil
ons to and from
market is within  officers, from keeping or bearing arms while engaged in the dis-
the proviso. Wad-  charge of their official duties, nor to prohibit persons traveling
dell v. The State,
37 Tex., 356.  But  in the state from keeping or carrying arms with their baggage:
carrying a pistol  Provided further, That members of the legislature shall not be
hog hunting in
the woods is not  included under the term "civil officers" as used in this act.
within the ex-      ART. 6513. [2] Any person charged under the first section of
ception.  Baird
v. The State, 39  this act, who may offer to prove, by way of defense, that he was
Tex., 569.]
Art. 6512.
Justification
must be immedi-

                                    JA0469

# EXHIBIT 32

JA0470

shall have power to grant a "leave of absence" to all inmates of the institution who shall prove by their diligence and upright behavior that they are entitled to the same; *provided*, that such "leave of absence" shall be given only upon the condition that such youth shall continue to lead a useful and honorable life; and the board shall have full power to recall all such absentees who may lapse into their former vicious habits.

Section 18.  Any boy or girl committed to the state reform school shall be there kept, disciplined, instructed, employed, and governed until he or she arrives at the age of majority, or is bound out, reformed, or legally discharged under the direction and discretion of the said board.  The binding out or discharge of a boy or girl as reformed, or having arrived at the age of majority, shall be a complete release from all penalties incurred by conviction of the offense for which he or she was committed, except as provided for in section 17 of this act.

Section 19.  If any boy or girl convicted of any misdemeanor, committed to the reform school, shall prove unruly or incorrigible, or if the board of trustees shall decide that his or her presence is dangerous to the welfare of the school, the board shall have power to order his or her return to the county from which he or she came and deliver to the sheriff of the said county, and proceedings against him or her shall be resumed as if no warrant or order committing him or her to the reform school had been made; and the said sheriff shall be notified of such order by the superintendent of the school, and shall immediately, or at the earliest practicable day thereafter, visit the said school and receive such youth from the authorities of said institution.

Section 20.  When any youth are committed to the reform school all expenses occurring in such cases, including the cost of transportation, both going and coming, shall be borne by the county from which such youth are committed.  Commitments to said reform school shall be made in accordance with the provisions of this act; *provided, however*, that upon the application to the proper court by any religious society or body to which said youth or the parents of said youth may belong for the custody of such youth, when such religious society or body has provided a suitable institution for the care and reform of delinquent children or minors, the court, upon satisfactory showing by such religious society or body of such fact, may commit such minor to such religious institution.

Section 21.  Upon the temporary or permanent discharge of any person committed to the reform school, the superintendent shall provide him with suitable clothing and procure transportation for him to his home, if resident in this state, or to the county in which

GENERAL LAWS.

he may have been convicted; *provided*, that such discharge shall be approved by the said board of trustees; *and provided further*, that all expenses of transportation occurring in such cases shall be paid by the counties from which such youth were committed.

Section 22. If any parent or guardian or master to whom a youth has been apprenticed, or any person occupying the position of a parent, protector, or guardian in fact or in reality by blood or marriage, shall feel aggrieved by such commitment to such institution, he [may] make written application to the board of trustees of the institution for the discharge of such youth, which application shall be filed with the superintendent, who shall inform the board thereof, and the same shall be heard and determined by such board at such time and place as they shall appoint for that purpose, not later than the next regular meeting of the board. Such application shall state the grounds of the applicant's claim to the custody of the youth, and the reasons for claiming such custody. Within ten days after hearing said application, the board shall make and announce their opinion thereon, and if they shall be of the opinion that the welfare of such youth would be promoted by granting the application, they shall make an order to that effect; otherwise they shall deny the application; *provided*, that all expenses occurring in such cases shall be paid by said parents, guardians, or masters.

Section 23. Whenever the number of boys committed to the reform school shall exceed the accommodations thereof, it shall be the duty of the board of trustees to notify all the proper courts of the same, and no more commitments to the school shall be made until due proclamation shall have been made by the board of trustees that additional room has been provided.

Section 24. If any person shall procure the escape of any youth committed to the reform school, or devise, or connive at, aid or assist in such escape, or conceal any such youth so committed after such escape, he shall, upon conviction thereof in any court of competent jurisdiction, be punished by a fine of not less than one hundred nor more than one thousand dollars, or be imprisoned in the county jail not less than two months nor more than one year, or by both such fine and imprisonment; or if such youth so convicted be under the age of sixteen years, then he shall be committed to the reform school, as in this act provided.

Section 25. So much of the acts entitled "An act to establish a reform school for juvenile offenders, and erect necessary buildings therefor," approved February 18, 1889, and "An act to provide for the further establishment, advancement, and development of the state reform school," approved February 20, 1891, as is in conflict with the provisions of this act, is hereby repealed.

JA0472

Section 26.   Inasmuch as there is urgent need for the application of the amendments herein made, this act shall be in force from and after its approval by the governor.

Filed in the office of the secretary of state, February 20, 1893.

---

### AN ACT [s. b. 164].

To Amend an Act entitled "An Act to Protect Hotel Keepers, Inn-keepers, and Boarding-house Keepers," approved February 25, 1889.

*Be it enacted by the Legislative Assembly of the State of Oregon:*

Section 1.   That section 1 of an act entitled "An act to protect hotel keepers, inn-keepers, and boarding-house keepers," approved February 25, 1889, be and the same is hereby amended so as to read as follows:—

Sec. 1.   Hotel keepers, inn-keepers, lodging-house keepers, and boarding-house keepers shall have a lien upon the baggage, clothing, jewelry, and other valuables of their guests, lodgers, or boarders brought into such hotel, inn, lodging-house, or boarding-house by such guest, lodger, or boarder for the reasonable charges due from such guests, lodgers, or boarders for their accommodation, board, or lodging, and such extras as are furnished at the request of such guest, lodger, or boarder; and such hotel keeper, inn-keeper, lodging-house keeper, or boarding-house keeper may retain and hold possession of such baggage, clothing, jewelry, and other valuables until such charges be paid.

Filed in the office of the secretary of state, February 20, 1893.

---

### AN ACT [s. b. 179.]

To Amend Section 1 of an Act entitled "An Act to Amend Sections 2246 and 2247 of the Laws of Oregon, as Compiled and Annotated by W. Lair Hill, Relating to the Boundaries of Clatsop County, and the Line of Boundary between the Counties of Clatsop and Tillamook," approved February 20, 1891.

*Be it enacted by the Legislative Assembly of the State of Oregon:*

Section 1.   That section 1 of an act entitled "An act to amend sections 2246 and 2247 of the laws of Oregon, as compiled and annotated by W. Lair Hill, relating to the boundaries of Clatsop county and the line of boundary between the counties of Clatsop and Tillamook," be and the same is hereby amended so as to read as follows:—

78                           GENERAL LAWS.

Sec. 1.  That section 2246 of the general laws of Oregon, as
compiled and annotated by W. Lair Hill, relating to the boundaries
of the county of Clatsop, be and is hereby amended so as to read as
follows:

§ 2246.  The boundaries of the county of Clatsop shall be as
follows:  Commencing at a point where the west boundary line of
Columbia county intersects the line of low tide on the south shore
of the Columbia river, and thence southerly along the west bound-
ary line of Columbia county to and along the line between ranges
five and six west of the Willamette meridian to an intersection with
the line dividing townships numbered three and four north; and
thence west along the line dividing townships numbered three and
four north to the shore of the Pacific ocean; and thence west to the
west boundary line of the state of Oregon; and thence northerly
along said west boundary line of said state to a point due west of
and opposite the middle of the north ship channel of the Columbia
river; thence easterly to and up the middle channel of said river
along the north boundary line of the state of Oregon to a point due
north of the point of beginning, and thence south to the point of
beginning.  And said Clatsop county and the courts in and for the
said county are hereby vested with jurisdiction in civil and crim-
inal cases upon the Columbia river to the north shore thereof
opposite the said county of Clatsop.

Filed in the office of the secretary of state, February 20, 1893.

---

AN ACT                                    [s. b. 207.]

To Change the Boundary Line of Multnomah and Clackamas Counties in the
State of Oregon.

*Be it enacted by the Legislative Assembly of the State of Oregon:*

Section 1.  That portion of Clackamas county, Oregon, lying
within the present boundary lines of the city of Sellwood, and
described as follows:  Commencing at a point at the ¼ post between
sections 23 and 26, township 1 south, range 1 east; thence east to
the east line of said city of Sellwood; thence south along the east
line of said city of Sellwood to the southeast corner of said city;
thence west and westerly along the south line of said city to the
center of the Willamette river; thence down the center of said
river to the line between sections 22 and 27, township 1 south,
range 1 east; thence east along the line between sections 22, 27.
23, and 26 to the place of beginning,—be and the same is hereby
detached from the county of Clackamas and annexed to the county

Case 1:23-cv-01293-GLR   Document 21-32   Filed 07/28/23   Page 6 of 12

of Multnomah.  All acts and parts of acts in conflict with this act
are hereby repealed.

Section 2.  The county court of Multnomah county, Oregon,
shall procure or cause to be procured properly attested copies of
the records of Clackamas county, Oregon, affecting the title to real
estate situated in the territory described in section one of this act,
and have the same recorded in the records of Multnomah county,
Oregon, and thereafter such records shall be recognized and become
a part of the official records of said Multnomah county, Oregon.

Filed in the office of the secretary of state, February 20, 1893.

---

## AN ACT                                    [ s. b. 15.]

To Prevent a Person from Trespassing upon any Enclosed Premises or Lands
not His Own Being Armed with a Gun, Pistol, or other Firearm, and to
Prevent Shooting upon or from the Public Highway.

*Be it enacted by the Legislative Assembly of the State of Oregon:*

Section 1.  It shall be unlawful for any person, other than an
officer on lawful business, being armed with a gun, pistol, or other
firearm, to go or trespass upon any enclosed premises or lands with-
out the consent of the owner or possessor thereof.

Section 2.  It shall be unlawful for any person to shoot upon or
from the public highways.

Section 3.  It shall be unlawful for any person, being armed
with a gun or other firearm, to cause, permit, or suffer any dog,
accompanying such person, to go or enter upon any enclosed prem-
ises without the consent of the owner or possessor thereof; *provided,*
that this section shall not apply to dogs in pursuit of deer or var-
mints.

Section 4.  Any person violating the provisions of this act shall
be deemed guilty of a misdemeanor, and upon conviction thereof
shall be punished by a fine not less than fifteen dollars nor more
than fifty dollars, and in default of the payment of the fine imposed
shall be committed to the county jail of the county in which the
offense is committed, one day for every two dollars of the said fine.

Section 5.  Justices of the peace for the proper county shall have
jurisdiction of the trial of offenses herein defined.

Filed in the office of the secretary of state, February 20, 1893.

GENERAL LAWS.

---

## AN ACT                    [ H. B. 318.]

### To Reimburse Certain Counties in this State, entitled to Rebate on Account of Overpaid Taxes.

Whereas under a decision of the supreme court of the state of Oregon, filed June 18, 1892, certain taxes levied by the governor, the secretary of state, and state treasurer, acting jointly as a state board of levy, were declared illegal; and whereas prior to the rendition of the decision referred to, sundry amounts were paid into the state treasury and the official receipt of the state treasurer issued therefor to the treasurers of the counties hereinafter named, thus overpaying the amount due from said counties for the year 1891; therefore,

*Be it enacted by the Legislative Assembly of the State of Oregon:*

Section 1. That the state treasurer be and hereby is authorized and directed to credit the counties hereinafter named with the amounts overpaid by them on account of state taxes for the year 1891, upon any taxes now due, or that may become due from such counties, as follows:—

To Columbia county—
Current expense tax, 1891_____ _____ $152 54
Militia tax, 1891_____   6 55
University tax, 1891_____   4 68—$163 77
To Grant county—
Militia tax, 1891_____ _____ $  2 56
University tax, 1891_____   1 83—$   4 39
To Harney county—
Militia tax, 1891_____ _____ $ 34 95
University tax, 1891_____  24 96—$ 59 91
To Josephine county—
Current expense tax, 1891_____ $483 81
Militia tax, 1891_____ _____  21 77
University tax, 1891_____  14 83—$520 41
To Klamath county—
Militia tax, 1891_____ _____ $ 34 58
University tax, 1891_____  24 68—$ 59 26
To Lake county—
Militia tax, 1891_____ _____ $ 67 94
University tax, 1891_____  48 54—$116 48
To Lane county—
Militia tax, 1891_____ _____ $ 14 53
University tax, 1891_____  10 37—$ 24 90

To Sherman county—
Current expense tax, 1891 _____ $ 19 29
Militia tax, 1891 _____ ____ _____     82
University tax, 1891 _____ _____   59—$ 20 70

Section 2.   That the state treasurer be and is hereby authorized and directed to credit to Umatilla county on account of the current expense and the special state taxes for 1891, the sum of $224.05, on account of errors in the assessment roll of said county of 1891, as shown by a statement on file in the office of the secretary of state.

Section 3.   Inasmuch as the counties named have been for several months deprived of the use of the several amounts named, this act shall take effect and be in force from and after its approval by the governor.

Approved February 21, 1893.

[NOTE.—See note respecting H. B. 318 under head of "Certificate of Secretary of State," *post.*]

## AN ACT                                   [S. B. 159.]

### To Provide for the Satisfaction of Mortgages when Foreclosed.

*Be it enacted by the Legislative Assembly of the State of Oregon:*

Section 1.   That it shall be the duty of all clerks of the circuit court in the counties where there is a recorder, whenever a decree of foreclosure shall be returned in such court foreclosing a mortgage on real estate, to make out a certificate stating that such mortgage has been foreclosed, and the date of such foreclosure, and the number of the journal and page thereof in which such decree is entered, and deliver the same to the recorder, and thereupon such recorder shall enter upon the margin of the record of such mortgage the word "foreclosed," and the date of such foreclosure with the number and page of the journal of such decree.

Section 2.   In counties where the county clerk acts as recorder of conveyances, he shall, upon the entry of any decree foreclosing a mortgage on real estate, make on the margin of the record of such mortgage the record provided for in section 1 of this act.

Section 3.   Whenever any person shall present to the recorder of conveyances, or county clerk acting as such, a certificate from the clerk of the United States circuit court of the foreclosure of any mortgage on real estate, as provided in section 1 of this act, such recorder shall make the record so provided in such section.

Approved February 21, 1893.

6

82                    GENERAL LAWS.

## AN ACT

[ S. B. 145.]

To Authorize County Courts to Offer Rewards for the Apprehension of Crimi-
nals and Fugitives from Justice.

*Be it enacted by the Legislative Assembly of the State of Oregon:*

Section 1.   If any person or persons charged with or convicted
of any felony within this state, shall break prison, escape, or flee
from justice, or abscond, or secrete himself, in such cases it shall be
lawful for the county court of such county where said crime has
been committed, if the said court shall deem necessary, to offer a
reward not to exceed the sum of one thousand ($1,000) dollars for
the apprehension and delivery of each of the bodies of said person
or persons to the custody of such officer as the said court shall
direct.

Section 2.   Any person apprehending and delivering the body
or bodies of such person or persons to the proper officer and pro-
ducing to the county court the receipt of such officer, shall be
entitled to and shall be paid the reward offered by the county
court.

Section 3.   The county court shall on the presentation of the
duly certified claim of the applicant for reward and accompanied
by the proper orders and receipts, shall certify the amount offered
in such reward to the county clerk of such county under the seal
of such county court, and the county clerk of such county shall
draw a warrant on the treasurer of such county for the amount so
authorized.

Section 4.   If the sheriff of any other county than the one
where said crime was committed apprehend the said criminal, he
shall elect to receive either the reward offered or the regular fees
allowed him by law for such service.

Approved February 21, 1893.

## AN ACT

[ S. B. 59.]

To Amend an Act entitled "An Act to Provide Times and Places of Holding
the Terms of Court in the Sixth Judicial District of the State of Oregon,
and to Repeal all Acts and Parts of Acts in Conflict with this Act," and to
Increase the Salaries of the Judges therein.

*Be it enacted by the Legislative Assembly of the State of Oregon:*

That an act entitled an act to provide the time and places of
holding the circuit court in the sixth judicial district in the state of
Oregon, and to repeal all acts and parts of acts in conflict with this

act, which act was approved February 20, 1891, be and the same is hereby amended so as to read as follows:—

Section 1.   That the circuit court of the state of Oregon in and for the sixth judicial district of said state, shall be held each year at the county seat of the respective counties of said district as follows, to wit:—

In the county of Umatilla, on the third Monday in January, the first Monday in June, and the second Monday in October.

In the county of Union, on the fourth Monday in February, the second Monday in July, and the fourth Monday in October.

In the county of Wallowa, on the third Monday in April and the third Monday in September.

In the county of Baker, on the third Monday in June, the second Monday in November, and the second Monday in February.

In the county of Malheur, on the first Monday in June and the fourth Monday in November.

In the county of Grant, the fourth Monday in May and the second Monday in October.

In the county of Harney, on the third Monday in May and the fourth Monday in October.

Section 2.   Inasmuch as there exists at the present, in order to dispatch the business of said district, a necessity for the passage of this act, it is further provided that the same shall be in force and effect from and after its approval by the governor.

Approved February 21, 1893.

---

## AN ACT                    [ s. b. 45.]

**To Amend Section 951 of Title I. of Chapter XII. of the Code of Civil Procedure, as Compiled and Annotated by W. Lair Hill, and Section 954 of Title II. of Chapter XII. of the Above-mentioned Code, and Sections 958 and 968 of Title III. of Chapter XII. of the Above-mentioned Code.**

*Be it enacted by the Legislative Assembly of the State of Oregon:*

Section 1.   That section 951 of title I. of chapter XII. of the code of civil procedure, as compiled and annotated by W. Lair Hill, be and the same is hereby amended so as to read as follows:—

§ 951.   A person may be excused from acting as a juror when his own health or the death or sickness of a member of his family requires his absence; but no person shall be required to serve as a petit juror at any one term of the court for more than four weeks, and shall upon application be entitled to be discharged from further attendance upon the court as such juror at such term, after he has served for such period of four weeks as aforesaid.

GENERAL LAWS.

Section 2. That section 954 of title II. of chapter XII. of the code of civil procedure, as compiled and annotated by W. Lair Hill, be and the same is hereby amended so as to read as follows:—

§ 954. The jury list shall contain the names of at least two hundred persons, if there be that number of qualified jurors upon the assessment roll, and not more than six hundred persons. They shall be selected from the different portions of the county in proportion to the number qualified upon the assessment roll as much as practicable.

Section 3. That section 958 of title III. of chapter XII. of the above-mentioned code, be and the same is hereby amended so as to read as follows:—

§ 958. For the circuit court, thirty-one names shall be drawn, from which number the grand and trial jurors for the term are selected, as elsewhere provided in this code; *provided*, that in districts composed of no more than one county and having more than one judge of that circuit court in said district, a large number of jurors shall be drawn when ordered by the oldest judge in commission of such circuit court, in his discretion; or, in case of his absence or inability to act, the next oldest in commission. For the county court, twelve names shall be drawn, from which number the trial juries are selected in like manner.

Section 4. That section 968 of title III. of chapter XII. of the above-mentioned code, be and the same is hereby amended so as to read as follows:—

§ 968. Whenever, for any reason, the number of jurors, either in whole or in part, required by this code, do not attend a term of the court, or when they have served the full time required by this code as jurors, and have been discharged, as elsewhere provided, the court has power to order an additional number of jurors drawn from the jury box to fill up the regular panel in the same manner as the original panel is required to be drawn, which jurors shall be summoned and required to attend as jurors in the same manner and with like effect as if drawn on the original panel; *provided*, that whenever the regular panel becomes exhausted for any reason, the court may in its discretion direct the sheriff to summons forthwith from the body of the county, persons whose names are upon the tax roll and having the qualifications of jurors to serve in said cause, but persons so summoned from the body of the county shall not be disqualified by reason thereof from being drawn and serving as jurors upon the regular panel as hereinbefore provided and shall not be subject to challenge for that cause.

Approved February 21, 1893.

GENERAL LAWS.                                    85

## AN ACT                                [S. B. 22.]

To Define and Punish Obstruction to Railroads, Railroad Trains, Railroad Tracks, Street Cars and Street-Car Tracks in the State of Oregon, and to Protect the Passengers and Employés Riding upon any Train or Car in said State.

*Be it enacted by the Legislative Assembly of the State of Oregon:*

Section 1.  Any person who shall wilfully or maliciously place any obstruction on any railroad track or roadbed, or street-car track in the state of Oregon, or who shall, without the right so to do, loosen, tear up, remove, or misplace any rail, switch, frog, guard-rail, cattle-guard, or any part of such railroad track or roadbed or street-car track, or who shall, in any manner so as to endanger the safety of any train, car, or engine, or so as to endanger or injure any passenger or person riding thereon, tamper with or molest any such road, roadbed, track, signal flag or signal torpedo, shall, upon conviction thereof, be punished by imprisonment in the penitentiary not exceeding ten years or by imprisonment in the county jail not exceeding one year.

Section 2.  Any person who shall, within the state of Oregon, wilfully or maliciously place any obstruction upon any railroad track or roadbed, or street-car track, or shall misplace, remove, obstruct, detach, damage, or destroy any rail, switch, frog, guard-rail, cattle-guard, or any other part of such railroad track or roadbed or street-car track, thereby causing the death of any passenger or employé of such railroad or street railway, shall, upon conviction thereof, be deemed guilty of murder and punished accordingly.

Section 3.  Whereas the public safety is imperiled on account of attempted train wrecks by evil-minded persons, and there is no adequate protection against the same under existing law, this act shall take effect and be in force from and after its approval by the governor.

Approved February 21, 1893.

─────────

## AN ACT                                [H. B. 379.]

### To Provide for the Collection of Taxes.

Whereas the act known as house bill No. 125, passed at the present session of the legislature, appears to repeal the method now provided for the collection of taxes on mortgages for the year 1892 as same are now assessed and have been equalized on the assessment rolls for said year; and whereas it was not intended that

# EXHIBIT 37

JA0482

# MINUTES OF PROCEEDINGS

OF THE

# BOARD OF COMMISSIONERS

OF THE

# CENTRAL PARK,

FOR THE

## YEAR ENDING APRIL 30, 1858.

———◄●►———

NEW YORK:

WM. C. BRYANT & CO., PRINTERS, 41 NASSAU ST., COR. LIBERTY.

——

1858.

Digitized by Google

1857/58

## State of New York:

I, the subscriber, one of the Commissioners of the Central Park, named in and by an Act of the Legislature of the State of New York, entitled "An Act for the Regulation and Government of the Central Park in the City of New York," passed April 17th, 1857, do solemnly swear that I will support the Constitution of the United States and the Constitution of the State of New York, and that I will faithfully discharge the duties of the office of a Commissioner of the Central Park, according to the best of my ability.

Sworn and subscribed, this 28th day of April, A. D., 1857, before me.
    TH. W. CLERKE,
A Justice of the Supreme Court of the State of New York.

ANDW. H. GREEN,
J. F. BUTTERWORTH,
JAMES HOGG,
THOS. C. FIELDS,
CHARLES W. ELLIOTT,
JNO. A. C. GRAY,
WM. K. STRONG,
ROBT. J. DILLON,
J. E. COOLEY.

Sworn and subscribed, this 29th day of April, 1857, before me by Waldo Hutchins.
    TH. W. CLERKE.

WALDO HUTCHINS.

Sworn and subscribed this 30th day of April, 1857, before me, by Charles H. Russell.
    TH. W. CLERKE.

CHS. H. RUSSELL.

CLERK'S OFFICE,
CITY AND COUNTY OF NEW YORK. } ss.

I certify that the preceding is a true copy of the original thereof, which was this day filed in my office, and of the whole of such original.

In testimony whereof, I have hereunto set my hand and affixed my official seal, this 30th day of April, A. D., 1857.

[SEAL.]

RICHD. B. CONNOLLY,
Clerk.

374188

Digitized by Google

# TUESDAY, MARCH 16, 1858.

### REGULAR MEETING—3 P. M.

#### PRESENT:

| Commissioner Gray, | Commissioner Fields, |
|---|---|
| "        Dillon, | "        Green, |
| "        Russell, | "        Strong, |
| "        Butterworth, | "        Hogg. |
| "        Hutchins, | |

On motion, the reading of the minutes of the previous meeting was dispensed with.

On motion of Mr. BUTTERWORTH, it was

*Resolved*, That the Annual Report of this Board to the Common Council, dated January 30, 1858, be printed as one of the documents of this Board.

As follows:

*Ayes*—Messrs Dillon, Butterworth, Gray, Fields, Green, Strong, Hogg—7.

On motion of Mr. DILLON, the ordinances recommended by the Superintendent were adopted, as follows:

"Be it ordained by the Commissioners of the Central Park:

All persons are forbidden

To enter or leave the Park except by the gateways.

To climb or walk upon the wall.

To turn cattle, horses, goats or swine into the Park.

To carry fire-arms or to throw stones or other missiles within it.

To cut, break, or in any way injure or deface the trees, shrubs, plants, turf, or any of the buildings, fences, bridges, or other constructions upon the Park;

Or to converse with, or in any way hinder those engaged in its construction.

Digitized by Google

167

All persons offending against these ordinances shall be deemed guilty of misdemeanor, and be punished, on conviction before the Mayor, Recorder, or any magistrate of the city of New York. by a fine not exceeding fifty dollars; and, in default of payment, by imprisonment not exceeding thirty days."

Visitors may obtain all necessary information and directions from the police.

The business offices and the police station of the Park are on Fifth avenue at Seventy-ninth street."

Mr. DILLON also moved the adoption of the following:

*Ordered*, That the Superintendent cause these ordinances to be posted on the Park, in such number and manner as he may deem advisable.

*Ordered*, That it be published for ten days in the Daily Times, Tribune, Sun, and Staats Zeitung.

Which was carried, as follows:

*Ayes*—Messrs. Dillon, Butterworth, Gray, Fields, Green, Strong, Hogg—7.

A communication from the Chief Engineer, submitting a report on " A Comprehensive Plan of Drainage " of the Park, accompanied by a map of the same, was received.

Mr. DILLON moved that the report be printed and referred to the Committee on Draining and Sewerage.

Which was carried, as follows:

*Ayes*—Messrs. Dillon, Butterworth, Gray, Fields, Green, Strong, Hogg—7.

A report from the Chief Engineer, announcing the completion of the sectional and drainage maps of the Park, and the discharge of all persons directly employed by him, was referred to the Executive Committee.

A communication from the same, as to a plan for receiving within the limits of the Park the waste water from the present and new reservoirs, was also referred to the Executive Committee.

A communication from Thomas F. Webb, as to furnishing blasting powder for the Park, was also referred to the same committee.

Digitized by Google

# EXHIBIT 38

# ANNUAL REPORTS

OF THE

## BROOKLYN

# PARK COMMISSIONERS.

## 1861—1873.

————•♦•————

REPRINTED

BY ORDER OF THE BOARD,

WITH SUCH ACTS OF THE LEGISLATURE

IN THEIR AMENDED FORM,

AS RELATE TO THE

BROOKLYN PARKS, AND THEIR MANAGEMENT.

————•♦•————

JANUARY,

1873.


Digitized by Google

Original from
UNIVERSITY OF CALIFORNIA

# SEVENTH ANNUAL REPORT

OF THE

# COMMISSIONERS OF PROSPECT PARK.

1867.

Generated on 2023-02-18 23:29 GMT  /  https://hdl.handle.net/2027/ucl.c079473596
Public Domain, Google-digitized  /  http://www.hathitrust.org/access_use#pd-google


Digitized by Google

Original from
UNIVERSITY OF CALIFORNIA

Generated on 2023-02-10 23:28 GMT  /  https://hdl.handle.net/2027/ucl.c070473596
Public Domain, Google-digitized  /  http://www.hathitrust.org/access_use#pd-google

# PARK ORDINANCE, No. 1.

The Commissioners of Prospect Park, in the city of Brooklyn, do ordain as follows:

ARTICLE I.—All persons are forbidden,

1. To take or carry away any sod, clay, turf, stone, sand, gravel, leaves, muck, peat, wood, or anything whatever belonging to the park, from any part of the land embraced within the boundaries of the park;

2. To climb upon, or in any way cut, injure, or deface any tree, shrub, building, fence, or other erection within the park;

3. To turn cattle, horses, goats, swine, or poultry of any description upon the park;

4. To carry firearms, or to throw stones or other missiles within the park;

5. To hinder or in any manner delay or interfere with men employed upon the park;

6. To expose any article or thing for sale, or engage in any picnic or game upon the park, except by permission derived from the Board of Commissioners;

7. To post or otherwise display any bill, notice, advertisement, or other paper or device upon any tree, structure, or other erection within the park, or upon any of its inclosures.

ARTICLE II.—Any person who shall violate or offend against any of the provisions of the foregoing article, shall be deemed guilty of a misdemeanor, and shall be punished on conviction, before any court of competent jurisdiction in the county of Kings, by a fine not exceeding fifty dollars, and in default of payment, by imprisonment not exceeding thirty days.

 Digitized by Google

Original from
UNIVERSITY OF CALIFORNIA

# EXHIBIT 39

JA0491

# LAWS

OF THE

# GENERAL ASSEMBLY

OF THE

# STATE OF PENNSYLVANIA,

PASSED AT THE

# SESSION OF 1868,

In the Ninety-second Year of Independence.

# WITH AN APPENDIX.

BY AUTHORITY.

HARRISBURG:

SINGERLY & MYERS, STATE PRINTERS.

1868.

## No. 1019.

## A Supplement

To an act, entitled "An Act to incorporate the Farmers' Coal and Iron Company," approved the seventeenth day of April, Anno Domini one thousand eight hundred and sixty-six.

SECTION 1. *Be it enacted by the Senate and House of Representatives of the Commonwealth of Pennsylvania in General Assembly met, and it is hereby enacted by the authority of the same,* That said company shall have the power and authority to build a bridge across the Susquehanna river, so that the same may be a toll and railroad bridge, and charge and receive tolls for crossing the same.

*Authorized to construct bridge.*

SECTION 2. That it shall be lawful for any other chartered company to subscribe to the capital stock of this company or to loan the said company money.

*Other corporations may subscribe to capital stock.*

SECTION 3. That said company shall have the right to extend their railroad and branches, and cross at grade the tracks of any railroads now made or hereafter to be made, in such manner as to connect with any other railroads or to any landings on any canal or slack-water navigation.

*May extend railroad, &c.*

ELISHA W. DAVIS,
Speaker of the House of Representatives.

JAMES L. GRAHAM,
Speaker of the Senate.

APPROVED—The fourteenth day of April, Anno Domini one thousand eight hundred and sixty-eight.

JNO. W. GEARY.

## No. 1020.

## A Supplement

To an act, entitled "An Act appropriating ground for public purposes in the city of Philadelphia," approved the twenty-sixth day of March, Anno Domini one thousand eight hundred and sixty-seven.

SECTION 1. *Be it enacted by the Senate and House of Representatives of the Commonwealth of Pennsylvania in General Assembly met, and it is hereby enacted by the authority of the same,* That the boundaries of the Fairmount park, in the city of Philadelphia, shall be the following, to wit: Beginning at a point in the north-easterly line of property, owned and occu-

*Boundaries of Fairmount park defined.*

OF THE SESSION OF 1868.    1087

confirmed by the court, the valuation made shall be forthwith payable by the city of Philadelphia.

SECTION 11. The city of Philadelphia shall be authorized and required to raise, by loans from time to time, such sums of money as shall be necessary to make compensation for all grounds heretofore taken or to be taken for said Fairmount park, and for the laying out and construction thereof for public use, for the permanent care and improvement thereof, and for all culverts and other means for preserving the Schuylkill water pure for the use of the citizens of said city, and shall annually assess taxes for keeping in repair and good order the said park, and shall also provide for the payment of the interest on all said loans and the usual sinking fund for the redemption thereof. *City to effect loans to make compensation for grounds taken, &c.*

SECTION 12. The said park commissioners shall from time to time appoint such officers, agents and subordinates as they may deem necessary for the purposes of this act and the act to which this is a supplement, and they shall prescribe the duties and the compensation to be paid them; and so much of the second section of the act to which this is a supplement, as requires that the secretary shall be chosen from the commissioners, be and the same is hereby repealed. *Commissioners to appoint officers, agents, &c.*

SECTION 13. It shall be lawful for said park commissioners to acquire title to the whole or any tract of land, part of which shall fall within the boundaries mentioned in the first section of this act, and to take conveyance thereof in the name of the city of Philadelphia; and such part thereof as shall lie beyond or within the said park limits again to sell and convey in absolute fee simple to any purchaser or purchasers thereof by deeds, to be signed by the mayor under the seal of the city, to be affixed by direction of councils, either for cash or part cash, and part to be secured by bond and mortgage to the city, paying all cash into the city treasury: *Provided,* That the proceeds of such sales shall be paid into the sinking fund for the redemption of the loan created under the provisions of this act: *Provided also,* That no commissioner nor any officer under the park commission shall in any wise be directly or indirectly interested in any such sale of lands by the commissioners as aforesaid; and if any commissioner or officer aforesaid shall act in violation of this proviso, he shall, if a commissioner, be subject to expulsion, if an officer, to be discharged by a majority of votes of the board of park commissioners, after an opportunity afforded of explanation and defence. *May acquire and sell lands situate in part within boundaries mentioned.* *Proviso.* *Proviso.*

SECTION 14. The said board of commissioners shall annually hereafter, in the month of December, make to the mayor of the city of Philadelphia a report of their proceedings and a statement of their expenditures for the preceding year. *To make report to mayor annually.*

SECTION 15. The said park commissioners shall have exclusive power to lease from year to year all houses and buildings within the park limits, which may be let without prejudice to the interests and purposes of the park by leases, to be signed by their president and secretary, and to collect the rents and pay them into the city treasury. *May lease houses, &c., within park limits.*

Buildings erected on grounds built or to be built on any part of the park grounds, by or for boat or by boat clubs, &c., relative to. **SECTION 16.** All houses and buildings now built or to be built on any part of the park grounds, by or for boat or skating clubs, or zoological or other purposes, shall be taken to have rights subordinate to the public purposes intended to be subserved by acquiring and laying out the park, and shall be subject to the regulations of said park commissioners under licenses, which shall be approved by the commission and signed by the president and secretary, and will subject them to their supervision and to removal or surrender to the city whensoever the said commissioners may require.

Commissioners may accept property upon trusts. **SECTION 17.** The said park commissioners shall have power to accept in the name and behalf of the city of Philadelphia devises, bequests and donations of lands, moneys, objects of art and natural history, maps and books, or other things, upon such trusts as may be prescribed by the testator or donor: *Provided*, Such trusts be satisfactory to the commission and compatible with the purposes of said park.

Proviso.

Debts to bind commissioners, how created. **SECTION 18.** None of the park commissioners nor any person employed by them shall have power to create any debt or obligation to bind said board of commissioners, except by the express authority of the said commissioners at a meeting duly convened.

Management, &c., of park **SECTION 19.** The said park commissioners shall have the power to govern, manage, lay out, plant and ornament the said Fairmount park, and to maintain the same in good order and repair, and to construct all proper bridges, buildings, railways and other improvements therein, and to repress all disorders therein under the provisions hereinafter contained.

May license laying down of passenger railways. **SECTION 20.** That the said park commissioners shall have authority to license the laying down and the use for a term of years from time to time of such passenger railways as they may think will comport with the use and enjoyment of the said park by the public, upon such terms as said commissioners may agree, all emoluments from which shall be paid into the city treasury.

Rules and regulations. **SECTION 21.** The said park shall be under the following rules and regulations, and such others as the park commissioners may from time to time ordain:

I. No person shall turn cattle, goats, swine, horses or other animals loose into the park.

II. No person shall carry fire arms or shoot birds in the park or within fifty yards thereof, or throw stons or other missiles therein.

III. No one shall cut, break, or in anywise injure or deface the trees, shrubs, plants, turf, or any of the buildings, fences, structures or statuary, or foul any fountains or springs within the park.

IV. No person shall drive or ride therein at a rate exceeding seven miles an hour.

V. No one shall ride or drive therein upon any other than upon the avenues and roads.

VI. No coach or vehicle used for hire shall stand upon any part of the park for the purpose of hire, nor except in waiting for persons taken by it into the park, unless, in either case, at points designated by the commission.

VII. No wagon or vehicle of burden or traffic shall pass through the park, except upon such road or avenue as shall be designated by the park commissioners for burden transportation.

VIII. No street railroad car shall come within the lines of the park without the license of the park commission.

IX. No person shall expose any article for sale within the park without the previous license of the park commission.

X. No person shall take ice from the Schuylkill within the park without the license of the said commission first had, upon such terms as they may think proper.

XI. No threatening, abusive, insulting or indecent language shall be allowed in the park.

XII. No gaming shall be allowed therein, nor any obscene or indecent act therein.

XIII. No person shall go in to bathe within the park.

XIV. No person shall fish or disturb the water-fowl in the pool or any pond, or birds in any part of the park, nor discharge any fire-works therein, nor affix any bills or notices therein.

XV. No person shall have any musical, theatrical or other entertainment therein without the license of the park commissioners.

XVI. No person shall enter or leave the park except by such gates or avenues as may be for such purpose arranged.

XVII. No gathering or meeting of any kind assembled through advertisement shall be permitted in the park without the previous permission of the commission, nor shall any gathering or meeting for political purposes in the park be permitted under any circumstances.

XVIII. That no intoxicating liquors shall be allowed to be sold within said park.

SECTION 22. Any person who shall violate any of said rules and regulations, and any others which shall be ordained by the said park commissioners for the government of said park, not inconsistent with this act or the laws and constitutions of this state and United States, the power to ordain which rules and regulations is hereby expressly given to said commissioners, shall be guilty of a misdemeanor, and shall pay such fine as may be prescribed by said park commissioners, not to exceed five dollars for each and every violation thereof, to be recovered before any alderman of said city, as debts of that amount are recoverable; which fines shall be paid into the city treasury: *Provided*, That if said park commissioners should license the taking of ice in said park, or the entry of any street railroad car therein, or articles for sale, or musical entertainments, it may be with such compensation as they may think proper, to be paid into city treasury: *And provided*, That any person violating any of said rules and regulations shall be further liable to the full extent of any damage by him or her committed, in trespass or other action; and any tenant or licensed party who shall violate the said rules, or any of them, or consent to or permit the same to be violated on his or her or their premises, shall forfeit his or her or their lease or license, and shall be liable to

*[marginal notes]* Penalty for violating rules and regulations.

Proviso.

Proviso.

69

1090                                LAWS OF PENNSYLVANIA,

be forthwith removed by a vote of the park commission; and every lease and license shall contain a clause making it cause of forfeiture thereof for the lessee or party licensed to violate or permit or suffer any violation of said rules and regulations, or any of them; it shall be the duty of the police appointed to duty in the park, without warrant, forthwith to arrest any offender against the preceding rules and regulations whom they may detect in the commission of such offence, and to take the person or persons so arrested forthwith before a magistrate having competent jurisdiction.

**Profits realized, to be paid into city treasury.** SECTION 23. All rents, license, charges and fees, all fines, proceeds of all sales, except of lands purchased, and profits of whatsoever kind, to be collected, received or howsoever realized, shall be paid into the city treasury as a fund to be exclusively appropriated by councils for park purposes, under the direction of said commission: *Provided,* That moneys

**Proviso.** or property given or bequeathed to the park commissioners upon specified trusts shall be received and receipted for by their treasurer, and held and applied according to the trusts specified.

**Councils may approve approaches to park.** SECTION 24. That the councils of the city of Philadelphia be and they are hereby authorized to widen and straighten any street laid upon the public plans of said city, as they may think requisite to improve the approaches to Fairmount park.

**Act not to affect proceedings pending in court.** SECTION 25. That nothing in this act contained shall suspend or affect any proceeding pending in court under any existing law, but the same shall be proceeded in as if this act had not been passed

**Damages, how ascertained, &c.** SECTION 26. The damages for ground and property taken for the purpose of this act shall be ascertained, adjusted and assessed in like manner as is prescribed by the act to which this is a supplement.

**Commissioners to employ park force to maintain order.** SECTION 27. The said park commissioners shall employ, equip and pay a park force adequate to maintain good order therein and in all houses thereupon; which force shall be subject to the orders of the mayor upon any emergency, and so far as said force shall consist of others than the hands employed to labor in the park, it shall be appointed and controlled as the other police of the city.

**City solicitor to appoint additional assistant.** SECTION 28. There shall be an additional assistant appointed by the city solicitor, whose duty it shall be, under the direction of the city solicitor, to attend to the assessments of damages, and to such other business of a legal nature connected with the park as said commissioners may require.

GEO. T. THORN,
Speaker of the House of Representatives *pro tem.*

JAMES L. GRAHAM,
Speaker of the Senate.

APPROVED—The fourteenth day of April, Anno Domini one thousand eight hundred and sixty-eight.

JNO. W. GEARY.

# EXHIBIT 40

# FIRST

# ANNUAL REPORT

OF THE

# Commissioners of Fairmount Park.

———— •◄••► ————

PHILADELPHIA:

KING & BAIRD, PRINTERS, No. 607 SANSOM STREET.

1869.

Generated on 2023-03-27 17:30 GMT  /  https://hdl.handle.net/2027/mdp.39015067213663
Public Domain, Google-digitized  /  http://www.hathitrust.org/access_use#pd-google

Digitized by Google

Original from
UNIVERSITY OF MICHIGAN

18

SECT. 19. The said Park Commissioners shall have the power to govern, manage, lay out, plant and ornament the said Fairmount Park, and to maintain the same in good order and repair; and to construct all proper bridges, buildings, railways, and other improvements therein, and to repress all disorders therein under the provisions hereinafter contained.

SECT. 20. That the said Park Commissioners shall have authority to license the laying down, and the use for a term of years, from time to time, of such passenger railways as they may think will comport with the use and enjoyment of the said Park by the public, upon such terms as said Commissioners may agree; all emoluments from which shall be paid into the City Treasury.

SECT. 21. The said Park shall be under the following rules and regulations, and such others as the Park Commissioners may from time to time ordain:

I. No persons shall turn cattle, goats, swine or horses or other animals loose into the Park.

II. No persons shall carry fire-arms, or shoot birds in the Park, or within fifty yards thereof, or throw stones or other missiles therein.

III. No one shall cut, break, or in anywise injure or deface the trees, shrubs, plants, turf, or any of the buildings, fences, structures or statuary, or foul any fountains or springs within the Park.

Generated on 2023-03-27 17:32 GMT  /  https://hdl.handle.net/2027/mdp.39015067213663
Public Domain, Google-digitized  /  http://www.hathitrust.org/access_use#pd-google

Digitized by Google

Original from
UNIVERSITY OF MICHIGAN

# EXHIBIT 41

# LAWS

AND

# ORDINANCES

GOVERNING THE

# CITY OF CHICAGO.

[PUBLISHED BY AUTHORITY OF THE COMMON COUNCIL OF THE CITY]

COMPILED AND ARRANGED BY

## MURRAY F. TULEY,

Counsel to the Corporation.

CHICAGO:
PUBLISHED BY THE BULLETIN PRINTING COMPANY,
132, 134 & 136 Monroe Street.
1873.

Digitized by Google

88                          REVISED ORDINANCES.                          [CH.

# CHAPTER 31.

## PARKS AND PUBLIC GROUNDS.

SECTION.
1. Names established.
2. What games are prohibited in—Penalty.
3. Duty of board of public works to superintend
4. Ingress and egress regulated.
5. Animals to be excluded.
6. Firearms, etc., prohibited in — Injury to shrubbery.
7. Hindering employes prohibited.
8. Speed in driving regulated.
9. Animals, etc., to keep on drives.
10. Obstruction of ways prohibited.
11. Hacks, etc., not to ply for hire.
12. Peddling in, prohibited.
13. Certain vehicles prohibited.
14. Fortune telling, gaming, indecency, etc., prohibited.
15. Power to close part of parks.

SECTION.
16. When parks to be open.
17. Right to open and close parks.
18. Conduct of visitors regulated.
19. Bathing, fishing, etc. in forbidden.
20. Fireworks prohibited.
21. Perambulators on walks.
22. Posting bills forbidden.
23. Processions, fire apparatus, etc. prohibited, when.
24. Funeral processions prohibited.
25. Fires prohibited.
26. To keep off grass, except when.
27. Power of police in.
28. Chapter applies to public squares.
29. Penal clause.
30. Use of grass grown.

**1.** NAMES ESTABLISHED.]   *Rev. Ord.* 1866.   The several public parks, squares and grounds in the city of Chicago, shall be known and designated by the names applied thereto respectively on the map of the city of Chicago published by Mr. J. Van Vechten in the year 1872.

**2.** GAMES IN PROHIBITED—PENALTY.]   No person shall play at ball, cricket, or at any other game or play whatever, in any of the inclosed public parks or grounds in this city, under the penalty of five dollars for every offense.

**3.** BOARD OF PUBLIC WORKS—DUTY OF.]   It shall be the duty of the board of public works to superintend all inclosed public grounds and keep the fences thereof in repair, the walks in order and the trees properly trimmed, and improve the same according to plans approved by the common council. They shall likewise cause printed or written copies of the prohibitions of this chapter to be posted in the said grounds or parks.

**4.** WALLS AND FENCES.]   *Ord. Jan.* 11, 1869.   No person shall enter or leave any of the public parks of the city of Chicago, except by their gateways; no person shall climb or walk upon their walls or fences.

**5.** ANIMALS TO BE EXCLUDED.]   Neither cattle, horses, goats, swine or other animals, except as herein provided, shall be turned into any one of the said parks by any person.

**6.** FIREARMS AND MISSILES PROHIBITED—PROTECTION OF SHRUBBERY.] All persons are forbidden to carry firearms or to throw stones or other missiles within any one of the public parks.   All persons are forbidden to cut, break or in any way injure or deface the trees, shrubs, plants, turf or any of

Digitized by Google

Case 1:23-cv-01293-GLR  Document 21-41  Filed 07/28/23  Page 4 of 6

the buildings, fences, bridges, or other construction or property, within or upon any of the said parks.

**7. HINDERING EMPLOYES.**] No person shall converse with, or in any way hinder those engaged in their construction.

**8. SPEED OF DRIVING.**] No animal shall travel on any part of either of the said parks at a rate exceeding six miles per hour.

**9. VEHICLES AND ANIMALS ON DRIVES.**] No vehicle, or horse, or other animal shall be permitted on the foot walks, the same being devoted exclusively to pedestrians ; nor shall any vehicle, horse or animal of burden go upon any part of either of the parks, except upon the carriage drives and upon such places as are appropriated for carriages at rest.

**10. OBSTRUCTION OF WAYS.**] No animal or vehicle shall be permitted to stand upon the drives or carriage roads of any of the public parks of the city, or any part thereof, to the obstruction of the way, or to the inconvenience of travel, nor shall any person solicit passengers within either of said parks.

**11. HACKS, ETC., NOT TO PLY FOR HIRE.**] No hackney coach, carriage' or other vehicle for hire, shall stand upon either of the parks of the city of Chicago for the purpose of taking in any other passengers, or persons, than those carried to the park by said coach, carriage or vehicle.

**12. PEDDLING IS NOT ALLOWED.**] No person shall expose any article or thing for sale upon any of said parks, except such person shall have been previously licensed by the board of public works, nor shall any hawking or peddling be allowed therein.

**13. PROHIBITED VEHICLES.**] No omnibus or wagon with or without passengers, nor any cart, dray, wagon, truck or other vehicle carrying goods, merchandise, manure, soil or other article, or solely used for the carriage of goods, merchandise, manure or other articles, shall be allowed to enter any part of either of the said parks. This, however, does not apply to vehicles engaged in the construction of such parks, nor private family wagons.

**14. BOISTEROUS LANGUAGE—FORTUNE TELLING—GAMING—INDECENCY.**] No threatening, abusive, insulting or indecent language shall be allowed therein whereby a breach of the peace may be occasioned. No person shall be allowed to tell fortunes or play at any game of chance at or with any table or instrument of gaming, nor to do therein any obscene or indecent act.

**15. POWER TO CLOSE PART OF PARKS.**] In case of any emergency, where life or property is endangered, all persons, if required so to do by the superintendent or any of his assistants, shall remove from the portion of either of said parks specified by the superintendent or his assistants, and remain off the same until permission is given to return.

**16. PARKS—WHEN OPEN.**] Lincoln park and Union park shall be open daily to the public during the months of December, January and February from seven o'clock in the morning until eleven o'clock in the evening ; during the months of March, April, May, October and November from six o'clock in the morning until ten o'clock in the evening, and during the months of June, July, August and September, from five o'clock in the morning until eleven o'clock in the evening.

**17. POWER TO OPEN AND CLOSE PARKS.**] The superintendent may, for


Digitized by Google

cause, direct that any of the entrances to either of the said parks be closed at any time, and may, on special occasions, also direct that any of the said parks or any portion thereof, remain open at other times than those above specified.

**18.** DUTY OF VISITORS.] No person other than employes in the park shall enter or remain in it except when it is open as above specified. No person other than employes shall bring upon any of the public parks any tree, shrub or plant, nor any newly plucked branch or portion of a tree, shrub or plant.

**19.** BATHING, FISHING, ETC.] No person shall bathe or fish in, or go, or send, or ride any animal in any of the waters of either of the said public parks, or waters of Lake Michigan in front of any of said parks, nor disturb any of the fish, water fowl or other birds in any of said parks, or any deer, sheep or other animal belonging to and preserved therein, nor throw, or place any article or thing in the waters within either of said parks.

**20.** FIREWORKS PROHIBITED.] No person shall fire, discharge or set off in any of said public parks any rocket, cracker, torpedo, squib, balloon, snake, chaser or double-header, nor any fireworks or thing under any other name, composed of the same or similar material, or of the same or similar character as the fireworks above specified.

**21.** PERAMBULATORS.] No person shall place or propel any invalid's chairs or perambulators upon any portion of said parks except upon the walks.

**22.** POSTING BILLS.] No person shall post or otherwise affix any bills, notice or other paper, upon any structure or thing within either of said parks, nor upon any of the gates or inclosures thereof.

**23.** MUSIC—FLAGS, ETC.—PROCESSIONS—FIRE APPARATUS.] No person shall, without the consent of the board of public works, play upon any musical instrument, nor shall any person take into, or carry or display in the said public parks, any flag, banner, target or transparency. No military or target company, civic or other, shall be permitted to parade, drill or perform therein any military or other evolutions or movements. No fire engine, hook and ladder truck, hose cart or other machine on wheels commonly used for the extinguishing of fires, shall be allowed on any part of said parks, without the previous consent of the board of public works.

**24.** FUNERAL PROCESSIONS PROHIBITED.] No funeral procession or hearse or other vehicle carrying the body of a deceased person shall be allowed upon any part of a public park.

**25.** FIRES PROHIBITED.] No person other than employes shall light, make or use any fire thereon.

**26.** TO KEEP OFF GRASS.] No person on foot shall go upon the grass, lawn or turf of the parks, except when and where the word " common " is posted, by order of the board of public works, indicating that persons are at liberty at that time and place to go on the grass.

**27.** POLICE, POWER OF.] *Rev. Ord.* 1866. Any member of the city police shall have power to arrest any person who shall not desist from any violation hereof, when directed, and cause him to be committed for examination.

Digitized by Google

**28.** APPLICATION TO SQUARES.] *Ord. Jan.* 11, 1869. The foregoing sections of this chapter, so far as applicable, shall apply to all the public squares of the city of Chicago.

**29.** PENALTY.] Any person who shall violate any or either of the provisions of this chapter, or any section, or clause, or any provision of any section thereof, or who shall neglect, or fail, or refuse to comply with any, or either of the requirements thereof, shall, on conviction, pay a fine of not less than five dollars, nor more than one hundred dollars.

**30.** USE OF GRASS.] *Rev. Ord.* 1866. The fire marshal may cause any grass fit for hay, growing or grown upon any of the public parks or grounds, to be cut and cured, under the direction of the board of public works and appropriated for the use of the teams used by the fire department.

# CHAPTER 32.

## PAWNBROKERS.

SECTION.
1. To be licensed—Penalty.
2. Definition of the word pawnbroker.
3. How license obtained—Fee—Bond.
4. When license to expire.

SECTION.
5. Registration of licenses.
6. Pawnbroker's record—Penalty for not keeping.
7. Inspection of record—Penalty for refusing.
8. Dealing with minors prohibited—Penalty.

**1.** TO BE LICENSED—PENALTY.] *Rev. Ord.* 1866. No person or persons shall carry on or conduct the business or calling of a pawnbroker, within the city of Chicago, without having first obtained a license so to do, under a penalty of not less than twenty dollars nor more than one hundred dollars for each offense.

**2.** PAWNBROKER DEFINED.] Any person who loans money on deposit, or pledge of personal property, bonds, notes or other securities, or who deals in the purchasing of personal property or choses in action, on condition of selling the same back again at a stipulated price, is hereby defined and declared to be a pawnbroker.

**3.** LICENSE—HOW OBTAINED—FEE—BOND.] The mayor is hereby authorized to grant a pawnbroker's license to any person of good character who may apply therefor, on the following conditions: The person so applying shall first pay to the collector a sum of money in proportion to the sum of one hundred dollars per annum for the time such license shall be granted, and shall execute a bond to the city of Chicago in the sum of five hundred dollars conditioned that the said applicant will in every particular conform to the requirements of this chapter, and with the requirements or provisions of any ordinance hereafter to be passed concerning pawnbrokers, and thereupon the clerk shall issue a license in due form, under the corporate seal,

Digitized by Google

# EXHIBIT 42

JA0507

LITTAUER LIBRARY

LI 1E2C P

# SAN FRANCISCO, Cal. —

# MUNICIPAL REPORTS

FOR THE

## FISCAL YEAR 1874-5, ENDING JUNE 30, 1875.

PUBLISHED BY ORDER OF THE

## BOARD OF SUPERVISORS.



SAN FRANCISCO:

SPAULDING & BARTO, PRINTERS, "SCIENTIFIC PRESS" JOB PRINTING OFFICE,
414 CLAY STREET.
1875.

Digitized by Google

886 ORDINANCES OF THE

four months, nor more than six months, or by both such fine or imprisonment; and one-half of any fine that may be collected for a violation of any of the provisions of this order, shall be paid to the persons making the complaint.

———

### ORDER NO. 1,226.

PROHIBITING THE CARRYING OF CONCEALED DEADLY WEAPONS.

[Approved July 9, 1875.]

*The People of the City and County of San Francisco do ordain as follows :*

SECTION 1.  It shall be unlawful for any person, not being a public officer or traveler, or not having a permit from the Police Commissioners of this City and County, to wear or carry, concealed, in this City and County, any pistol, dirk or other dangerous or deadly weapon.

Every person violating any of the provisions of this order shall be deemed guilty of a misdemeanor and punished accordingly.  Such persons, and no others, shall be termed "travellers" within the meaning of this order, as may be actually engaged in making a journey at the time.

The Police Commissioners may grant written permission to any peaceable person, whose profession or occupation may require him to be out at late hours of the night, to carry concealed deadly weapons for his own protection.

NOTE.—General Orders, as amended, to November 1st, 1875.

———

## PARK COMMISSIONERS' ORDINANCES.

———

### ORDINANCE No. 1.

[Adopted October 27th, 1870.]

*The Park Commissioners do ordain as follows:*

No person shall trespass on the grounds within the limits of the Avenue, Golden Gate and Buena Vista Parks.

No person shall cut or remove from said Avenue and Parks, any trees, shrubs, stakes, wood, turf, grass or soil.

It shall be the duty of the custodian of the Park to arrest all trespassers, and all parties violating this Ordinance.

Digitized by Google

PARK COMMISSIONERS.                   **887**

## ORDINANCE No. 2.

[Adopted September 24th, 1872.]

AN ORDINANCE TO PROVIDE FOR THE REGULATION AND GOVERNMENT OF THE
AVENUE AND PUBLIC PARKS IN THE CITY AND COUNTY OF SAN FRANCISCO,
IN CHARGE OF THE PARK COMMISSIONERS.

SECTION 1. The objects of this Ordinance are those grounds which are
known as Golden Gate and Buena Vista Parks, and the Avenue leading to
said Golden Gate Park, all particularly described in the first section of an
Act of the Legislature of the State of California, entitled "An Act to provide
for the improvement of Public Parks in the City of San Francisco," approved
April 4th, 1870.

SEC. 2. Within the said grounds all persons are hereby forbidden:
1. To turn in or let loose any cattle, horses, goats, sheep, or swine.
2. To carry and especially to discharge firearms.
3. To cut, break, or in any way injure or deface any trees, shrubs, plants,
buildings, fences, or structures of any kind.
4. To bathe in, or otherwise pollute the water of any pond, lake, or pool.
5. To chase, set snares for, catch, or destroy any rabbits, quails, or other
wild quadrupeds or birds.
6. To make or kindle a fire of any kind.
7. To camp, lodge, or tarry over night.
8. To ride or drive any horse or other animal, with vehicle or without,
elsewhere than on the roads or drives for such purposes provided.
9. To indulge in riotous, boisterous, or indecent conduct, or language.
10. To drive or ride at a furious speed.

SEC. 3. No dray, truck, wagon, cart, or other vehicle carrying, or if not
carrying, employed regularly in carrying goods, merchandise, manure, soil,
or other articles, shall be allowed to travel upon the drive of said avenue for
any other purpose than to cross immediately at the regular street intersec-
tions, nor upon the drives of said parks. For the present the road now and
heretofore commonly traveled to and from "The Central Macadamized Toll
Road," is excepted from this rule. But all such vehicles shall be driven over
the least worked portion of such excepted road as directed by the Superinten-
dent or any of the Park police officers hereinafter mentioned, unless com-
pelled to turn out in obedience to the "rule of the road," as hereinafter
laid down.

The provisions of this subdivision shall also apply to light vehicles regularly
driven for business purposes between the country beyond the parks and
the city.

SEC. 4. The rule of the road for equestrians or vehicles meeting upon the
avenue or park drives shall be: PASS TO THE RIGHT.

Digitized by Google

888                         ORDINANCES OF THE

Sec. 5.  There is hereby established a Pound, to be located within the
Park limits, for the impounding of the animals mentioned in the first sub-
division of section two of this ordinance, and of all strays found trespassing
upon said grounds.  All such animals shall be driven or carried to the Pound
and there kept enclosed at a charge to their owners at the rate of one dollar
per day or fraction of a day, for each animal so impounded.  No animal thus
in custody shall be released except on proof of property and on production of
a receipt signed by the Secretary of the Board of Park Commissioners, coun-
tersigned by the Park Superintendent.

If unclaimed for three days, all such animals shall be impounded in the
City Pound.  [This Section amended by Ordinance No. 5.]

Sec. 6.  All moneys accruing from the Pound charges aforesaid, and also
from fines collected from offenders against any of the provisions of this
ordinance, shall be placed in the "Park Improvement Fund," and duly ac-
counted for.  [This Section amended by Ordinance No. 5.]

Sec. 7.  1.  When the number of participants in any picnic or other
organized party, about to enter these grounds will exceed ten persons, they,
or one of them, shall communicate their intention to the keeper of the gate-
way at which they enter, or to the keeper of the Stanyan street entrance,
pending the appointment of keepers for the other gates.

2.  Any company, society or organization of any kind, being desirous of
resorting to these grounds in a body, the number of individuals in which will
exceed twenty-five, for the purpose of picnicing; any military or other or-
ganized company desirous of parading within the same; any base ball, cricket,
or sporting club desirous of using the grounds set aside for their peculiar pur-
poses, shall at least one day prior to the proposed date of the excursion,
report, or cause to be reported, such intention to the Secretary of the Park
Commissioners, or to the Superintendent of the Parks and Avenues.

3.  All waste material, scraps, litter or rubbish of any kind brought upon
these grounds by such picnic or other parties, shall be promptly collected
and removed by them or their employees.  In the event of the non-observance
of this regulation, the actual cost of thoroughly performing the necessary
duty by the Park force shall be charged, and a bill for the same be presented
to the representatives of the organization so offending.

4.  The representatives of any such organized party which shall have re-
sorted to these grounds will be held responsible for the damage done through
any transgression of these ordinances by any member of the same, when the
offending individual in person cannot be identified.

Sec. 8.  The Superintendent of the Parks and Avenue is hereby instructed
to enforce and cause to be enforced the provisions of this Ordinance.

Sec. 9.  Power and authority are hereby given to the Park-Keeper, the
Head Gardener, the Foreman and the Foreman Teamster, to arrest and detain
and deliver to the proper authorities, or in their discretion eject from the

Digitized by Google

grounds, all persons wilfully or knowingly offending against the provisions of this Ordinance, or any other Ordinance hereafter to be passed by said Board for the regulation, use and government of said Parks and Avenue.

SEC. 10.  The Superintendent is herby clothed with the powers enumerated in Section 9 of this Ordinance.

SEC. 11.  Whenever it may be necessary to appoint assistant keepers, there shall be delivered to each of them a certificate of appointment, signed by a majority of said Board, sealed and attested by the Secretary. Said assistant keepers shall possess all the powers enumerated in Section 9 of this Ordinance, but shall exercise the same under the direction of the Superintendent, and report to him forthwith any action which they may take under the same.

SEC. 12.  The Park Keeper, the Head Gardener, the Foreman Teamster, and such assistant keepers as may be appointed as aforesaid, shall constitute the Park Police, and shall provide themselves with a badge of office consisting of a metallic star, inscribed with the words "Park Police," and the initials of the words indicating their particular office. A roll number shall be added to the initials on the badges of the assistant keepers.

SEC. 13.  The Secretary of said Board shall, within five days after the passage of this ordinance, make and certify an accurate copy of the same, and cause the same to be published, as required by law, for ten days, Sundays excepted, and this ordinance shall take effect fifteen days after its passage.

———

## ORDINANCE No. 3.

[Adopted May 23, 1873.]

SECTION 1.  The object of this ordinance, is that ground known as the Golden Gate Park, as described in the first section of an Act of the Legislature of the State of California, entitled "An Act to provide for the improvement of Public Parks in the City of San Francisco," approved April 4th, 1870.

SEC. 2.  All vehicles used regularly for business purposes in hauling material or produce over the roads in the said Park, shall rest upon tires at least three and one-half (3½) inches wide.

SEC. 3.  All trucks or wagons, other than those fitted with steel springs, used regularly in transporting heavy loads of material of any description over the said roads, shall rest upon tires at least five (5) inches wide.

SEC. 4.  The Secretary of said Board shall, within five days after the passage of this ordinance, make and certify an accurate copy of the same, and

Digitized by  Google

# EXHIBIT 43

JA0513

# LAWS AND ORDINANCES

### GOVERNING THE

# VILLAGE OF HYDE PARK

#### TOGETHER WITH ITS

## CHARTER AND GENERAL LAWS

AFFECTING MUNICIPAL CORPORATIONS; SPECIAL ORDINANCES AND
CHARTERS UNDER WHICH CORPORATIONS HAVE VESTED RIGHTS
IN THE VILLAGE. ALSO, SUMMARY OF DECISIONS OF THE
SUPREME COURT RELATING TO MUNICIPAL CORPO-
RATIONS, TAXATION AND ASSESSMENTS.

---

PRINTED AND PUBLISHED BY
AUTHORITY OF THE PRESIDENT AND BOARD OF TRUSTEES
OF THE VILLAGE OF HYDE PARK.

---

REVISED AND ARRANGED

## BY CONSIDER H. WILLETT,

VILLAGE ATTORNEY.



HYDE PARK:
1876.



§ 2.   The bonds authorized to be issued by the act of which this is amenda-
tory and supplemental, may be issued, sold, and the proceeds applied for acquir-
ing said lands, and for any and all purposes in the said act mentioned.   Said
bonds shall be retired and canceled as fast as the money for that purpose can
be obtained, by the collection of the money due upon the special assessment
provided for in section seven of the act hereinbefore mentioned, and a sufficient
amount of any bonds that may be issued by the city of Chicago under any law
now in force or hereinafter enacted, and received by said commissioners, shall
be applied to the purpose of retiring the bonds authorized by said act.

§ 3.   The ninth section of said act is hereby so amended that the words
" during the current year," shall read " during the next succeeding year."

§ 4.   That the twelfth section of said act be and the same is hereby amended
so as to read as follows : The said commissioners, or either of them, may be
removed from office by the judge of the circuit court of Cook county, upon the
petition presented to him in term time, or in vacation, by one hundred free-
holders of said towns of South Chicago, Hyde Park and Lake, if it shall appear
after hearing proof before said judge, that the said commissioners, or either of
them, have been guilty of misdemeanor or malfeasance in office under this act ;
and if the said judge shall remove any one or more of said commissioners from
office for any cause before the expiration of their term of office, he is hereby
authorized and empowered to fill the vacancy or vacancies thus created by
appointing other commissioners in their place, who shall serve during the unex-
pired terms of the commissioners so removed.

§ 5.   The commissioners to be appointed under said act are hereby vested
with the same powers and duties as are conferred by said act in relation to lands
designated for parks, over all streets running longitudinally along and adjoining
any and all of the proposed parks, or strips of land designated in said original
act, as are conferred by said act in relation to such parks and strips of land, as
may be necessary to improve and keep in repair the same, in connection with the
said parks or strips of land without obstructing the fences or other structures,
free access to the said streets from existing roads and streets, and by owners of
land abutting on the same.

§ 6.   The elections held in the towns of South Chicago, Hyde Park and Lake,
on the twenty-third day of March, A. D. 1869, under and by virtue of the eigh-
teenth section of the act to which this is an amendment, are hereby legalized and
confirmed, and said act shall be held and deemed to have been regularly and
legally adopted by the legal voters of said towns, and shall remain in full force
and effect, and shall be liberally construed in all courts, with a view to carry out
and enforce the intent and meaning of the same.

§ 7.   This act is hereby declared a public act, and shall take effect and be
in force from and after its passage.

## SOUTH PARK ORDINANCES.

Whereas, by an act of the general assembly of the State of Illinois, entitled
an act to provide for the location and maintenance of a park for the towns of
South Chicago, Hyde Park and Lake, it is provided as follows, to-wit :

310                    SOUTH PARK ORDINANCES.

" The said board shall have full and exclusive powers to govern, manage and
direct said park ; to lay out and regulate the same ; to pass ordinances for the
regulation and government thereof ; to appoint such engineers, surveyors, clerks,
and other officers, including a police force, as may be necessary ; to define and
prescribe their respective duties and authority ; to fix the amount of their com-
pensation ; and, generally, in regard to said park, they shall possess all the
powers and authority now by law conferred upon or possessed by the common
council of the city of Chicago, in respect to public squares and places in said
city."

*Therefore, be it ordained by the South Park Commissioners as follows:*

§ 1.   The said park, which is under the management and direction of the
South Park Commissioners, shall be, and the same is hereby designated, as the
South Park.

§ 2.   No person shall, without the consent of the superintendent, play at ball,
cricket, or any other game or play whatever, in said park.

§ 3.   No person shall climb or walk upon any wall or fence of said park.

§ 4.   Cattle, horses, goats, swine, or other animals, or domestic fowls, shall
not be turned into said park, or allowed to run at large therein.

§ 5.   No dog or bitch, or domestic fowl, belonging to any officer or employee
of said commissioners residing within the limits of said park, shall be permitted
to run at large.

§ 6.   All persons are forbidden to carry fire arms, or to throw stones or other
missiles within said park.   All persons are forbidden to cut, break, or in any
way injure or deface the trees, shrubs, plants, turf, or any of the buildings,
fences, bridges, or other construction or property within or upon said park.

§ 7.   No person shall converse with, or in any manner hinder those engaged
in constructing or repairing said park.

§ 8.   No animal shall be driven or ridden in said park, at a rate of speed
exceeding eight miles per hour.

§ 9.   No vehicle, or horse, or other animal, shall be permitted on the foot
walks, the same being assigned exclusively to pedestrians ; nor shall any vehicle,
or horse or other animal of burden, go or be taken upon any part of said park,
except upon the carriage drives and upon such places as are appropriated for
carriages at rest.

§ 10.   No vehicles or animals shall be permitted to stand upon the drive or
carriage roads of said park, or of any part thereof, to the obstruction of the way,
or the inconvenience of travel ; nor shall any person solicit passengers within
said park without consent of the board.

§ 11.   No person shall, within said park, expose for sale any article or thing,
nor shall any hawking or peddling be allowed therein.

§ 12.   No omnibus, wagon, cart, dray, truck, or other vehicle for carrying
goods, merchandise, manure, or other articles, except such as are engaged in
repairing or constructing said park, shall be allowed to enter the same.

§ 13.   No language, abusive, insulting, obscene, or calculated to occasion a
breach of the peace, shall be permitted in said park, nor shall persons tell for-
tunes, play at any game of chance, at any table or instrument, be drunk, or do
any indecent acts therein.

JA0517

§ 14.   No person shall bathe or fish, or go or send, or ride any animals into the waters of said park, nor shall any person disturb any fish, fowl or other animals kept therein, or throw or place any article or thing into the waters or upon the grounds thereof.

§ 15.   No person shall discharge, or set, or touch off, or enkindle, or operate any manner of fire, or fireworks in the said park.

§ 16.   No person shall, in the said park, post or fix any notice or bill ; nor shall such be posted or fixed on any tree, fence, or any place therein.

§ 17.   No person shall, in the said park, play any musical instrument, nor carry or display any flags, banners, transparencies, or target.

§ 18.   No band or company shall be permitted to parade, drill, or perform any movements, evolutions or ceremony in said park without the consent of the park commissioners.

§ 19.   No funeral procession, or hearse carrying a deceased body, shall be in the said park permitted.

§ 20.   No horse or other animal shall be permitted to go upon any grass or lawn, nor shall any person be permitted to go thereon except where the word " common " shall be posted to indicate the permission so to do.

§ 21.   Any member of the South Park police shall have power to arrest, and commit for examination, any person who shall not, when directed, desist from any violation thereof.

§ 22.   Any person who shall disobey, or neglect, fail, or refuse to comply with this ordinance, or any section thereof, except when otherwise herein pro- vided, shall, on conviction thereof, pay a fine of not less than *five*, or more than one hundred dollars.

§ 23.   The police force of said South Park Commissioners, shall consist of one captain, three sergeants, and such number of policemen as shall from time to time be appointed, and they shall hold their respective offices during the pleasure of the park commissioners.   The captain of police shall have the gen- eral charge of the police force, subject to such rules and regulations as shall from time to time be established, and it shall be his duty to report to the com- missioners, in writing, the delinquency of any member of the police force, and may suspend any such member, until such delinquency shall be acted upon by the commissioners.

§ 24.   The several members of the police force, when on duty, shall devote their time and attention to discharge of the duties of their station according to the ordinance, rules, and regulations and directions of the superintendent, and it shall be their duty, to the best of their ability, to preserve order, peace, and quiet, and to enforce the laws and the ordinances of said commissioners, and they shall not engage in conversation with an employée of the park during work- ing hours, except in the line of duty ; they shall have power to arrest any per- sons in the park found in the act of violating any law or ordinance, or abetting and aiding in any such violation, and shall take all such persons so arrested, as fol- lows, to-wit : when the offense is committed in that portion of the park situated in the town of Hyde Park, to some justice or magistrate in Hyde Park ; when the offense is committed in that portion of the park situated in the town of Lake, to some justice or magistrate in said town of Lake ; and when the offense

312                    SOUTH PARK ORDINANCES.

is committed in that portion of the park situated in the town of South Chicago, to some justice of the peace in said town of South Chicago.

§ 25.   Whoever, in said park, shall resist any member of the police force in the discharge of his duty, or shall in any way interfere with, or hinder or prevent him from discharging his duty, as such member, or shall offer or endeavor to do so; and whoever shall in any manner assist any person in custody of any member of the police force to escape, or attempt to escape, from such custody, or shall rescue, or attempt to rescue, any person in custody, shall be fined not less than five dollars, or more than one hundred dollars.

§ 26.   The superintendent, in cases of emergency, is hereby authorized and empowered to appoint special policemen, and such special policemen shall have the same power and authority of regular policemen, provided the appointment of such special policeman shall in no case continue for a period exceeding twenty-four hours.

§ 27.   The sergeant of police shall perform the duties of the captain when the latter shall be absent from duty.

§ 28.   The police force shall be uniformed as follows: Gray frock coat, pants and vest, and cap with brass buttons, and black cord on leg of the pants.

§ 29.   Any person who shall falsely represent or personate any of the members of the police force, or who shall maliciously, with intent to deceive, use or imitate any of the signs, signals, or devices adopted and used by the police department, or shall wear in public the uniform adopted as the police uniform, after having been removed or suspended, shall be subject to a fine of not less than five dollars nor more than one hundred.

§ 30.   These ordinances shall take effect and be in force from and after the 19th day of November, 1875.

# EXHIBIT 44

*Phoenixville, Pa.--Ordinances, etc.*

# A DIGEST

OF THE

# ORDINANCES

OF

## TOWN COUNCIL

OF THE

## BOROUGH OF PHOENIXVILLE

TOGETHER WITH THE ACTS OF ASSEMBLY AND
DECREES OF COURT ESPECIALLY
RELATING TO PHOENIXVILLE

———

*Originally compiled by P. G. Carey, Esq.,*
*Revised by H. P. Waitneight, Esq., 1896, and*
*by Samuel A. Whitaker, Esq., 1906.*

———

PHOENIXVILLE, PA.
"THE DAILY REPUBLICAN" PRINT.
1906

Digitized by Google

134 PARADISE STREET, PARK ALLEY.

tered at large in the minute book, and said Council shall proceed to a reconsideration of such ordinance or resolution. If after such reconsideration two-thirds of all the members elected to said Council shall vote to pass such ordinance or resolution it shall become and be of as full force and effect as if said Chief Burgess had signed it; but in such cases the votes of the members of Council shall be determined by the yeas and nays, and the names of the members voting shall be entered on the minutes of said Council: *Provided,* That when the number of Councilmen is less than nine, a majority of Council and one vote more shall be required to pass an ordinance over the veto. If such ordinance or resolution shall not be returned by the Chief Burgess at the next regular meeting of said Council after the same shall have been presented to him, the same shall likewise become and be in as full force and effect as if he had signed it: *Provided,* That before any ordinance shall come into force and effect as aforesaid the same shall be recorded in the Borough ordinance book with the certificate of the secretary and be advertised as heretofore required by law.

*To be presented to chief burgess*

*Veto and passage over*

### PARADISE STREET.

*Ord. 25 Feb. 1875*

1. The width of  *  *  *  Paradise street from Nutts avenue to the Borough line  *  *  *  shall be  *  *  * forty feet.

*Ord. 26 Feb. 1877.  § 4*

2. Ordained  *  *  *  that Paradise street begin at a limestone in Nutts avenue, a corner of lands of Benjamin Moyer and Joseph Rapp, thence south thirty-two and one-half degrees west 508 feet six inches to an iron monument planted to indicate the centre of Pennsylvania avenue, thence the same course 250 feet to the centre of Chester avenue, thence the same course continued 250 feet to the centre of Columbia avenue, thence the same course continued 980 feet six inches to a spike at the Borough line.

### PARK ALLEY.

*Ord. 28 Sept. 1874*

1. Ordained, etc., that an alley twenty feet wide 150 feet east of Main street, dedicated by the Phoenix Iron Company to the use of the public, running in a parallel line with Main street from Washington avenue to Second ave-

*Dedicated and accepted*

Digitized by Google

nue, be and the same is hereby accepted and ordered to be
marked on the Borough plot.

2. Park alley be and is hereby continued from Third <sub>1895</sub> Ord. 5 Aug.,
avenue south to Fifth avenue, the centre line of said alley
to be 190 feet east of the centre line of Main street, said Continued
alley to be twenty feet wide, or ten feet on each side of
above described centre line.

3. The owners of lots or lands bounding on and oppo- Ord. 3 Aug.,
site the sidewalks along  *  *  *  both sides of Park 1886
alley from Washington avenue to Second avenue
*  *  *  are hereby required to put up curbstones at the Curb, pave
edge of the sidewalks and to pave and gutter the said side- and gutter
walks under the direction of the Borough Surveyor and
the Street Committee.  *  *  *

[If neglected after thirty days' notice Street Committee
to have work done and file lien therefor.  See Quick
street § 4.]

## PARKS.

1. The following rules and regulations shall be adopted Ord. 2 July,
for the government and protection of Reeves Park, in the 1878
Borough of Phoenixville:

### SECTION I, PENAL.

1. No person shall enter or leave the park except by Rules of
such gates or avenues as may be for such purposes ar- Reeves' Park
ranged.

2. No person shall indulge in any threatening, abusive,
insulting or indecent language in the park.

3. No person shall engage in gaming or commit any
obscene or indecent act in the park.

4. No person shall carry fire-arms or shoot birds or
throw stones or other missiles therein.

5. No person shall cut, break or in anywise injure or
deface the trees, shrubs, plants, turf or any of the build-
ings, seats, fences, lamps or statuary in the park.

6. No person shall turn cattle, goats, swine, horses,
dogs or other animals loose into the park.

7. No person shall injure, deface or destroy any notices,
rules or regulations posted, or in any other manner per-
manently fixed for the government of the park.

8. No person shall engage in any play at baseball,



**136**                      PAVEMENTS.

cricket, shinny, football or any other games with ball and bat, except croquet, within the limits of the park.

Any person who shall violate any of said rules and regulations shall be guilty of a misdemeanor, and for each and every such offence shall pay the sum of five dollars, to be recovered before the Burgess or either of the Justices of the Peace of the Borough of Phoenixville, which fines shall be paid into the Borough treasury for park purposes.

### SECTION 2, LICENSES.

1. No person shall expose any article for sale within the park without permission from the Town Council or its representative.

2. No person or persons shall have any musical, theatrical or other entertainments therein, nor shall any military or other parade or procession take place in the park without permission from the Town Council or its representative.

3. No gathering or meeting of any kind, assembled through advertisement, shall be permitted in the park without permission from Council or its legal representative.

### SECTION 3, PROHIBITIONS.

1. No gathering or meeting for political purposes, nor spirituous or malt liquors shall be allowed within the park under any circumstances.

N. B.—And we do hereby earnestly appeal to all peaceable, law-abiding citizens, entreating that in the exercise of their proprietary rights they will diligently co-operate in the enforcement of all lawful measures for the care and preservation of all things pertaining to Reeves Park. It is *your own property;* won't you take care of it?

## PARTY WALLS.

(See CHARTER § 7, VII.; BUILDINGS § 1 TO 4.)

## PAVEMENTS.

(See CHARTER § 7; BUILDINGS § 4, 5; FINES AND PENALTIES § 5, 6, 7, 19, 20.)

Act 20 April, 1905     1. All Boroughs are hereby authorized and empowered to direct and require the grading, paving, repaving and repairing of all sidewalks on the streets of the Borough,



# EXHIBIT 45

*19767*

THE

# MUNICIPAL CODE

OF

## CHICAGO:



COMPRISING THE

LAWS OF ILLINOIS RELATING TO THE CITY OF CHICAGO,

AND THE

ORDINANCES OF THE CITY COUNCIL;

CODIFIED AND REVISED

BY

EGBERT JAMIESON AND FRANCIS ADAMS.

PUBLISHED BY AUTHORITY OF THE CITY COUNCIL.

CHICAGO:
BEACH, BARNARD & CO., LEGAL PRINTERS.
1881.

person who shall be convicted of any such breach shall be adjudged
to pay a fine of not less than three dollars nor more than one hundred
dollars.

1683. In every prosecution brought for a violation of any ordi-
nance of the city of Chicago, where the offense charged is one
punishable under the laws of the State of Illinois as a misdemeanor,
the court or magistrate trying the cause may upon conviction in
lieu of the fine imposed by the ordinance or in addition thereto,
cause the offender to be imprisoned in the house of correction for a
period not exceeding three months.

1684. All the printed books containing the revised ordinances
shall be deposited with the city comptroller. He shall deliver one
copy thereof to each officer of the city, and to such other persons as
the city council may direct.

1685. The mayor shall have power to extend to or reciprocate
courtesies of other cities, by presenting to them a copy of the revised
ordinances bound at the expense of the city in such manner as to
him may seem suitable.

## Article XLIII.

### Parks and Public Grounds.

1686. The several public parks, squares and grounds in the
city of Chicago, shall be known and designated by the names applied
thereto respectively on the map of the city of Chicago published by
J. Van Vechten and Snyder in the year 1877.

1687. It shall be the duty of the commissioner of public works
to superintend all inclosed public grounds and keep the fences there-
of in repair, the walks in order and the trees properly trimmed and
improve the same according to plans approved by the city council.
He shall likewise cause printed or written copies of prohibitions
of this article to be posted in the said grounds or parks.

1688. No person shall enter or leave any of the public parks of
the city of Chicago except by their gateways; no person shall climb
or walk upon their walls or fences.

1689. Neither cattle, horses, goats, swine or other animals, ex-
cept as herein provided, shall be turned into any one of the said parks
by any person.

1690. All persons are forbidden to carry firearms or to throw
stones or other missiles within any one of the public parks. All
persons are forbidden to cut, break or in any way injure or deface

the trees, shrubs, plants, turf or any of the buildings, fences, bridges or other construction or property within or upon any of the said parks.

1691.   No person shall converse with or in any way hinder those engaged in their construction.

1692.   No person shall expose any article or thing for sale upon any of said parks, except such person shall have been previously licensed by the commissioner of public works, nor shall any hawking or peddling be allowed therein.

1693.   No threatening, abusive, insulting or indecent language shall be allowed in any part of either of the said parks whereby a breach of the peace may be occasioned.   No person shall be allowed to tell fortunes or play at any game of chance at or with any table or instrument of gaming, nor to do therein any obscene or indecent act.

1694.   In case of any emergency where life or property is endangered, all persons if required so to do by the superintendent or any of his assistants, shall remove from the portion of either of said parks specified by the superintendent or his assistants and remain off the same until permission is given to return.

1695.   The commissioner of public works may direct that any of the entrances to the public parks be closed at any time.

1696.   No person shall bathe or fish in, or go or send or ride any animal in any of the waters of either of the said public parks, nor disturb any of the fish, water fowl or other birds in any of said parks, or any deer, sheep or other animal belonging to and preserved therein, nor throw or place any article or thing in the waters within either of said parks.

1697.   No person shall post or otherwise affix any bills, notice or other paper upon any structure or thing within either of said parks nor upon any of the gates or inclosures thereof.

1698.   No person shall without the consent of the commissioner of public works, play upon any musical instrument nor shall any person take into or carry or display in the said public parks any flag, banner, target or transparency.   No military or target company civic or other shall be permitted to parade, drill or perform therein any military or other evolutions or movements.   Nor shall any fire engine, hook and ladder truck, hose cart or other machine on wheels commonly used for the extinguishing of fires be allowed on any part of said parks without the previous consent of the commissioner of public works.

# EXHIBIT 46

# THE

# REVISED ORDINANCE

OF THE

## CITY OF ST. LOUIS,

TOGETHER WITH

THE CONSTITUTION OF THE UNITED STATES, CONSTITUTION
OF THE STATE OF MISSOURI, THE SCHEME FOR THE
SEPARATION OF THE GOVERNMENTS OF THE
CITY AND COUNTY OF ST. LOUIS, THE
CHARTER OF THE CITY, AND A
DIGEST OF THE LAWS AP-
PLICABLE TO THE
CITY.

9155

M. J. SULLIVAN, Reviser.

ST. LOUIS:
TIMES PRINTING HOUSE, FIFTH AND CHESTNUT.
1881.

Generated on 2023-02-09 22:42 GMT / https://hdl.handle.net/2027/nyp.33433014885702
Public Domain, Google-digitized / http://www.hathitrust.org/access_use#pd-google

Digitized by Google

Original from
NEW YORK PUBLIC LIBRARY

Case 1:23-cv-01293-GLR   Document 21-46   Filed 07/28/23   Page 3 of 4

# ARTICLE XI.

### PROTECTION OF BIRDS.

| SECTION | SECTION |
|---|---|
| 1. Disturbance of birds or nests prohibited. | 4. Penalty for throwing same. |
| 2. Penalty for disturbing same. | 5. Protection of all birds, except hawks, &c., intended. |
| 3. Throwing stones, wood, &c., prohibited. | 6. Duty of police. |

SECTION 1.   All persons are forbidden to molest, injure or disturb in any way, any small bird in the city of St. Louis, or the nest, young or brood of any small bird in said city.

*Birds, or nests not to be disturbed. Ord. 8436, sec. 1.*

SEC. 2.   If any person shall willfully injure, molest, take or disturb in any way, any small bird in the city of St. Louis, or the nest, eggs, young or brood of any such small bird, he shall be deemed guilty of a misdemeanor, and upon conviction thereof, shall forfeit and pay to said city not less than five dollars for each bird so by him injured, molested, taken or disturbed, and not less than twenty dollars for each nest of eggs or brood of young of any such small bird in the city of St. Louis, so by him injured, molested taken or disturbed.

*Penalty for disturbing birds or nests. Ibid. sec. 2.*

SEC. 3.   No person shall throw from his hand any fragment of stone, wood, metal or other missile capable of inflicting injury, in any street, alley, walk or park of the city of St. Louis, or use or have in his possession ready for use in any street, alley, walk or park of the city of St. Louis, any sling, cross bow and arrow, air gun or other contrivance for ejecting, discharging or throwing any fragment, bolt, arrow, pellet, or other missile of stone, metal, wood or other substance capable of inflicting injury or annoyance.

*Throwing stones, wood, &c., prohibited. Ibid. sec. 3.*

SEC. 4.   If any person shall throw from his hand, in any alley, street, walk or park of the city of St. Louis, any missile of wood, stone, metal or other substance, or sub-

*Penalty. Ibid. sec. 4.*

Generated on 2023-02-09 22:41 GMT / https://hdl.handle.net/2027/nyp.33433014085702
Public Domain, Google-digitized / http://www.hathitrust.org/access_use#pd-google

Digitized by Google                                    Original from
                                              NEW YORK PUBLIC LIBRARY

stances capable of inflicting injury or annoyance, or use or
have in his possession, ready for use in any street, alley,
walk or park of the city of St. Louis, any sling, air gun,
cross bow and arrow, or other contrivance for ejecting, dis-
charging or throwing any missile, pellet, fragment or bolt
of stone, metal, wood or other substance, or substances
capable of causing injury or annoyance, he shall be deemed
guilty of a misdemeanor, and on conviction thereof, be pun-
ished by a fine of not less than one nor more than twenty
dollars for each offense.

*All birds to be pro-*
*tected, except*
*hawks, &c.*
*Ibid. sec. 5.*
SEC. 5.   The birds intended to be protected by this
article shall be and are defined as all varieties of birds ex-
cept hawks, vultures and owls.

*Duty of police.*
*Ibid. sec. 6.*
SEC. 6.   It is made the special duty of the police force
of the city of St. Louis, to enforce the provisions of this
article, and arrest and bring to trial, all offenders against
the same ; and any member of the police force conniving at
any breach of the foregoing provisions, by failing to arrest
or report the offender, shall, on conviction thereof, be sub-
ject to a fine of not less than five dollars.

Generated on 2023-02-09 22:41 GMT  /  https://hdl.handle.net/2027/nyp.33433014085702
Public Domain, Google-digitized  /  http://www.hathitrust.org/access_use#pd-google

Digitized by Google

Original from
NEW YORK PUBLIC LIBRARY

# EXHIBIT 47

JA0533

# THE REVISED

# ORDINANCES

OF THE

# CITY OF DANVILLE.

PUBLISHED BY AUTHORITY OF THE CITY COUNCIL.

REVISED AND ARRANGED BY

## MANN, CALHOUN & FRAZIER.

DANVILLE, ILL.:
BOWMAN & FREESE, BOOK AND JOB PRINTERS.
1883.



# GENERAL INCORPORATION LAW

### OF

# CITIES AND VILLAGES.

OCT 13 1915

JA0535

## CHAPTER XIX.

### PARKS.

SECTION.

1. Committee on public grounds, etc. to have charge.
2. Entering Parks, etc.—Climbing on fences.
3. Turning animals into park, etc.
4. Firearms—Shooting—fire works prohibited.
5. Injury to trees, grass, buildings.
6. Selling, hawking, peddling, etc. forbidden.
7. Bathing, fishing, etc. prohibited.

SECTION.

8. Abusive, profane language, etc. prohibited.
9. Gaming, etc. prohibited.
10. Intoxicated persons, indecent or unlawful acts.
11. Fires in parks forbidden.
12. Carriages on turf, etc.— hitching horses to trees, etc.
13. Throwing stones, rubbish, etc. in parks.
14. Posting bills, etc. forbidden.

COMMITTEE ON PUBLIC GROUNDS, ETC., TO HAVE CHARGE OF PARKS.] § 1. It shall be the duty of the committee on Public Grounds and Buildings to superintend all inclosed public grounds or parks in said city, and keep the fences thereof in repair, the walks in order, the trees properly trimmed, and to improve the same according to plans approved by the city council.

PENALTY FOR LEAVING PARK EXCEPT AT GATEWAYS—CLIMBING ON FENCE, ETC.] § 2. Whoever shall enter or leave any of the public parks of this city except by their gateways, or shall walk or climb upon any of the fences inclosing, or in the same, shall be fined not less than one dollar nor more than ten dollars for each offense.

TURNING ANIMALS INTO PARK PROHIBITED.] § 3. Whoever shall turn any cattle, horses, goats, swine or other animals into any park of said city, or permit the same, or any of them, to run therein, shall be fined not less than three dollars, nor more than fifty dollars, for each offense.

FIRE-ARMS AND FIRE-WORKS FORBIDDEN.] § 4. Whoever shall carry any fire-arms into said parks, or shall fire off or discharge the same in, or into said parks, or any of them; or whoever shall shoot, fire or discharge any kind of fire-works therein, shall be fined not less than one dollar nor more than one hundred dollars, for each offense.

INJURY TO TREES, GRASS, BUILDINGS, ETC.] § 5. Whoever shall cut, break or injure in any way any tree, shrub or plant, in any such park; or shall cut, tramp, or injure in any way the turf or grass therein, or shall walk or lie upon the grass at any place where placards are posted directing persons to keep off, or not to walk upon the same; or shall cut, mark, deface or in any way injure any of the buildings, fences, bridges, or other constructions, or property of any kind, in any such park, shall be fined not less than one dollar, nor more than one hundred dollars for each offense.

SELLING, HAWKING OR PEDDLING FORBIDDEN.] § 6. Whoever shall sell, or offer to sell, any article or thing, in any such park, or shall hawk or peddle any article or thing therein, or attempt so to do, shall be fined not less than three dollars, nor more than one hundred dollars.

BATHING—FISHING, ETC., PROHIBITED.] § 7. Whoever shall bathe, fish in, or ride or drive any animal in the waters of any such park, or throw any rubbish or garbage or other thing into any stream or waters of such park, shall be fined not less than three dollars, nor more than ten dollars.

ABUSIVE LANGUAGE, ETC.] § 8. Whoever shall use any threatening, abusive, insulting, profane, or indecent language in any part of any such park, shall be fined not less than three dollars, nor more than one hundred dollars.

GAMING, ETC., PROHIBITED.] § 9. Whoever shall gamble for money or other valuable thing, or anything representing or intended to represent money, or other thing of value, or shall play at any game of chance, or at or with any table, instrument or device of gaming, in any part of any such park, shall be fined not less than five dollars, nor more than two hundred dollars for each offense.

INTOXICATED PERSONS—INDECENT OR UNLAWFUL ACTS.] § 10. Whoever shall be found in any such park in an intoxicated condition, or shall resort to such park for any indecent, or unlawful purpose ; or shall be guilty of any indecent, obscene, vulgar, improper or unlawful act while there, shall be fined not less than five dollars, nor more than two hundred dollars.

FIRES IN PARK PROHIBITED.] § 11. Whoever, except employees, or laborers in such park, shall light or make any fire in said parks, shall be fined not less than three dollars, nor more than one hundred dollars.

DRIVING CARRIAGES, ETC., ON TURF—HITCHING HORSES TO TREES.] § 12. Whoever shall drive any carriage or vehicle of any kind, or any horse or other animal upon the grass, lawn or turf, of any such park, or shall hitch a horse to any of the shrubs or trees therein, shall be fined not less than one dollar, nor more than fifty dollars for each offense.

THROWING STONES, RUBBISH, ETC., IN PARKS.] § 13. Whoever shall throw any stones into, or in such parks, or shall throw or place any rubbish or garbage of any kind therein, or shall leave or place any bottle, cans, paper, or scraps of any kind therein, shall be fined not less one dollar, nor more than twenty-five dollars for each offense.

POSTING BILLS, ETC., FORBIDDEN.] § 14. Whoever shall post, or otherwise affix any bills, notice or other paper, upon any fence, tree, bridge, building or other structure therein, shall be fined not less than three dollars.

# EXHIBIT 48

JA0538

*From Henry Shaw to*
*Dct. Asa Gray*
*Cambridge*
*April 1884*

# TOWER GROVE PARK

— OF THE —

## CITY OF ST. LOUIS.

REVIEW OF ITS ORIGIN AND HISTORY, PLAN OF IMPROVE-
MENT, ORNAMENTAL FEATURES, ETC.

WITH ILLUSTRATIONS.

PREPARED BY ORDER OF THE BOARD OF COMMISSIONERS.

BY DAVID H. MACADAM.

1883:
R. P. STUDLEY & CO., PRINTERS.
ST. LOUIS, MO.

Digitized by Google

## RULES AND REGULATIONS.

In accordance with the authority conferred by the Act creating Tower Grove Park, the Board of Commissioners have adopted the following rules and regulations:

All persons are forbidden —

1. To enter or leave the park except by the gateways.

2. To climb the fences.

3. To turn cattle, horses, goats or swine into the park or the avenues surrounding the park.

4. To carry firearms or to throw stones or other missiles within it.

5. To cut, break, or in any way injure or deface the trees, shrubs, plants, turf, or any of the buildings, fences, bridges, or other constructions upon the park;

6. Or to converse with, or in any way hinder, those engaged on the work of the park.

7. A pound is hereby established within the Tower Grove Park for the impounding of horses, cattle, sheep, goats, dogs and swine found trespassing upon said park or the adjacent avenues. All such animals found at large may be taken by any person or persons and driven or carried to the pound, and may be kept enclosed therein during five days, at the end of which time, if not previously claimed, they may be sold at public auction; provided, that, within two days after they shall have been impounded, notice of the sale shall have been conspicuously posted in the pound or vicinity.

Any person claiming property in such impounded animals before the day of sale, may recover the same, after suitable proof of his or her right thereto, upon payment for each animal of the sum of two dollars and the expenses of keeping; the expenses of keeping to be reckoned as follows:

For each horse, dog, or head of neat stock, sixty cents per day;

For each goat, swine, or sheep, twenty-five cents per day.

These charges shall be paid to the chief park keeper of Tower Grove Park, and the money thus collected shall by him be handed over within one week to the comptroller of the board.

If within one month after the sale of any impounded animals their former owner shall appear and claim the same, the treasurer shall, after deducting the full amount of the charges provided for above, pay over to him the proceeds of their sale; otherwise the amount shall be added to the funds of the board.

8. No animal shall travel on any part of the Tower Grove Park, except upon the drive or carriage road, at a rate exceeding six miles per hour. Persons on horseback shall not travel on the drive or equestrian road at a rate exceeding seven miles per hour.

9. No vehicle or riding shall be permitted on the walks, the same being devoted exclusively to pedestrians; nor shall any vehicle, horse, or burden, go



118                    TOWER GROVE PARK.

upon any part of the park except upon the "drive," and upon such places as are appropriated for carriages at rest.

10. No animal or vehicle shall be permitted to stand upon the "drive" or carriage roads of the park, or any part thereof, to the obstruction of the way or to the inconvenience of travel, nor shall any person upon the park solicit or invite passengers.

11. No hackney coach, carriage, or other vehicle for hire, shall stand upon any part of the park for the purpose of taking in any other passengers or persons than those carried to the park by said coach, carriage, or vehicle, unless invited by the persons having said vehicle.

12. No person shall expose any article or thing for sale upon the park except previously licensed by the Board of Commissioners of Tower Grove Park, nor shall any hawking or peddling be allowed on the park.

13. No omnibus or express wagon, with or without passengers, nor any cart, dray, wagon, truck, or other vehicle carrying goods, merchandise, manure, soil or other article, or solely used for the carriage of goods, merchandise, manure, or other articles, shall be allowed to enter any part of Tower Grove Park, or any vehicle carrying more than six persons.

14. No threatening, abusive, insulting or indecent language shall be allowed on the park whereby a breach of the peace may be occasioned.

15. No person shall be allowed to tell fortunes or play at any game of chance at or with any table or instrument of gaming, nor to do any obscene or indecent act whatever in Tower Grove Park.

16. Tower Grove Park shall be open daily to the public during the months of December, January and February from seven o'clock in the morning until half an hour after sunset in the evening; during the months of March, April, May, June, October, and November, from six in the morning until half an hour after sunset, and during the months of July, August, and September, from five in the morning until half an hour after sunset in the evening.

17. The comptroller or superintendent may direct that the park or any of the entrances to the park be closed at any time, and may, on special occasions, also direct that the park or any portion thereof remain open at other times than those specified.

18. No person other than employees of the Board of Commissioners of Tower Grove Park shall enter or remain in the park except when it is open as above provided.

19. No person, except in the employ of the Board of Commissioners of the Tower Grove Park, shall bring upon the Tower Grove Park any tree, shrub, plant, or flower, nor any newly plucked branch or portion of a tree, shrub, plant, or flower.

20. No person shall fire, discharge or set off in Tower Grove Park any rocket, cracker, torpedo, squib, balloon, snake, chaser, or double-header, nor any fireworks or thing under any other name composed of the same or similar material, or of the same or similar character, as the fireworks above specified, except with consent of Board of Commissioners or comptroller.

21. No person shall place or propel any invalid chairs, perambulators,



Digitized by Google

TOWER GROVE PARK.                    119

bicycles or velocipedes upon any portion of the Tower Grove Park except upon the walks.

22.   No person shall post or otherwise affix any bill or notice, in paper or paint, upon any structure or thing within the park, nor upon any of the gates or surrounding avenues.

23.   No person shall without the consent of the comptroller of the park play upon any musical instrument within Tower Grove Park, nor shall any person take into or carry or display in the park any flag, banner, target, or transparency.

24.   No military or target company, or civic or other procession, shall be permitted to parade, drill or perform upon the park any military or other evolutions or movements without the written consent of the comptroller.

25.   No fire-engine, hook or ladder, cart, hose, truck, or other machine on wheels commonly used for the extinguishing of fire, shall be allowed on any part of Tower Grove Park without the previous consent of the comptroller of the park.

26.   No funeral procession or hearse, or other vehicle or person carrying the body of a deceased person, shall be allowed on any part of Tower Grove Park.

27.   No person, except in the employ of the Board of Commissioners of Tower Grove Park, shall light, make or use any fire upon the Tower Grove Park.

Digitized by Google

# EXHIBIT 49

# City of Boston.

## DEPARTMENT OF PARKS.

---

### THIRTEENTH ANNUAL REPORT

OF THE

# BOARD OF COMMISSIONERS

FOR THE

## YEAR 1887.



### PRINTED FOR THE DEPARTMENT.
1888.

Digitized by Google


JA0544

86

### PARK ORDINANCES.

In Board of Park Commissioners, Aug. 20, 1886.

*Voted*, That the following rules, under the title of Ordinances, be adopted for the use and government of the Public Parks. *Provided, however*, that said rules shall not invalidate any pending prosecution or procedure, or any liability of any person for breach of any previous rule.

The Board of Park Commissioners of the City of Boston, by virtue of its authority to make rules for the use and government of the Public Parks of said city, and for breaches of such rules to affix penalties, hereby ordains that within the Public Parks, except with the prior consent of the Board, it is forbidden : —

1.  To cut, break, injure, deface, defile or ill use any building, fence, or other construction, or any tree, bush, plant or turf, or any other thing or property.

2.  To have possession of any freshly-plucked tree, bush or plant, or portion thereof.

3.  To throw stones or other missiles ; to discharge or carry fire-arms, except by members of the Police Force in the discharge of their duties ; to discharge or carry fire-crackers, torpedoes, or fire-works ; to make fires ; to play musical instruments ; to have any intoxicating beverages ; to sell, offer or expose for sale, any goods or wares ; to post or display signs, placards, flags, or advertising devices ; to solicit subscriptions or contributions ; to play games of chance, or have possession of instruments of gambling ; to make orations, harangues or loud outcries ; to enter into political canvassing of any kind ; to utter profane, threatening, abusive, or indecent language, or to do any obscene or indecent act ; to bathe or fish ; to solicit the acquaintance of, or follow, or otherwise annoy other visitors.

4.  To allow cattle, horses, or other animals, to pass over or stray upon the Park lands ; provided that this shall not apply to



JA0545

# EXHIBIT 50

JA0546

[PUBLISHED BY AUTHORITY.]

# THE

# REVISED ORDINANCES

OF

# SALT LAKE CITY,

*Ordinances, etc.*

WITH THE

# CITY CHARTER AND AMENDMENTS THERETO.

## FEBRUARY 14, 1888.

SALT LAKE CITY, UTAH:
PRINTED BY THE STAR PRINTING COMPANY.
1888.

CC
Salt Lake City
3
1888

44-158
Judah P. Benjamin

Case 1:23-cv-01293-GLR   Document 21-50   Filed 07/28/23   Page 4 of 5

# CHAPTER XXVII.

### OF LIBERTY PARK.

1.  May or to control Park and appoint Keepers.    Keepers given police powers.
2.  When gates to be closed.
3.  Drays, trucks, etc., not to travel upon drives.
4.  Rate of speed.   Racing prohibited.
5.  Ven ling in Park prohibited.
6.  Injuring property.    Disturbance.    Animals trespassing, etc. Firearms.
7.  Rule in meeting vehicles.
8.  Associations, etc., to get permit.
9.  Penalty.

SECTION 1.  The Mayor shall have the control and charge of Liberty Park, and shall have power to appoint one or more Park Keepers, whose duties shall be to have charge of the Park ,under the Mayor's direction, and to see that the provisions of this chapter are carried into effect; and for that purpose they are hereby given police powers and authorized to arrest any person violating any of the provisions of this chapter.

*Mayor to control Park and appoint Keepers.*

*Keepers given police powers.*

SEC. 2.  All the gates of Liberty Park shall be closed each evening; and all travel on the roads of said Park, or other use of the grounds between nine o'clock P. M. and five o'clock A. M., shall be unlawful except by permission of the Mayor.

*When gates to be closed.*

SEC. 3.  No dray, truck, wagon, cart or other vehicle carrying, or if not carrying, employed regularly in carrying goods, merchandise, manure, soil or other article of commerce or trade, shall be allowed to travel upon the drives of said Park.

*Drays, trucks, etc., not to travel upon drives.*

SEC. 4   All persons are hereby prohibited from riding or driving upon the roads within said

*Rate of speed.*

Case 1:23-cv-01293-GLR  Document 21-50  Filed 07/28/23  Page 5 of 5

Park at a rate of speed exceeding eight miles per hour, and it shall be unlawful for two or more persons to engage in racing with animals in said Park except by consent of the Keeper thereof.

*Racing prohibited.*

Sec. 5.   No person shall vend or sell, or offer to vend or sell any article or thing whatever within said Park without the consent of the City Council.

*Vending in Park prohibited.*

Sec. 6.   No person shall, within Liberty Park, cut, break, or in any way injure or deface any trees, shrubs, plants, buildings, fences or property of any kind; or indulge in noisy, boisterous, riotous, or indecent behavior, or use any boisterous or offensive language; or, except authorized by the Mayor:   1—Let loose any cattle, horses, goats, sheep or swine.   2—Drive a herd of said animals through the grounds.   3—Carry or discharge firearms.   4—Camp, lodge or tarry over night. 5—Ride or drive any horse or other animal, with or without vehicle, elsewhere than on the roads or drives for such purposes provided.   6—Catch or kill any birds or fish of any kind.

*Injuring property.*

*Disturbance.*

*Animals trespassing, etc.*

*Firearms.*

Sec. 7.   All persons in riding or driving in said Park, when meeting other animals or vehicles, shall pass to the right.

*Rule in meeting vehicles.*

Sec. 8.   When any company or association of persons exceeding fifty in number desire to resort to the Park for any lawful purpose, they, or one representing them, shall first get the permission of the Mayor.

*Associations, etc., to get permit.*

Sec. 9.   Any person violating any of the provisions of this chapter shall, upon conviction, be liable to a fine of not to exceed fifty dollars.

*Penalty.*

JA0550