**IN THE UNITED STATES COURT OF APPEALS**
**FOR THE FOURTH CIRCUIT**

SUSANNAH WARNER KIPKE, et al.,           *

*Plaintiffs-Appellants/Cross-Appellees*,           *

    v.           *           Case Nos. 24-1799 (L),
                                         24-1827, 24-1834, 24-1836

WES MOORE, et al.,           *

*Defendants-Appellees/Cross-Appellants*.           *

\*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*

**UNOPPOSED MOTION TO EXTEND TIME TO FILE**
**APPELLEES/CROSS-APPELLANTS' BRIEF**

Appellees/Cross-Appellants, by undersigned counsel, hereby move, pursuant to

Federal Rule of Appellate Procedure 26(b), for an extension of time, to and including

December 23, 2024, within which to file the brief of Appellees/Cross-Appellants in the

above-captioned case.  In support thereof, counsel for Appellees/Cross-Appellants states

the following:

      1.      This is a consolidated appeal from the granting in part and denial in part of

the parties' motions for summary judgment.

      2.      On September 25, 2024, this Court issued a briefing schedule in which

Appellants/Cross-Appellees' opening brief was to be due on November 4, 2024,

Appellees/Cross-Appellants' opening/response brief was to be due on December 04, 2024,

and Appellants/Cross-Appellees' response/reply brief would be due January 3, 2025.

(Doc. 31.) Consistent with this schedule, Appellants/Cross-Appellees filed their opening

brief on November 4, 2024 (Doc. 35), and therefore Appellees/Cross-Appellants' brief is currently due December 4, 2024.

3.    Although undersigned counsel has made progress on the brief, a short extension of 19 days is necessary in light of counsel's workload, the intervening holidays, and the need for sufficient time to complete an internal review process.

4.    This is Appellees/Cross-Appellants' first request for an extension.

5.    Extending the time for filing of Appellees/Cross-Appellants until December 23, 2024 would in turn necessitate the extension of time for filing of Appellants/Cross-Appellees' response/reply brief until January 22, 2025.

6.    Counsel for Appellants/Cross-Appellees do not oppose this request.

WHEREFORE, it is respectfully requested that this Honorable Court grant this motion extending the time in which Appellees/Cross-Appellants may file their opening/response brief in the instant case until December 23, 2024, and extending the time in which Appellants/Cross-Appellees may file their response/reply brief until January 22, 2025.

Respectfully submitted,

ANTONY G. BROWN
Attorney General of Maryland


_____/s/_____
RYAN R. DIETRICH
Assistant Attorney General
Office of the Attorney General
200 St. Paul Place
Baltimore, Maryland  21202
(410) 576-7648
rdietrich@oag.state.md.us

Counsel for Appellees/Cross-Appellants


CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 15th day of November 2024, a copy of the

foregoing Unopposed Motion for Extension of Time to File Appellees' Brief was

electronically filed and served on counsel of record by electronic means.

_____/s/_____
RYAN R. DIETRICH
Assistant Attorney General

3