FILED: November 15, 2024

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 24-1799 (L)
(1:23-cv-01293-GLR)

_____

SUSANNAH WARNER KIPKE; MARYLAND STATE RIFLE AND PISTOL ASSOCIATION, INC.

  Plaintiffs - Appellants

v.

WES MOORE, in his official capacity as Governor of Maryland; ROLAND L. BUTLER, JR., in his official capacity as Maryland State Police Superintendent and Secretary; JOSHUA KURTZ, in his official capacity as Secretary of Natural Resources

  Defendants - Appellees

_____

O R D E R
_____

The court grants an extension of the briefing schedule as follows:

Opening/response brief due: 12/23/2024

Response/reply brief due: 01/22/2025

Any reply brief: 21 days from service of response/reply brief.

       For the Court--By Direction

       /s/ Nwamaka Anowi, Clerk