FILED: December 30, 2024

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 24-1799 (L)
(1:23-cv-01293-GLR)

_____

SUSANNAH WARNER KIPKE; MARYLAND STATE RIFLE AND PISTOL ASSOCIATION, INC.

      Plaintiffs - Appellants

v.

WES MOORE, in his official capacity as Governor of Maryland; ROLAND L. BUTLER, JR., in his official capacity as Maryland State Police Superintendent and Secretary; JOSHUA KURTZ, in his official capacity as Secretary of Natural Resources

      Defendants - Appellees

------------------------------

EVERYTOWN FOR GUN SAFETY; BRADY CENTER TO PREVENT GUN VIOLENCE; GIFFORDS LAW CENTER TO PREVENT GUN VIOLENCE

      Amici Supporting Appellees / Cross-Appellants

_____

O R D E R

_____

Everytown for Gun Safety, Brady Center to Prevent Gun Violence and Giffords Law Center to Prevent Gun Violence have filed amicus curiae briefs with

the consent of the parties.

The court accepts the briefs for filing.

For the Court--By Direction

/s/ Nwamaka Anowi, Clerk
