# IN THE UNITED STATES COURT OF APPEALS
# FOR THE FOURTH CIRCUIT

| | | |
|---|---|---|
| SUSANNAH WARNER KIPKE, et al., | * | |
| *Plaintiffs-Appellants/Cross-Appellees*, | * | |
| v. | * | Case Nos. 24-1799 (L), 24-1827, 24-1834, 24-1836 |
| WES MOORE, et al., | * | |
| *Defendants-Appellees/Cross-Appellants*. | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \*

## UNOPPOSED MOTION TO EXTEND TIME TO FILE
## APPELLEES/CROSS-APPELLANTS' REPLY BRIEF

Appellees/Cross-Appellants, by undersigned counsel, hereby move, pursuant to Federal Rule of Appellate Procedure 26(b), for an extension of time, to and including February 26, 2025, within which to file the reply brief of Appellees/Cross-Appellants in the above-captioned case. In support thereof, counsel for Appellees/Cross-Appellants states the following:

1.  This is a consolidated appeal from the granting in part and denial in part of the parties' motions for summary judgment.

2.  On September 25, 2024, this Court issued a briefing schedule in which Appellants/Cross-Appellees' opening brief was to be due on November 4, 2024, Appellees/Cross-Appellants' opening/response brief was to be due on December 04, 2024, and Appellants/Cross-Appellees' response/reply brief would be due January 3, 2025. (Doc. 31.) Consistent with this schedule, Appellants/Cross-Appellees filed their opening brief on November 4, 2024. (Doc. 35).

3. On November 15, 2024, this Court granted an extension of time for the filing of Appellees/Cross-Appellants' opening/response brief to December 23, 2024. (Doc. 38.) Appellees/Cross-Appellants filed their brief on that date. (Doc. 39.) Consistent with this Court's Order, Appellants/Cross-Appellees filed their response/reply brief on January 22, 2025. (Doc. 51.)

4. Although undersigned counsel has made progress on the brief, a short extension of 14 days is necessary in light of counsel's workload and the need for sufficient time to complete an internal review process.

5. Counsel for Appellants/Cross-Appellees do not oppose this request.

WHEREFORE, it is respectfully requested that this Honorable Court grant this motion extending the time in which Appellees/Cross-Appellants may file their reply brief in the instant case until February 26, 2025.

                                        Respectfully submitted,

                                        ANTONY G. BROWN
                                        Attorney General of Maryland

                                        _____/s/_____
                                        RYAN R. DIETRICH
                                        Assistant Attorney General
                                        Office of the Attorney General
                                        200 St. Paul Place
                                        Baltimore, Maryland  21202
                                        (410) 576-7648
                                        rdietrich@oag.state.md.us

                                        Counsel for Appellees/Cross-Appellants

<u>CERTIFICATE OF SERVICE</u>

  I HEREBY CERTIFY that on this 31st day of January 2025, a copy of the foregoing Unopposed Motion for Extension of Time to File Appellees/Cross-Appellants' Reply Brief was electronically filed and served on counsel of record by electronic means.

                _____/s/_____
                RYAN R. DIETRICH
                Assistant Attorney General