UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT
1100 East Main Street, Suite 501, Richmond, Virginia 23219

February 3, 2025

_____

RESPONSE REQUESTED - SIMILAR CASES
_____

No.  24-1799 (L), <u>Susannah Kipke v. Wes Moore</u>
    1:23-cv-01293-GLR

TO: William Chadwick Lamar
   James Wallace Porter
   Mark William Pennak
   William V. Bergstrom
   Peter A. Patterson
   Sana Sikandar Mesiya
   Caroline S. Van Zile
   Megan Marie Wold
   John Parker Sweeney
   Ryan Robert Dietrich
   Kelly Marita Percival
   Thomas M. Bondy

**RESPONSE DUE: 02/06/2025**

Response is required to the notice requesting information regarding similar cases on or before 02/06/2025. **Please use the following form to submit response:** [Response - Similar Cases](#)**, using the event: RESPONSE/ANSWER (to Similar Case notice).**

Kirsten Hancock, Deputy Clerk
804-916-2704