# UNITED STATES COURT OF APPEALS FOR THE FOURTH CIRCUIT
## RESPONSE – SIMILAR CASES

Appeal No. & Caption: 24-1799 (L), Kipke v. Moore; 24-1827, Novotny v. Moore

Please select the appropriate option below:

☐ I am not aware of any cases pending in the United States Court of Appeals for the Fourth Circuit or the Supreme Court of the United States raising issues similar to those raised by the instant case.

☑ I am aware of the following case(s) pending in the United States Court of Appeals for the Fourth Circuit or the Supreme Court of the United States raising issues similar to those raised by the instant case. (Please include a concise description of the similar issues):

> 1. Antonyuk v. James, No. 24-795 (U.S.) (cert petition concerning Second Amendment challenges to New York's locational restrictions on firearm carry)
> 2. LaFave v. County of Fairfax, No. 24-1886 (4th Cir.) (Second Amendment challenges to Fairfax County's locational restrictions at parks and government permitted events)
> 3. MSI, Inc. v. Montgomery Cnty., No. 23-1719 (4th Cir.) (Second Amendment challenges to Montgomery County's locational restrictions in buffer zones, houses of worship, parks, recreational facilities, and non-public locations)

Signature: /s/ John Parker Sweeney      Counsel for: Appellants / Cross-Appellees

Date: 2/3/2025

**File using event:** RESPONSE/ANSWER (to Similar Case notice)