# UNITED STATES COURT OF APPEALS FOR THE FOURTH CIRCUIT
## RESPONSE – SIMILAR CASES

Appeal No. & Caption: 24-1799(L), Kipke v. Moore

Please select the appropriate option below:

☐ I am not aware of any cases pending in the United States Court of Appeals for the Fourth Circuit or the Supreme Court of the United States raising issues similar to those raised by the instant case.

☑ I am aware of the following case(s) pending in the United States Court of Appeals for the Fourth Circuit or the Supreme Court of the United States raising issues similar to those raised by the instant case. (Please include a concise description of the similar issues):

> LaFave v. County of Fairfax, No. 24-1886, and Maryland Shall Issue v. Montgomery County, No. 23-1719, also involve Second Amendment challenges to sensitive-places restrictions.

Signature: /s/ Sana S. Mesiya    Counsel for: Everytown for Gun Safety

Date: 02/03/2025

**File using event:** RESPONSE/ANSWER (to Similar Case notice)