UNITED STATES COURT OF APPEALS FOR THE FOURTH CIRCUIT
RESPONSE – SIMILAR CASES

Appeal No. & Caption: 24-1799(L), Kipke v. Moore

Please select the appropriate option below:

☐ I am not aware of any cases pending in the United States Court of Appeals for the Fourth Circuit or the Supreme Court of the United States raising issues similar to those raised by the instant case.

☑ I am aware of the following case(s) pending in the United States Court of Appeals for the Fourth Circuit or the Supreme Court of the United States raising issues similar to those raised by the instant case. (Please include a concise description of the similar issues):

> LaFave v. County of Fairfax, No. 24-1886 (Fourth Circuit); Maryland Shall Issue v. Montgomery County (Fourth Circuit), No. 23-1719; and Antonyuk v. James, No. 24-795 (pending cert petition in the Supreme Court) also involve Second Amendment challenges to sensitive-places restrictions.

Signature: /s/ Kelly M. Percival     Counsel for: Gifffords Law Center

Date: 02/04/2025

**File using event:** RESPONSE/ANSWER (to Similar Case notice)