# UNITED STATES COURT OF APPEALS
# FOR THE FOURTH CIRCUIT

## NOTICE REGARDING CONFLICT WITH PROPOSED ARGUMENT DATES

No. 24-1799(L)   Caption: Susannah Kipke v. Wes Moore; Katherine Novotny v. Wes Moore

Argument Session For Which You Are Scheduled: May 6-9, 2025

Dates You Are Available To Argue in the Session (if any):
Tuesday May 6 - Thursday May 8, 2025

Identify Any Other Cases You Are Tentatively Scheduled To Argue this Session:

Other Relevant Information:

Party(ies) You Represent:
Katherine Novotny, Sue Burke, Esther Rossberg, Maryland Shall Issue, Inc., Second Amendment Foundation, and Firearms Policy Coalition

2/4/2025
Date

*[signature]*
Counsel Signature

11/29/2021 SCC