# UNITED STATES COURT OF APPEALS
# FOR THE FOURTH CIRCUIT

## NOTICE REGARDING CONFLICT WITH PROPOSED ARGUMENT DATES

No. __24-1799(L)__    Caption: __Kipke v. Moore__

---

Argument Session For Which You Are Scheduled: __May 2025__

Dates You Are Available To Argue in the Session (if any):

__all dates__

Identify Any Other Cases You Are Tentatively Scheduled To Argue this Session:

__Chamber of Commerce v. Lierman, 24-1727__

Other Relevant Information:

__Undersigned counsel respectfully requests that these cases not be set for oral argument on the same day and instead, to avoid unnecessary expenditures and for convenience of counsel, that they be set on consecutive days.__

Party(ies) You Represent:

__All Appellees/Cross-Appellants__

---

__2/5/2025__                                            __/s/Ryan R. Dietrich__
Date                                                         Counsel Signature

11/29/2021 SCC