**UNITED STATES COURT OF APPEALS**
**FOR THE FOURTH CIRCUIT**
1100 East Main Street, Suite 501, Richmond, Virginia 23219

February 10, 2025

_____

DOCKET CORRECTION NOTICE

_____

No. 24-1799 (L), <u>Susannah Kipke v. Wes Moore</u>
                1:23-cv-01293-GLR

|     |                          |
| --- | ------------------------ |
|     | Ivan J. Bates            |
|     | Scott D. Shellenberger   |
|     | Joshua Kurtz             |
| TO: | Paul J. Wiedefeld        |
|     | Wes Moore                |
|     | Alison M. Healey         |
|     | Roland L. Butler         |

**CORRECTION DUE: February 18, 2025**

Please make the correction identified below and file a corrected document by the due date indicated.

---

[✔] Opening/Response brief paper copy cover has the wrong color cover. Please send four RED covers to the court.

Kirsten Hancock, Deputy Clerk
804-916-2704