# FOURTH CIRCUIT ORAL ARGUMENT ACKNOWLEDGMENT

This **Oral Argument Acknowledgment** form is to be completed and filed by arguing counsel within 7 days of the Oral Argument Notification. In criminal cases, counsel appearing for a defendant but not arguing must also file this form.

Case Number: 24-1799(L)     Date of Oral Argument: 05/07/25

Caption: Kipke v. Moore

Attorney Arguing: Ryan R. Dietrich

Arguing on Behalf of (party name): all Appellees/Cross-Appellants

Select party type:
☐ Appellant  ☐ Appellee  ☐ Appellant/Cross-Appellee  ☒ Appellee/Cross-Appellant  ☐ Amicus  ☐ Intervenor

Attorney Appearing for Defendant but **Not Arguing** in Consolidated Criminal Case:

**Argument Time:** Please indicate how much argument time you wish to use. You may thereafter change your requested time or change counsel arguing by filing a new **Oral argument acknowledgment** form and selecting "Amended" within the entry. Counsel arguing the case must be admitted to the Fourth Circuit, file an appearance of counsel form, and file this acknowledgment form.
→ 20 minutes of argument time are allotted per side; all parties to a side must share oral argument time
→ Appellants and cross-appellants may reserve up to 1/3 of their time for rebuttal (7 out of 20 minutes)

First Attorney Arguing Per Side: 20
Phone Number (day of argument):

Principal Argument Time: 15     Rebuttal Argument Time (if any): 5
(for appellants and appellees)    (appellants and cross-appellants only)

Any Second Attorney Sharing Arguing Time:
Phone Number (day of argument):

Principal Argument Time:     Rebuttal Argument Time (if any):
(for appellants and appellees)    (appellants and cross-appellants only)

Any Counsel for Amicus Participating in Argument by Leave of Court:

Phone Number (day of argument):

Argument Time:     Select one of the following:  ☐ Order allowing argument time
                                                 ☐ Court-Appointed Amicus

Signature: /s/Ryan R. Dietrich     Date: 03/07/25

12/01/2024 NA