# FOURTH CIRCUIT ORAL ARGUMENT ACKNOWLEDGMENT

This **Oral Argument Acknowledgment** form is to be completed and filed by arguing counsel within 7 days of the Oral Argument Notification. In criminal cases, counsel appearing for a defendant but not arguing must also file this form.

Case Number: 24-1799 (L)     Date of Oral Argument: 05/07/25

Caption: Kipke v. Moore (Consolidated with Novotny v. Moore (No. 24-1836))

Attorney Arguing: Peter A. Patterson and John Parker Sweeney

Arguing on Behalf of (party name):
Patterson: Novotny Plaintiffs-Appellants/Cross-Appellees
Sweeney: Kipke Plaintiffs-Appellants/Cross-Appellees

Select party type:
☐ Appellant    ☐ Appellee    ☒ Appellant/Cross-Appellee    ☐ Appellee/Cross-Appellant    ☐ Amicus    ☐ Intervenor

Attorney Appearing for Defendant but **Not Arguing** in Consolidated Criminal Case:

**Argument Time:** Please indicate how much argument time you wish to use. You may thereafter change your requested time or change counsel arguing by filing a new **Oral argument acknowledgment** form and selecting "Amended" within the entry. Counsel arguing the case must be admitted to the Fourth Circuit, file an appearance of counsel form, and file this acknowledgment form.
→20 minutes of argument time are allotted per side; all parties to a side must share oral argument time
→Appellants and cross-appellants may reserve up to 1/3 of their time for rebuttal (7 out of 20 minutes)

First Attorney Arguing Per Side: Peter A. Patterson
Phone Number (day of argument): 202-222-8860

Principal Argument Time: 12     Rebuttal Argument Time (if any): 5
(for appellants and appellees)     (appellants and cross-appellants only)

Any Second Attorney Sharing Arguing Time: John Parker Sweeney
Phone Number (day of argument): 202-719-8216

Principal Argument Time: 3     Rebuttal Argument Time (if any):
(for appellants and appellees)     (appellants and cross-appellants only)

Any Counsel for Amicus Participating in Argument by Leave of Court:

Phone Number (day of argument):

Argument Time:     Select one of the following: ☐ Order allowing argument time
    ☐ Court-Appointed Amicus

Signature: /s/ Peter A. Patterson     Date: 03/13/25