**UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT**

1100 East Main Street, Suite 501, Richmond, Virginia 23219

January 30, 2026

_____

RESPONSE REQUESTED

_____

No. 24-1799 (L), <u>Susannah Kipke v. Wes Moore</u>
            1:23-cv-01293-GLR

TO:    Scott D. Shellenberger
         Joshua Kurtz
         Paul J. Wiedefeld
         Wes Moore
         Alison M. Healey
         Roland L. Butler

RESPONSE DUE: 02/09/2026

Response is required to the motion to stay mandate on or before 02/09/2026.

K. Hancock, Deputy Clerk
804-916-2702