Nos. 24-1799(L), 24-1827, 24-1834, 24-1836

# IN THE UNITED STATES COURT OF APPPEALS
# FOR THE FOURTH CIRCUIT

_____

SUSANNAH WARNER KIPKE, *et al.*,

*Plaintiffs-Appellants / Cross-Appellees*,

v.

WES MOORE, *et al.*,

*Defendants-Appellees / Cross-Appellants*,

_____

KATHERINE NOVOTNY, *et al.*,

*Plaintiffs-Appellants / Cross-Appellees*,

v.

WESLEY MOORE, *et al.*,

*Defendants-Appellees / Cross-Appellants*,

_____

On Appeal from the United Stated District Court
for the District of Maryland
No. 1:23-cv-01293-GLR
No. 1:23-cv-01295-GLR

_____

**PLAINTIFFS-APPELLANTS / CROSS-APPELLEES'
NOTICE OF INTENDED REPLY**

_____

(Counsel listed on following page)

John Parker Sweeney
James W. Porter, III
William Chadwick Lamar, Jr.
BRADLEY ARANT BOULT CUMMINGS LLP
1900 K Street, NW
Suite 800
Washington, DC 20006
Phone: (202) 719-8216
jsweeney@bradley.com
jporter@bradley.com
clamar@bradley.com

*Attorneys for Plaintiffs-Appellants / Cross-Appellees Susannah Warner Kipke and Maryland State Rifle and Pistol Association, Inc.*

David H. Thompson
Peter A. Patterson
Megan Marie Wold
William V. Bergstrom
COOPER & KIRK, PLLC
1523 New Hampshire Ave., N.W.
Washington, D.C. 20036
Phone: (202) 220-9600
dthompson@cooperkirk.com
ppatterson@cooperkirk.com
mwold@cooperkirk.com
wbergstrom@cooperkirk.com

*Attorneys for Plaintiffs-Appellants / Cross-Appellees Katherine Novotny, Sue Burke, Esther Rossberg, Maryland Shall Issue, Inc., Second Amendment Foundation, and Firearms Policy Coalition*

Mark W. Pennak
LAW OFFICES OF MARK W. PENNAK
7416 Ridgewood Ave.
Chevy Chase, MD 20815
Tel: (301) 873-3671
mpennak@marylandshallissue.org

*Attorney for Plaintiffs-Appellants / Cross-Appellees Katherine Novotny, Sue Burke, Esther Rossberg, Maryland Shall Issue, Inc., Second Amendment Foundation, and Firearms Policy Coalition*

Under Fourth Circuit Rule 27(d)(2), Plaintiffs-Appellants/Cross-Appellees hereby notify the Court of their intent to file a reply in support of their motion to stay the mandate by February 16, 2026, in accordance with Federal Rule of Appellate Procedure 27(a)(4), and respectfully request that the Court refrain from acting on their motion until the reply is filed.

Dated: February 10, 2026

/s/*John Parker Sweeney*
John Parker Sweeney
James W. Porter, III
William Chadwick Lamar, Jr.
BRADLEY ARANT BOULT CUMMINGS LLP
1900 K Street, NW
Suite 800
Washington, DC 20006
Phone: (202) 719-8216
jsweeney@bradley.com
jporter@bradley.com
clamar@bradley.com

*Attorneys for Plaintiffs-Appellants / Cross-Appellees Susannah Warner Kipke and Maryland State Rifle and Pistol Association, Inc.*

Respectfully Submitted,

/s/*David H. Thompson*
David H. Thompson
Peter A. Patterson
Megan Marie Wold
William V. Bergstrom
COOPER & KIRK, PLLC
1523 New Hampshire Ave., N.W.
Washington, D.C. 20036
Phone: (202) 220-9600
dthompson@cooperkirk.com
ppatterson@cooperkirk.com
mwold@cooperkirk.com
wbergstrom@cooperkirk.com

*Attorneys for Plaintiffs-Appellants / Cross-Appellees Katherine Novotny, Sue Burke, Esther Rossberg, Maryland Shall Issue, Inc., Second Amendment Foundation, and Firearms Policy Coalition*

/s/*Mark W. Pennak*
Mark W. Pennak
LAW OFFICES OF MARK W. PENNAK
7416 Ridgewood Ave.
Chevy Chase, MD 20815
Tel: (301) 873-3671

1

mpennak@marylandshallissue.org

*Attorney for Plaintiffs-Appellants / Cross-Appellees Katherine Novotny, Sue Burke, Esther Rossberg, Maryland Shall Issue, Inc., Second Amendment Foundation, and Firearms Policy Coalition*

2

## CERTIFICATE OF SERVICE

I hereby certify that on February 10, 2026, I electronically filed the foregoing motion with the Clerk of this Court by using the appellate CM/ECF system. The participants in this case are registered CM/ECF users and service will be accomplished by the appellate CM/ECF system.

Dated: February 10, 2026                /s/ *David H. Thompson*
                                        David H. Thompson

                                        *Counsel for Plaintiff-Appellants /*
                                        *Cross-Appellees*

3