# Cooper & Kirk

### Lawyers
#### A Professional Limited Liability Company

| | | |
|---|---|---|
| David H. Thompson | 1523 New Hampshire Avenue, N.W. | (202) 220-9600 |
| dthompson@cooperkirk.com | Washington, D.C.  20036 | Fax (202) 220-9601 |

April 20, 2026

**VIA CM/ECF**

Nwamaka Anowi, Clerk
United States Court of Appeals
    for the Fourth Circuit
Lewis F. Powell, Jr. United States
    Courthouse Annex
1100 East Main Street, Suite
501 Richmond, VA 23219-3518

      Re:    Notice Pursuant to Federal Rule of Appellate Procedure 41 in *Kipke v. Moore*, Nos. 24-1799(L), 24-1827, 24-1834, 24-1836

Dear Ms. Anowi,

I write on behalf of both the *Kipke* and *Novotny* Plaintiffs in the above numbered appeals, pursuant to Federal Rule of Appellate Procedure 41(d)(2)(B)(i), to notify this Court that the Chief Justice granted an application to extend the time within which Plaintiffs may file a petition for a writ of certiorari by 30 days to May 20, 2026. *See* Text Order, *Novotny v. Moore*, No. 25A1140 (Apr. 16, 2026). Pursuant to Rule 41, the stay of the mandate entered by this Court, *see* Order, Doc. 95 (Mar. 2, 2026), is automatically extended to May 20, 2026.

                Sincerely,

                s/ David H. Thompson
                David H. Thompson
                COOPER & KIRK PLLC
                1523 New Hampshire Ave., N.W.
                Washington, DC 20036
                dthompson@cooperkirk.com
                Tel: (202) 220-9600

# Cooper & Kirk

Lawyers

Nwamaka Anowi, Clerk
April 20, 2026
Page 2 of 2

Fax: (202) 220-9601

cc :  All counsel of record (via CM/ECF)