# Cooper & Kirk

### Lawyers
A Professional Limited Liability Company

David H. Thompson
dthompson@cooperkirk.com

1523 New Hampshire Avenue, N.W.
Washington, D.C. 20036

(202) 220-9600
Fax (202) 220-9601

May 20, 2026

**<u>VIA CM/ECF</u>**
Nwamaka Anowi, Clerk
United States Court of Appeals
   for the Fourth Circuit
Lewis F. Powell, Jr. United States
   Courthouse Annex
1100 East Main Street, Suite 501
Richmond, VA 23219-3518

      Re:    Notice Pursuant to Federal Rule of Appellate Procedure 41 in *Kipke v. Moore*, Nos. 24-1799(L), 24-1827, 24-1834, 24-1836

Dear Ms. Anowi,

    I write on behalf of both the *Kipke* and *Novotny* Plaintiffs in the above numbered appeals, pursuant to Federal Rule of Appellate Procedure 41(d)(2)(B)(ii), to notify this Court that Plaintiffs filed a petition for a writ of certiorari on May 20, 2026. Pursuant to Rule 41, the stay of the mandate entered by this Court, *see* Order, Doc. 95 (Mar. 2, 2026), continues until the Supreme Court's final disposition.

           Sincerely,

           <u>s/ David H. Thompson</u>
           David H. Thompson
           COOPER & KIRK PLLC
           1523 New Hampshire Ave., N.W.
           Washington, DC 20036
           dthompson@cooperkirk.com
           Tel: (202) 220-9600
           Fax: (202) 220-9601

# Cooper & Kirk
## Lawyers

Nwamaka Anowi, Clerk
May 20, 2026
Page 2 of 2


cc :  All counsel of record (via CM/ECF)

# Cooper & Kirk
## Lawyers