**Nos. 24-1799(L), 24-1827, 24-1834, 24-1836**

IN THE UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

SUSANNAH WARNER KIPKE, ET AL.,
*Plaintiffs-Appellants/Cross-Appellees*,

v.

WESLEY MOORE, ET AL.,
*Defendants-Appellees/Cross-Appellants.*

KATHERINE NOVOTNY, ET AL.,
*Plaintiffs-Appellants/Cross-Appellees*,

v.

WESLEY MOORE, ET AL.,
*Defendants-Appellees/Cross-Appellants.*

On Appeal from the United States District Court
for the District of Maryland
Nos. 1:23-cv-01293-GLR, 1:23-cv-01295-GLR

**MOTION TO WITHDRAW AS COUNSEL FOR AMICUS CURIAE
EVERYTOWN FOR GUN SAFETY**

In accordance with Local Rule 46(c), Sana S. Mesiya hereby

respectfully requests leave to withdraw as counsel for Everytown for

Gun Safety. Good cause exists for this withdrawal because Ms. Mesiya

is departing her position at Everytown Law effective July 2, 2026, and

will no longer be associated with this case. Everytown for Gun Safety

will continue to be represented in this appeal by Janet Carter of Everytown Law.

WHEREFORE, the undersigned counsel respectfully requests that the Court grant this motion to withdraw Sana S. Mesiya as counsel for Everytown for Gun Safety as amicus curiae.

Dated: July 1, 2026

Respectfully Submitted,

/s/ Sana S. Mesiya

Sana S. Mesiya
Everytown Law
smesiya@everytown.org
(202) 517-6624
*Counsel for amicus curiae*
*Everytown for Gun Safety*

## CERTIFICATE OF SERVICE

I hereby certify that on July 1, 2026, I electronically filed this Motion to Withdraw with the Clerk of the Court for the United States Court of Appeals for the Fourth Circuit using the CM/ECF system, which will send notice of such filing to all registered CM/ECF users.

<u>/s/ Sana S. Mesiya</u>

*Counsel for Amicus Curiae*
*Everytown for Gun Safety*